

DIRECT DIAL NUMBER:  
(215) 575-7025

Thomas S. Biemer  
Tbiemer@dilworthlaw.com

August 14, 2017

**VIA ECF FILINGS AND FIRST CLASS MAIL**
The Honorable Legrome D. Davis
6614 U. S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: *Infinity Computer Products Inc. v. Oki Data Americas, Inc.*, 2:12-cv-06797

Dear Judge Davis:

    We represent Infinity Computer Products Inc. ("Infinity") in the above captioned matter and the Related Actions.[1] As you are aware, after over three years, the patent office has resolved the re-examination proceedings pertaining to the patents-in-suit. Per your June 15, 2017 Order, Infinity timely retained counsel and moved to lift the stays in these matters. On August 8, 2017, You Honor lifted the stays that had been in place since April of 2013. Now that the stays have been lifted, Infinity respectfully requests that Your Honor schedule a status conference to discuss scheduling and other administrative matters in this case and the Related Actions.

Respectfully,

Thomas S. Biemer

Cc:    All counsel of record

---

[1] "Related Actions" include: *Infinity Comp. Prods., Inc. v. Toshiba Am. Bus. Sols., Inc.*, 2:12-cv06796-LDD; *Infinity Comp. Prods., Inc. v. Xerox Corporation*, 2:12-cv-06804-LDD; *Infinity Comp. Prods., Inc. v. Samsung Elecs. Am., Inc.*, 2:12-cv-06798-LDD; *Infinity Comp. Prods., Inc. v. Lexmark Int'l, Inc.*, 2:12-cv-06799-LDD; *Infinity Comp. Prods., Inc. v. Canon USA, Inc.*, 2:12-cv-06800-LDD; *Infinity Comp. Prods., Inc. v. Eastman Kodak Co.*, 2:12-cv-06801-LDD; *Infinity Comp. Prods., Inc. v. Konica Minolta Bus. Sols., U.S.A., Inc.*, 2:12-cv-06802-LDD; *Infinity Comp. Prods., Inc. v. Panasonic Corp. of N. Am.*, 2:12-cv-06803-LDD; *Infinity Comp. Prods., Inc. v. Hewlett-Packard Co.*, 2:12-cv-06805-LDD; *Infinity Comp. Prods., Inc. v. Epson Am., Inc.*, 2:12-cv-06806-LDD; *Infinity Comp. Prods., Inc. v. Ricoh Ams. Corp.*, 2:12-cv-06807-LDD; and *Infinity Comp. Prods., Inc. v. Dell, Inc.*, 2:12-cv-06808-LDD.

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 2155757000 • fax: 215-575-7200
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Wilmington, DE

119725566_1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2017, a copy of the foregoing Letter to the Honorable Legrome D. Davis was filed electronically with the Electronic Court Filing (CM/ECF) system of the United States District Court for the Eastern District of Pennsylvania, which will provide an electronic notice and copy to all attorneys of record in the Related Actions.

                                  */s/ Thomas S. Biemer*
                                  Thomas S. Biemer

119726167_1