IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> **TOSHIBA AMERICA BUSINESS** : <br> **SOLUTIONS, INC.** : <br> *Defendant* : | **CIVIL ACTION** <br><br> NO. 12-6796  (Consolidated) |
| **INFINITY COMPUTER PRODUCTS, INC.** : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> **OKI DATA AMERICAS, INC.** : <br> *Defendant* : | **CIVIL ACTION** <br><br> NO. 12-6797 |

# ORDER

AND NOW, this 23rd day of February 2018, upon consideration of Defendant OKI Data Americas, Inc.'s ("Defendant") motion to transfer for improper venue filed in Civil Action No. 12-6797, [ECF 80], Plaintiff Infinity Computer Products, Inc.'s response in opposition, [ECF 82], and Defendant's reply, [ECF 85], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to transfer is **GRANTED**.  The Clerk of Court is directed to **TRANSFER** *Infinity Computer Products, Inc. v. OKI Data Americas, Inc.*, Civil Action No. 12-6797, to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1406(a), and to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*