IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-00463 (LPS)** |
| v. | : | |
| | : | |
| **OKI DATA AMERICAS, INC.** | : | |
| *Defendant* | : | |

**JOINT STATEMENT OF THE PARTIES
PURSUANT TO DELAWARE DISTRICT COURT RULE 81.2
REGARDING CASES TRANSFERRED TO THIS COURT**

Infinity Computer Products, Inc. ("Infinity" or "Plaintiff") and Oki Data Americas, Inc. ("Oki Data" or "Defendant") hereby file this joint statement pursuant to Local Delaware District Court Rule 81.2 and state as follows:

**I.      Background**

1.      Plaintiff commenced this patent infringement action on December 5, 2012 with the filing of a Complaint in the United States District Court for the Eastern District of Pennsylvania (D.I. 1).  Defendant has answered the Complaint and counterclaimed. Certain discovery has been issued in this matter, but discovery has not been concluded.  No *Markman* or claim construction hearing has been held.

2.      Defendant filed a Motion to Transfer Venue on December 6, 2017, (D.I. 80) and on February 23, 2018, the District Court for the Eastern District of Pennsylvania entered an Opinion and Order transferring venue to this Court (D.I. 91, 92).

120124163_1

II.     **Pending Matters Which Require Judicial Action**

Pursuant to Delaware Local District Court Rule 83.1, the Parties state as follows regarding pending matters which require judicial attention at this time:

1.      There are no pending motions in this action which require disposition by the Court.

<div style="margin-left: 50%;">

Respectfully submitted,

DILWORTH PAXSON LLP

</div>

Dated:  April 17, 2018

*/s/ Peter C. Hughes*
Peter C. Hughes (ID No. 4180)
One Customs House
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19801
Telephone:  (302) 571-9800
Facsimile:  (302) 571-8875
phughes@dilworthlaw.com
*Counsel for Plaintiff,*
*Infinity Computer Products, Inc.*

Thomas S. Biemer, Esquire*
John J. Higson, Esquire*
Edward F. Behm*
Mark W. Halderman*
Nicole N. Lai*
DILWORTH PAXSON LLP
1500 Market Street – Suite 3500E
Philadelphia, PA 19102
Telephone:  (215) 575-7155
Facsimile:  (215) 575-7200
tbiemer@dilworthlaw.com
jhigson@dilworthlaw.com
ebehm@dilworthlaw.com
mwhalderman@dilworthlaw.com
nlai@dilworthlaw.com
*Motions for Admission *Pro Hac Vice* pending
*Counsel for Plaintiff,*
*Infinity Computer Products, Inc.*

120124163_1

*/s/ John W. Shaw*
John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:  302-298-0700
Email: jshaw@shawkeller.com
Email: arussell@shawkeller.com
*Counsel for Defendant,*
*Oki Data Americas, Inc.*

Marc R. Labgold
NAGASHIMA & HASHIMOTO
12007 Sunrise Valley Dr., Suite 110
Reston, VA 20191
Telephone:  703-901-8860
Email: mlabgold@labgoldlaw.com
*Counsel for Defendant,*
*Oki Data Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-00463 (LPS)** |
| v. | : | |
| | : | |
| **OKI DATA AMERICAS, INC.** | : | |
| *Defendant* | : | |

### CERTIFICATE OF SERVICE

I, Peter C. Hughes, hereby certify that on this 17th day of April 2018, I caused the foregoing Joint Statement of the Parties Pursuant To Local Delaware District Court Rule 81.2 Regarding Cases Transferred to this Court to be filed and served electronically via the Court's CM/ECF system on all counsel of record as follows:

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:  302-298-0700
Email: jshaw@shawkeller.com
Email: arussell@shawkeller.com

Marc R. Labgold
NAGASHIMA & HASHIMOTO
12007 Sunrise Valley Dr., Suite 110
Reston, VA 20191
Telephone:  703-901-8860
Email: mlabgold@labgoldlaw.com

                                                    */s/ Peter C. Hughes*

Dated: April 17, 2018                                              Peter C. Hughes