IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-463-LPS-CJB |
| | ) |
| OKI DATA AMERICAS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER REGARDING
INTERVENING RIGHTS BRIEFING**

WHEREAS, as set forth in the parties' joint letter regarding scheduling (D.I. 104) and joint checklist (D.I. 104-3 at 3-4, 7), Defendant believes that the issue of intervening rights, and its impact on the potential damages in this action, should be resolved by early summary judgment motion practice and Plaintiff does not oppose early briefing of this issue;

WHEREAS, the parties have now agreed to a briefing schedule for an early summary motion on the issue of intervening rights; and

WHEREAS, the parties disagree as to whether to set an oral argument date, with Defendant requesting the court to set an argument date now and Plaintiff requesting that the parties make any application for oral argument, if a party feels it is necessary, after the briefing is completed:

NOW THEREFORE, the parties STIPULATE and AGREE, subject to the approval of the Court, that the parties shall brief the issue of intervening rights on the following schedule:

| Event | Date |
|---|---|
| Oki Data's Motion and Opening Brief | July 13, 2018 |
| Infinity's Responsive Brief | August 10, 2018 |
| Oki Data's Reply Brief | August 24, 2018 |

Defendant requests that the Court schedule oral argument on the motion for early or mid-September 2018.

DILWORTH PAXSON LLP

/s/ Peter C. Hughes
Peter C. Hughes (ID No. 4180)
One Customs House
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19801
(302) 571-9800
phughes@dilworthlaw.com
*Attorneys for Plaintiff Infinity Computer Products, Inc.*

Dated: June 15, 2018

SHAW KELLER LLP

/s/Jeff Castellano
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant Oki Data Americas, Inc.*

SO ORDERED, this _____ day of June, 2018

_____
United States District Judge