# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS INC., | : : : | |
| Plaintiff, | : : : | Civil Action No.:  2:12-cv-06796-NIQA |
| v. | : : : | (LEAD CASE) |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., | : : : : | |
| Defendant. | : | |

### DECLARATION OF MARK W. HALDERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PRE-ISSUANCE DAMAGES AND ABSOLUTE INTERVENING RIGHTS

I, Mark W. Halderman, Esquire, declare as follows:

1.    I am an attorney with the law firm of Dilworth Paxson LLP, counsel for Plaintiff, Infinity Computer Products, Inc. ("Infinity"), and am licensed to practice law in the States of Pennsylvania and Texas.  I submit this declaration in support of Infinity's Opposition to Defendants' Motion for Partial Summary Judgment on Pre-Issuance Damages and Absolute Intervening Rights.

2.    Attached as Exhibit A is a true and correct copy of U.S. Patent No. 6,894,811 B1, filed June 24, 1996 (highlighting added).

3.    Attached as Exhibit B is a true and correct copy of the September 2, 1998 Amendment from the U.S. Patent No. 6,894,811B1 prosecution history (highlighting added).

4.    Attached as Exhibit C is a true and correct copy of the January 17, 2002 Amendment from the U.S. Patent No. 6,894,811B1 prosecution history (highlighting added).

5.      Attached as Exhibit D is a true and correct copy of the February 10, 2012 Final rejection from the Reexamination of U.S. Patent No. 6,894,811C1 prosecution history, Application No. 90/009,901 (highlighting added).

6.      Attached as Exhibit E is a true and correct copy of the November 21, 2011 Amendment from the Reexamination of U.S. Patent No. 6,894,811C1 prosecution history, Application No. 90/009,901 (highlighting added).

7.      Attached as Exhibit F is a true and correct copy of the April 25, 2012 Amendment from the Reexamination of U.S. Patent No. 6,894,811C1 prosecution history, Application No. 90/009,901 (highlighting added).

8.      Attached as Exhibit G is a true and correct copy of the November 20, 2011 Patent Owner Statement of Interview from the Reexamination of U.S. Patent No. 6,894,811C1 prosecution history, Application No. 90/009,901, recorded on November 21, 2011 (highlighting added).

9.      Attached as Exhibit H is a true and correct copy of U.S. Patent No. 7,489,423 B2, filed March 19, 2005.

10.     Attached as Exhibit I is a true and correct copy of U.S. Patent No. 8,040,574 B2, filed February 9, 2009.

11.     Attached as Exhibit J is a true and correct copy of U.S. Patent No. 8,294,915 B2, filed October 14, 2011.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: March 9, 2018                                   */s/ Mark W. Halderman*   
                                                      Mark W. Halderman

120026861_1

# EXHIBIT

# A



US006894811B1

(12) **United States Patent**
Nachman et al.

(10) Patent No.: **US 6,894,811 B1**
(45) Date of Patent: **May 17, 2005**

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER**

(76) Inventors: **Bruce Nachman**, deceased, late of Wayne, PA (US); by **Marvin Nachman**, legal representative, 315 Saybrook Rd., Villanova, PA (US) 19085

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/669,056**

(22) Filed: **Jun. 24, 1996**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) Int. Cl.$^7$ ............................ **H04N 1/32; H04N 1/04**

(52) U.S. Cl. ...................... **358/442**; 358/468; 358/474; 379/100.01

(58) Field of Search ................................ 358/442, 468, 358/443, 400, 401, 434–437, 474, 1.13, 1.15, 440, 1.6; 379/100, 251, 252, 375, 93, 100.15, 100.01, 100.02, 100.06, 100.05, 100.13

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,821,312 A | * | 4/1989 | Horton et al. | ............... 358/442 |
| 5,452,106 A | * | 9/1995 | Perkins | ...................... 358/442 |
| 5,530,558 A | * | 6/1996 | Nachman | .................... 358/442 |
| 5,608,546 A | * | 3/1997 | Nakamura et al. | .......... 358/442 |
| 5,823,689 A | * | 10/1998 | Nehowig et al. | ............. 400/83 |
| 6,134,017 A | * | 10/2000 | Schlank et al. | ............. 358/1.15 |

* cited by examiner

*Primary Examiner*—Cheukfan Lee

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.

**20 Claims, 11 Drawing Sheets**



U.S. Patent

May 17, 2005

Sheet 1 of 11

US 6,894,811 B1



Fig. 1

Case 1:18-cv-00463-LPS Document 120-3 Filed 08/10/18 Page 6 of 172 PageID #: 1890
Case 2:42-cv-08796-NIQA Document 79-23 Filed 03/09/18 Page 6 of 26



*Fig. 1a*

U.S. Patent

May 17, 2005

Sheet 3 of 11

US 6,894,811 B1



Fig. 2a

U.S. Patent

May 17, 2005

Sheet 4 of 11

US 6,894,811 B1



*Fig. 2b*

U.S. Patent

May 17, 2005

Sheet 5 of 11

US 6,894,811 B1



Standard
Fax Machine        30

Interfacing
CKT  10

RJ-11
Tel Cable

40      PC Type Computer

Internal
Fax Modem

Fax Modem
Circuitry

41

RJ-11
Tel Cable

RJ-11
Tel Cable

50                    51

CO Tel 1        CO Tel 2

*Fig. 2c*

U.S. Patent

May 17, 2005

Sheet 6 of 11

US 6,894,811 B1



*Fig. 2d*

U.S. Patent

May 17, 2005

Sheet 7 of 11

US 6,894,811 B1



External Fax Modem/
Present Invention Circuitry

*Fig. 2e*

U.S. Patent

May 17, 2005

Sheet 8 of 11

US 6,894,811 B1



**Fax Machine/Fax Modem
Present Invention Circuitry**

**Fig. 2f**

U.S. Patent

May 17, 2005

Sheet 9 of 11

US 6,894,811 B1



**Fig. 2g**

U.S. Patent

May 17, 2005

Sheet 10 of 11

US 6,894,811 B1



**Fig. 2h**

U.S. Patent

May 17, 2005

Sheet 11 of 11

US 6,894,811 B1



**Fig. 2i**

US 6,894,811 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER

This application is a continuation-in-part of application Ser. No. 08/226,278, filed Apr. 11, 1994, now U.S. Pat. No. 5,530,558.

### FIELD OF THE INVENTION

The present invention relates to interfacing a facsimile with a PC and more particularly to an interface circuit of highly simplified design and including a novel ringing circuit capable of generating a sine wave of a given amplitude and frequency from a small, portable DC battery or 9V DC power supply.

### BACKGROUND OF THE INVENTION

As is well known in the art, a conventional facsimile scans documents and transmits the scanned information through a modem in a standard facsimile format to a remote facsimile which receives the transmitted data by a modem and converts the transmitted data into a form for printing a document which is a replica of the document scanned by the transmitting facsimile.

Scanning and printing devices especially adapted for use with PCs (i.e. personal computers) are relatively expensive devices typically costing many hundreds of dollars to as much as several thousands of dollars for applications requiring character recognition capabilities.

It has been recognized that conventional facsimile machines may be utilized as scanners or printers for PCs. However, the interface devices presently available are both complicated and expensive and typically require a microprocessor which further tends to increase both cost and circuit complexity.

### OBJECT OF THE INVENTION

It is, therefore, a principal object of the present invention to provide a circuit for interfacing a PC and a facsimile to enable the facsimile to be utilized as a scanner or a printer for a PC and to accomplish all of the objectives of a scanner or a printer in a simple straightforward manner through the use of a circuit of highly simplified design and low cost.

### BRIEF DESCRIPTION OF THE INVENTION

The present invention achieves all of the above as well as other objectives through apparatus which is characterized by comprising first switch means capable of selectively coupling a PC modem and a facsimile modem to independent telephone lines when in a non-scanning/printing mode and for decoupling the PC and facsimile modems from the telephone lines and coupling these modems to one another when placed in a scanning/printing mode.

Second manually operable switch means activates a novel ringing circuit which generates a sine wave of appropriate amplitude and frequency and applies this ringing circuit to the PC modem, when used as a scanner or to the facsimile when being used as a printer, causing the PC or facsimile machine to respond to the simulated transmit request.

Release of the circuitry operating button causes the interface circuitry to apply an off-hook condition to the facsimile. Document scanning or printing is initiated by pressing the facsimile start button or the start button provided as part of the PC or by a program step integrated into the PC as part of a print mode (selecting the facsimile as the output device

for printing). Transmitted data may be directly stored in a PC memory. Documents incorporating alphanumeric data may be converted by a software program incorporated into the PC.

The ring generating circuit responsive to pressing of the operating button generates a transmit request signal by converting the low voltage from a DC source into a 20 cycle sine wave of 90 volt amplitude through the employment of a pulse generating circuit coupled to phase delay means and applying phase delayed and undelayed pulses to a transistorized switching circuit for selectively applying positive DC voltage to opposing inputs of a step-up transformer which applies a boosted sinusoidal ring signal to the PC modem, the ring generating circuit generating a ringing signal of the appropriate amplitude and frequency in a highly simplified and inexpensive manner. Since operation of the ringing circuit is completed in less than two seconds, a battery, if used, will have an extremely long operating life. Alternatively, if a 9V DC power source is used the battery is not required at all.

The simple, straightforward operation of only three switches eliminates the need for complicated, expensive and typically microprocessor-based circuitry.

### BRIEF DESCRIPTION OF THE FIGURES

The above, as well as other objects of the present invention, will become apparent upon reading the accompanying description and drawings in which:

FIG. 1 is a circuit diagram of the interface circuitry of the present invention which enables a PC to utilize a conventional facsimile as a sophisticated scanner or printer.

FIG. 1a is a flow diagram of the circuitry of FIG. 1 employing the microprocessor-based tone detecting circuit of FIG. 1.

FIGS. 2a–2i show simplified block diagrams of various system arrangements employing the circuitry of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION AND PREFERRED EMBODIMENTS THEREOF

FIG. 1 shows an interface circuit 10 embodying the principles of the present invention and being comprised of a switch assembly SW2 which is a four-pole double-throw switch having four movable switch arms SW2-2, SW2-5, SW2-8, and SW2-11, each cooperating with a pair of stationary contacts, as shown. For example, and for simplicity, note that switch arms SW2-2 is switchable between stationary contacts SW2-1 and SW2-3.

Movable switch arms SW2-2, SW2-5, SW2-8 and SW2-11 are all ganged to operate in unison as shown by common operating button B2 coupled to the switch arms through a linkage arm LA2 shown in schematic fashion as a dotted line. The switch is designed so that the switch arms are retained in the positions to which they are moved.

The switch arms are arranged in pairs, switch arms SW2-2 and SW2-5 selectively coupling a modem of a PC (not shown for purposes of simplicity) to either a first telephone line #1 through jumper JP3 or directly to a local facsimile machine (not shown for purposes of simplicity) through a jumper terminal JP2.

In a similar fashion, a pair of switch arms SW2-8 and SW2-11 selectively couple the local facsimile machine through jumper JP2 to either a separate telephone line #2 (through jumper JP4) or to the modem of the PC.

US 6,894,811 B1

**3**

A double-pole single-throw switch SW3 is provided to couple either the local facsimile machine or the PC modem to a single telephone line or alternatively, disconnects the PC modem and facsimile machine from the common telephone line. For example, in applications where both the local facsimile and the PC each have an independent, dedicated telephone line, switch SW3 remains open. In applications where only a single telephone line is provided, both PC and the local facsimile may share the single telephone line by gaining access thereto in a staggered manner.

Switch SW1 which is a three-pole, double-throw switch, comprises three movable switch arms SW1-1, SW1-4 and SW1-7, each movable switch arm cooperating with a pair of stationary switch arms.

Movable switch arm SW1-1 selectively couples the output terminal of the pair of secondary windings W2 of a step-up transformer TR1 either to stationary terminal SW1-2, which isolates the output of the transformer TR1 from the operating circuitry, or stationary contact SW1-3 which couples the secondary winding W2 of transformer TR1 through movable switch arm SW1-7 and stationary contact SW1-9 simultaneously to stationary contacts SW2-6 and SW2-12 of four-pole double-throw switch SW2 for simultaneous connection to the PC modem and the local facsimile, when switch arms SW2-5 and SW2-11 respectively engage stationary contacts SW2-6 and SW2-12.

Movable switch arm SW1-4 selectively couples a small nine volt (9V) DC source (through jumper J5) to either stationary switch arm SW1-5 for coupling nine volt (9V) DC to a current generator circuit 12 or alternatively coupling nine volt (9V) DC to stationary terminal SW1-6 which in turn provides DC power to the nine volt (9V) ring generator circuit arranged within the dotted region as shown.

Current generator circuit 12 is comprised of resistors R1, R2 and R5, transistors Q1 and Q6, diode D2 and LED-type diode D3 which are connected in the manner shown to provide a constant current which simulates an off-hook signal, utilized in the manner to be more fully described hereinbelow. Resistor R2 serves as a current limiting resistor. LED D3 lights to denote operation of the constant current generator.

Ring generator circuit 14, which is utilized to generate a 20 Hz sine wave of 90 volt amplitude, comprises a 555-type timing circuit 16 which, when activated by a nine volt DC input, applied to timer 16 through terminal VCC and resistor R13, provides a pulse train of equal width, positive-going pulses at a pulse rate of approximately 20 Hz at its output 16a.

The pulse train generated by the 555 timer 16 is simultaneously applied to the input of inverter U1A whose output is simultaneously coupled to the base electrodes of transistors Q2 and Q4, through resistor R6 and through inverter U1B and resistor R9.

The pulse train, as was set forth hereinabove, is simultaneously coupled to the –T input of a one-shot multivibrator operating as a phase delay circuit and whose Q output is coupled to the input of inverter U1E. The Q output of one-shot multivibrator U2A provides a phase delayed pulse which is coupled through the output of inverter U1E simultaneously to the base of transistor Q5 through resistor R8 and to the base of transistor Q3 through inverter U1F and resistor R7. Transistors Q2–Q5 and resistors R6–R9, together with resistor RIO, form a full bridge switching circuit which is powered by the nine volt (9V) DC source 10 applied to the terminal VCC to provide drive current sufficient to drive transformer TR1, comprised of a pair of

**4**

primary windings W1 and a pair of secondary windings W2, to generate a sine wave output. The pair of primary windings W1 and secondary windings W2 are coupled in parallel and the windings are arranged to provide a step-up transformer to magnify the input voltage preferably by ten to one (10:1), generating the desired output voltage which, in the present application, is a 20 Hz output of 90 volt amplitude with 15 mils of current from a nine volt (9V) DC, 150 mils current source. If desired, the frequency, amplitude and current of the circuit can be changed by selecting different component values for the passive elements. The component values chosen in the present invention have been selected to generate a signal which reproduces a standard bell ring signal employed in a conventional facsimile transmission between remote facsimile machines. The branch circuits BC1 and BC2 of the bridge circuit are alternately rendered conductive to alternately apply a positive voltage to opposing inputs of the input windings W1 for generating a sine wave from the positive-going pulses produced by timer circuit 16. The two input windings W1 are coupled in parallel as are the output windings W2.

The bell ring signal is selectively supplied through movable switch arm SW1-1 of the three-pole, double-throw switch SW1 described hereinabove.

The operation of the interface circuit of the present invention is as follows:

Assuming that the local facsimile is desired to be operated in combination with the PC and to function as a scanner, the switch SW2 is moved from the normal position, in which the movable switch arms are shown in solid line fashion, to the dotted line position simultaneously disconnecting the PC modem and the local facsimile from the telephone lines and directly connecting the PC receive line, PCR1 to ground and the PC transmit line PCT1 directly to stationary contact SW1-9. The local facsimile transmit line FXT2 is directly connected to ground and the facsimile receive line FXR2 is connected in common with line PCT1 to stationary contact SW1-9 of switch SW1. Switch SW3 may be either in the open or the closed position when switch SW2 is moved to the scan mode.

Switch SW1 is operated by pressing button B1 which is ganged to the movable switch arms SW1-1, SW1-4 and SW1-7 by a common linkage arm represented schematically by dotted line LA1. A biasing member or spring SWP1 normally biases the movable switch arms to the solid line position shown in Figure. By depressing switch button B1, the switch arms SW1-1, SW1-4 and SW1-7 are simultaneously moved to the dotted line positions shown in FIG. 1. Button B1 is maintained in the depressed position for a period preferably between one and two seconds. In the dotted line position, the nine volt (9V) DC source is coupled through switch arm SW1-4 and stationary terminal SW1-6 to the VCC terminals of ring generator circuit 14, producing a 20 Hz sine wave of 90 volt amplitude and a current of 15 mils at the secondary windings W2, which is applied to the PC line PCT1 through SW1-1, SW1-3, SW1-7, SW1-9, 126, SW2-6 and SW2-5, simulating what the PC believes is a request by a "remote" facsimile to transmit data thereto. The ==PC, which may be any type of computer== (including but not limited to an Apple Macintosh, IBM PC, PCAT or PCXT) is provided with either an internal or external group III facsimile interface board, and shifts to a receive mode for receiving what appears to the PC to be a facsimile transmission from a "remote" facsimile machine.

After holding the button B1 depressed for a time which need not exceed approximately two seconds, button B1 is

US 6,894,811 B1

5

released causing the nine volt (9V) DC source to be coupled to input 12a of current generator circuit 12, which circuit applies the constant current to the facsimile receive line FXR2 to create what appears to the facsimile machine to be an off-hook condition. Simultaneously therewith, LED D3 lights indicating that the current generator circuit is presently in operation.

The local facsimile machine recognizes the constant current as representative of an off-hook condition preparing the local facsimile machine for transmission.

Thereafter, the conventional start button of the facsimile machine (not shown for purposes of simplicity) is pressed to start communication of the data scanned by the local facsimile machine from a document (or documents) placed within the facsimile machine document input (also not shown for purposes of simplicity).

The facsimile machine may be either a group I, group II, or group III machine, although optimum document resolution can be obtained through the use of a group III facsimile machine.

The conventional PC can store the transmitted data in its memory as a "picture" the resolution of the picture being 200 by 100 pixels for old facsimile machines, 200 by 200 pixels for standard facsimile machines and 400 by 400 pixels for new facsimile machines. Alternatively, a conventional OCR software package such as, for example, a CAERE OCR program available from Bitsoftware may be employed. Many alternative OCR software packages may be utilized to convert the "picture" transmitted by the facsimile machine to binary character form for word processing use or the like.

Operation of the facsimile machine in combination with the PC wherein the facsimile machine operates as a printer is as follows:

The ring generating circuit is not required to be operated in this mode and in applications where a facsimile machine is interfaced with a PC for use only as a printer, the ring generating circuit and the cooperating spring bias switch may be eliminated.

Switch SW2 shown in FIG. 1 is moved from the solid line to the dotted line position decoupling the PC and facsimile machine from the telephone lines and coupling the PC and facsimile machine together.

Switch SW1 is operated to power the current generator circuit 12 causing both the PC and the facsimile machine to see an off-hook condition.

The computer (PC) is operated either by providing a switch such as a push button switch (not shown for purposes of simplicity) to enter into a standard protocol with the facsimile machine and thereafter to transmit information in standard facsimile machine format. The facsimile machine senses that it is communicating with a remote facsimile machine and creates a document in accordance with the data received from the PC in "pixel" form. The PC may be provided with a standard program having a print mode in which the facsimile machine is identified in the printing routine as the specific output device being utilized during such a print mode. Upon completion of printing mode, switch SW2 may be returned to the solid line position decoupling the PC from the facsimile machine and recoupling the PC and facsimile modems to their associated telephone lines.

FIGS. 2a–2h show various arrangements in which the present invention may be utilized.

Noting, for example, FIG. 2a, the circuitry 10 of the present invention is coupled between a standard facsimile

6

machine 30, a PC-type computer 40 having a facsimile modem circuitry 41 and central office telephone lines 50 and 51. In the arrangement shown in FIG. 2a, the facsimile modem circuitry may be either internal or external to the PC-type computer 40.

FIG. 2b shows another alternative embodiment in which the circuitry of the present invention is incorporated into the PC-type computer and may be arranged on its own printed wiring board or on a printed wiring board which is common to the circuitry 10 of the present invention and the facsimile modem circuitry 41. The arrangement of FIG. 2b is otherwise the same as that shown in FIG. 2a. The circuit 10 shown in FIG. 2b is provided with three RJ-11 telephone cable connections for respective connection with the facsimile machine 30 and telephone lines 50 and 51. If only one additional telephone cable is provided, the standard facsimile machine 40 and the internal facsimile modem 41 may share that cable.

FIG. 2c shows another alternative arrangement in which the circuitry 10 of the present invention is integrated into the standard facsimile machine 30. The operation of the arrangement of FIG. 2c is otherwise similar to those shown in FIGS. 2a and 2b.

FIG. 2d shows an arrangement in which the circuitry 10 of the present invention is mounted upon its own printed wiring board and is arranged within the PC-type computer 40 and is electrically connected to the internal facsimile modem 41 by an external RJ-11 cable as shown. The operation is otherwise the same as the embodiments of FIGS. 2a–2c described hereinabove.

The circuitry 10 of the present invention may alternatively be placed upon a printed circuit card of approximately a credit card size for insertion in a bus slot provided in present-day PCs enabling the circuit on the printed circuit card, inserted into a slot provided along the exterior of the PC, to be coupled to a PCMCIA bus which is an additional bus that may be addressed by the PC.

FIG. 2e shows still another arrangement in which the PC-type computer 40 is coupled to external facsimile modem circuitry 41, for example, through an RS-232 cable. The facsimile machine interfaces to the external facsimile modem 41 through circuitry 10 by way of an RJ-11 telephone cable. When in the normal mode of operation, circuitry 10 interfaces central office telephone lines 50 and 51 through the RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50 may be shared in the manner previously described.

FIG. 2f shows an arrangement in which interface circuit 10 is internal to the facsimile machine. PC-type computer 40 is coupled to the facsimile modem circuitry 41 and interface circuit 10 through an RS-232 cable. When in the normal mode of operation, circuitry 10 interfaces the central office telephone lines 50 and 51 through RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50, for example, may be shared in the manner previously described. The arrangement of FIG. 2f is used with PC's which do not have a fax modem installed. When interface 10 is installed internal to the facsimile, the fax modem of the fax machine incorporates many of the functions of circuit 10, through integration of the already existing circuitry components of the fax modem.

US 6,894,811 B1

7

The present invention may be employed with telephone systems having digital signal processing. FIG. 2h, which is similar to FIG. 2f, and which shows like circuits designated with like numerals, further includes an interface 60 for digital signal processing. The send and receive options required for scanning and printing are provided by interface 60, which may, for example, be a chip set such as PEB 2091 N-V4.4 and EPB 2186 N-V4.4, manufactured by Siemens. Any other chip set having similar operating characteristics may be employed. As other digital signal formats come into use, such as ADSL (Asymmetric Digital Subscriber Line) HDSL (High Bit Rate Digital Subscriber Line), or the like, a chip set for handling such formats may be substituted for interface 60.

As shown in FIG. 2i, a RAM and/or Fixed Disk 70 may be incorporated into the interface 10, integrated with a fax modem 30 to allow for the capture of images or documents for later transfer into the PC 40 or the facsimile machine 30, or for image enhancement within the interface configuration 10. The addition of the data storage feature is particularly desirable for the fax machine or fax modem when they are in normal fax send or receive modes.

Optionally, the data storage feature is desirable for field application usage where information may be downloaded from a PC and stored in interface 10 for later transfer to a facsimile machine or a PC. Storage would be retained in this instance by battery backup incorporated in the RAM memory 70. Battery backup is not necessary for fixed disk storage.

FIG. 2j shows an arrangement for automated scanning and printing functions between a fax modem and a fax machine.

As represented in FIGS. 2a–2f, in order to activate an automated process for scanning or printing, the ring circuit 4 (FIG. 1) interfaces with the Tip and Ring features of the fax modem or fax machine. This is dependent on keying in a code on the fax keypad, such as ## or #* or any other predetermined code in order to respectively identify the scanning and printing functions. Interface 10 detects the tones generated by the inserted code (at the tone receiver 25 and generates a ring signal. The ring signal is detected and interpreted by the ring detect circuit of the fax modem or the fax machine. The fax modem or fax machine then generates receive signals or tones which indicate a connection. The fax modem or fax machine commences the scanning of the fax image or print cycle.

By depressing a predetermined code such as ## on the fax machine key pad, the tone detector circuit 25 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the fax PC fax modem. The PC fax modem answers and starts the scanning process from the fax machine to the PC.

A communication program stored in the PC allows the code #* (for example) to be entered, generating the tone signal from the fax modem. The tone detector circuit in the interface 10 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the fax machine. The fax machine answers and starts the printing process form the PC fax modem.

8

The switch version does not require the ## or #* or any other code, but activates the automated scanning/printing by pressing the ringer button B2.

The provision of the scan and print functions internal to the facsimile machine may also be accomplished by utilizing the analog output of the optical scanning circuit 75 of the facsimile machine (FIG. 2g). The analog signals are processed by the control/modem circuitry 76 where they are converted into a digital serial signal and then transmitted through the RS 232 sending interconnect port, the signal is then received by an RS232 connector at the PC. The aforementioned procedure utilizes unused signal lines which are available on most modem chips such as the Rockwell chip series.

A send and receive driver software package then implements the following action. The receive driver software accepts the digital image for storage or processing as appropriate. This send/receive driver communications software package also has the ability to send a digital image to the facsimile machine for printing purposes. The facsimile machine's control/modem circuitry then processed by the print driver 77 for printing. This linkage method for scanning and printing utilizing a fax machine is particularly useful for a computer without a fax modem. Any available send/receive communications software package is acceptable.

The commands of ## or #* for sending and receiving are still appropriate for this application although any other desired commands may be selected.

For the automated operation, the circuitry 10 of FIG. 1 is provided with device 25 which includes an automatic tone detector circuit for receiving a unique number dialed by either the facsimile machine or the PC modem. Upon recognition of the unique number, as set forth above or by generation using other techniques, the tone receiver operates a driver circuit 26 for operating switch SW2 to decouple the PC and the facsimile machine from their associated telephone lines and for connecting the PC to the facsimile machine. Driver circuit 26 may be a relay or its equivalent for operating an armature (not shown) to move the switch arms between their two operating states. Driver unit 27 which likewise may be a relay or its equivalent, operates the switch SW1 to the position energizing the ringing circuit 14. A timer is set and when two seconds elapses, unit 27 is deenergized causing the off-hook signal to be generated by current generator circuit 12 through the release of the operating button. When printing or scanning is complete, the tone receiver unit is reset. A simplified flow diagram of the aforementioned operation is shown in FIG. 1a.

The circuitry of the present invention is highly simplified in design and provides effective communication between the PC and local facsimile machine enabling the local facsimile machine to provide the dual functions of operating independently for transmission or reception to remote facsimile machines as well as functioning as a scanner or printer with a local PC. The circuitry of the present invention provides all the necessary signal conditions which lead the PC and local facsimile machine to believe that they are communicating with one another over a telephone line. The facsimile machine, although operating in its normal fashion, functions very effectively as a scanner or printer as and when needed and provides a scanning or printing capability at a mere fraction of the cost of conventional scanners or printers.

Simple switching of SW2 returns the PC and facsimile machine to normal use.

The novel ring circuit provides the required ring signal which is conventional in present-day facsimile transmission

US 6,894,811 B1

**9**

application through the employment of an inexpensive, low voltage, DC battery or 9V power source and, through the operation of two switches incorporated in the novel interface circuitry of the present invention, followed by operation of the facsimile start switch, provides an interface circuit which is extremely easy to use and which eliminates the need for more complicated and expensive microprocessor-based devices.

A latitude of modification, change and substitution is intended in the foregoing disclosure, and in some instances, some features of the invention will be employed without a corresponding use of other features. Accordingly, it is appropriate that the appended claims be construed broadly and in a manner consistent with the spirit and scope of the invention herein described.

What is claimed is:

1. A method of creating a scanning capability from a facsimile machine to a computer, with scanned image digital data signals transmitted through a bi-directional connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line;

coupling the facsimile machine to the computer;

conditioning the computer to receive digital facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit digital signals representing data on a scanned document to the computer, said computer being equipped with send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted digital facsimile signals being received directly into the computer through the bi-directional direct connection via the passive link, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

2. The method of claim 1 to create a scanning capability through a bi-directional direct connection via a passive link between a facsimile machine and a computer by transfer of scanned image data signals from the facsimile machine through said connection, said facsimile machine by-passing or isolated from the public network telephone line, and connected to an appropriate receiving port of a computer or other office product capable of receiving and processing said signals.

3. The method of claim 1, including transferring a parallel data source signal of a scanned image from said facsimile machine to said computer.

4. The method of claim 1, including transferring a digital serial data source signal of a scanned image from said facsimile machine to said computer.

5. The method of claim 1 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

6. A method of creating a scanning capability from a facsimile machine to a computer equipped with a modem, with scanned image data signals transferred through a bi-directional direct connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line;

coupling the facsimile to the computer;

**10**

conditioning the computer to receive facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit signals representing data on a scanned document to the computer, said computer being equipped with send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted facsimile signals being received through the bi-directional direct connection via the passive link to the computer modem, thereafter, said computer processing the received facsimile signals of the scanned document as needed.

7. A method of making a facsimile machine operable as a scanner and printer for a personal computer, by transferring digital data through a bi-directional direct connection via a passive link between the facsimile machine and the computer, each of the facsimile machine and personal computer for communicating normally using at least one public network telephone line, comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using a digital connector port of the facsimile machine and personal computer, with both the facsimile machine and personal computer isolated from said at least one public network telephone line;

arranging the facsimile machine to be in a digital connection mode; and

shifting the personal computer to a connected mode for sending or receiving digital signals through the bi-directional direct connection via the passive link for scanning and printing between the computer and the facsimile machine, in a facsimile format, using the digital connector port of the personal computer, said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

8. The method of claim 7 including using RS 232 connector ports to interface between the facsimile machine and the personal computer.

9. The method of claim 7 including using parallel connector ports to interface between the facsimile machine and the personal computer.

10. The method of claim 7, using RS 232, parallel or other suitable digital port type connectors to interface between said facsimile machine and said computer.

11. The method of claim 7 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

12. A method of using a facsimile machine as a scanner and printer by transferring data signals through a bi-directional direct connection via a passive link between the facsimile machine and the personal computer, each of the facsimile machine and personal computer for communicating using telephone types of circuits, said facsimile machine and computer being isolated from the public telephone network, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer using the facsimile machine, and by-passing or isolating the facsimile machine and computer from the public telephone network;

(b) arranging the facsimile machine to be in a simulated off-hook condition, or connection mode; and

US 6,894,811 B1

11

(c) shifting the personal computer to an off-hook condition, or connection mode for sending or receiving signals in facsimile formats through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine;

said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

13. The method of claim 12 including using serial data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

14. The method of claim 12 including using parallel data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

15. The method of claim 12 including using analog data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

16. The method of claim 12 using analog or digital serial, parallel data transmissions, for both scanning and printing through the bi-directional direct connection via the passive link, between the facsimile machine and the personal computer.

17. The method of claim 12 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

18. A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as a scanning and printing device for the computer when isolated from the telephone line comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to transmit or receive signals through the bi-directional direction via the passive link to the computer;

(c) generating a facsimile machine signal whereby the computer is conditioned to receive signals representing data on a scanned document; and

(d) generating a computer signal whereby the facsimile machine is conditioned to receive signals representing data on a document to be printed;

12

said computer being equipped with send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

19. A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as a printing device for the computer when isolated from the telephone line, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link, which enables transfer of digital image signals in both directions;

(b) generating a signal representative of a facsimile machine communications signals, whereby the computer is conditioned to transmit signals representing data on a document to be printed; and

(c) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to receive signals through the bi-directional direct connection via the passive link representing data from the computer of a document to be printed.

20. A method of making a facsimile machine operable as a scanner and printer for a computer, each of the facsimile machine and computer for communicating normally using at least one public network telephone line, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer through a bi-directional direct connection via a passive link between a digital connector port on the facsimile machine and a digital connector port on the computer, with both the facsimile machine and computer by-passing or isolated from said at least one public network telephone line;

(b) arranging the facsimile machine to send or receive digital data signals; and

(c) coupling the digital data signals through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine;

said computer being equipped with send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.        : 6,894,811 B1                           Page 1 of 2
APPLICATION NO. : 08/669056
DATED             : May 17, 2005
INVENTOR(S)      : Bruce Nachman

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Drawings

Figure 2j was resubmitted by hand to the examiner at the Interview of 4/14/04, however, it was not incorporated into the issued patent. An additional copy is attached herewith as 4 of 4.

The Specification correction now requires:

Column 8, line 21, after "circuitry" insert --76 receives the digital image and it is--

Claim 1, Column 9, line 19, change "a bi-directional connection" to --a bi-directional --direct-- connection--

Claim 18, Column 11, line 43, change "direction" to --direct connection--

Signed and Sealed this

Tenth Day of June, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,894,811 B1                    Page 2 of 2
APPLICATION NO. : 08/669056
DATED               : May 17, 2005
INVENTOR(S)     : Bruce Nachman

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In Drawings insert as Page 12 of 12



Fig. 2j

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,894,811 C1                                        Page 1 of 1
APPLICATION NO.   : 90/009901
DATED             : July 31, 2012
INVENTOR(S)       : Bruce Nachman

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, lines 34-35, "unmodified standard protocol" should read
--generic--

Column 1, lines 57-58, "unmodified standard protocol" should read
--generic--

Column 3, lines 4-5, "unmodified standard protocol" should read
--generic--

Column 3, line 27, "unmodified standard protocol" should read
--generic--

Column 4, lines 22-23, "unmodified standard protocol" should read
--generic--

Signed and Sealed this
Twelfth Day of March, 2013

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 6,894,811 C1                                   Page 1 of 1
APPLICATION NO.  : 90/009901
DATED                 : July 31, 2012
INVENTOR(S)       : Bruce Nachman

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

Column 1, lines 34-35, "unmodified standard protocol" should read
--generic--

Column 1, lines 57-58, "unmodified standard protocol" should read
--generic--

Column 3, lines 4-5, "unmodified standard protocol" should read
--generic--

Column 3, line 26, after "printed," should read
--wherein the computer is equipped with **generic** send/receive driver communications software **to
send the digital image signals to the facsimile machine for printing**.--

Column 4, lines 22-23, "unmodified standard protocol" should read
--generic--

This certificate supersedes the Certificate of Correction issued March 12, 2013.

Signed and Sealed this
Twenty-second Day of July, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

US006894811C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (9159th)

# United States Patent
Nachman et al.

(10) **Number:** US 6,894,811 C1
(45) **Certificate Issued:** Jul. 31, 2012

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER**

(75) Inventors: **Bruce Nachman**, deceased, late of Wayne, PA (US); **Marvin Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **Infinity Computer Products, Inc.**, Villanova, PA (US)

**Reexamination Request:**
No. 90/009,901, Apr. 19, 2011

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | 6,894,811 |
| Issued: | May 17, 2005 |
| Appl. No.: | 08/669,056 |
| Filed: | Jun. 24, 1996 |

Certificate of Correction issued Jun. 10, 2008.

### Related U.S. Application Data

(63) Continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994. now Pat. No. 5,530,558.

(51) **Int. Cl.**
*H04N 1/32* (2006.01)
*H04N 1/04* (2006.01)

(52) **U.S. Cl.** ........................ 358/442; 358/468; 358/474; 379/100.01

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/009,901, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner*—Colin LaRose

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.



US 6,894,811 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 1, 6, 7, 12 and 18-20 are determined to be patentable as amended.

Claims 2-5, 8-11 and 13-17 dependent on an amended claim, are determined to be patentable.

1. A method of creating a scanning capability from a facsimile machine to a computer, with scanned image digital data signals transmitted through a bi-directional direct connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line;

coupling the facsimile machine to the computer;

conditioning the computer to receive digital facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit digital signals representing data on a scanned document to the computer, said computer being equipped with *unmodified standard protocol* send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted digital facsimile signals being received directly into the computer through the bi-directional direct connection via the passive link, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

6. A method of creating a scanning capability from a facsimile machine to a computer equipped with a modem, with scanned image data signals transferred through a bi-directional direct connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line;

coupling the facsimile to the computer;

conditioning the computer to receive facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit signals representing data on a scanned document to the computer, said computer being equipped with *unmodified standard protocol* send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted facsimile signals being received through the bi-directional direct connection via the passive link to the computer modem, thereafter, said computer processing the received facsimile signals of the scanned document as needed.

7. A method of making a facsimile machine operable as a scanner and printer for a personal computer, by transferring

**2**

digital data through a bi-directional direct connection via a passive link between the facsimile machine and the computer, each of the facsimile machine and personal computer for communicating normally using at least one public network telephone line, comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using a digital connector port of the facsimile machine and personal computer, with both the facsimile machine and personal computer isolated from said at least one public network telephone line;

arranging the facsimile machine to be in a digital connection mode; and

*using an unmodified standard protocol for* shifting the personal computer to a connected mode for sending or receiving digital signals through the bi-directional direct connection via the passive link for scanning and printing between the computer and the facsimile machine, in a facsimile format, using the digital connector port of the personal computer, said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

12. A method of using a facsimile machine as a scanner and printer by transferring data signals through a bi-directional direct connection via a passive link between the facsimile machine and the personal computer, each of the facsimile machine and personal computer for communicating using telephone types of circuits, said facsimile machine and computer being isolated from the public telephone network, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer using the facsimile machine, and by-passing or isolating the facsimile machine and computer from the public telephone network;

(b) arranging the facsimile machine to be in a simulated off-hook condition, or connection mode; and

(c) *using an unmodified standard protocol for* shifting the personal computer to an off-hook condition, or connection mode for sending or receiving signals in facsimile formats through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine;

said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

18. A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as a scanning and printing device for the computer when isolated from the telephone line comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to transmit or receive signals through the bi-directional direct connection via the passive link to the computer;

(c) generating a facsimile machine signal whereby the computer is conditioned to receive signals representing data on a scanned document; and

US 6,894,811 C1

3

(d) generating a computer signal whereby the facsimile machine is conditioned to receive signals representing data on a document to be printed;

said computer being equipped with *unmodified standard protocol* send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

19. A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as a printing device for the computer when isolated from the telephone line, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link, which enables transfer of digital image signals in both directions;

(b) generating a signal representative of a facsimile machine communications signals, whereby the computer is conditioned to transmit signals representing data on a document to be printed; and

(c) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to receive signals through the bi-directional direct connection via the passive link representing data from the computer of a document to be printed, *wherein the computer is equipped with unmodified standard protocol send/receive driver communication software.*

4

20. A method of making a facsimile machine operable as a scanner and printer for a computer, each of the facsimile machine and computer for communicating normally using at least one public network telephone line, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer through a bi-directional direct connection via a passive link between a digital connector port on the facsimile machine and a digital connector port on the computer, with both the facsimile machine and computer by-passing or isolated from said at least one public network telephone line;

(b) arranging the facsimile machine to send or receive digital data signals; and

(c) coupling the digital data signals through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine;

said computer being equipped with *unmodified standard protocol* send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

* * * * *

US006894811C2

## (12) EX PARTE REEXAMINATION CERTIFICATE (10087th)

# United States Patent
### Nachman

(10) **Number:** US 6,894,811 C2
(45) **Certificate Issued:** Mar. 25, 2014

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER**

(75) Inventors: **Bruce Nachman**, Wayne, PA (US); **Marvin Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **Infinity Computer Products, Inc.,** Villanova, PA (US)

**Reexamination Request:**
No. 90/012,816, Mar. 22, 2013

**Reexamination Certificate for:**
Patent No.: 6,894,811
Issued: May 17, 2005
Appl. No.: 08/669,056
Filed: Jun. 24, 1996

Reexamination Certificate C1 6,894,811 issued Jul. 31, 2012

Certificate of Correction issued Jun. 10, 2008
Certificate of Correction issued Mar. 12, 2013

### Related U.S. Application Data

(63) Continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 1/32* | (2006.01) |
| *H04N 1/04* | (2006.01) |
| *H04N 1/00* | (2006.01) |

(52) **U.S. Cl.**
USPC ....... 358/442; 358/468; 358/474; 379/100.01

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,816, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Mark Sager

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.



US 6,894,811 C2

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1-20** is confirmed.

\* \* \* \* \*

2

# EXHIBIT

# B

2722

5/11

**LAW OFFICES**

# WEINSTEIN & KIMMELMAN
The Bellevue
Sixth Floor
Broad Street at Walnut
Philadelphia, Pennsylvania 19102

**FAX RECEIVED**

SEP 0 2 1998

Group 2700

## TELECOPY TRANSMISSION SHEET

**Official**

TELEPHONE: (215) 985-1133
FACSIMILE: (215) 985-1134

Group Art Unit: 2612
Please deliver to
Examiner Cheukfan Lee directly.

DATE: September 1, 1998

Application Serial No.
08/669,056

Filed: June 24, 1996

TO: Examiner Cheukfan Lee
FROM: Louis Weinstein, Esq.

For: INTERFACE CIRCUIT FOR
UTILIZING A FACSIMILE
COUPLED TO A PC AS A
SCANNER

RECIPIENT'S TELECOPY NO.:  703-308-5397

NUMBER OF PAGES
(INCLUDING TRANSMISSION SHEET): 5

Our reference:
Your Reference:

MESSAGE:

Dear Cheukfan Lee:

Please see attached Amendment.

Sincerely,

Louis Weinstein, Esq.

*******************CONFIDENTIALITY NOTE********************
THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN INFORMATION FROM THE LAW OFFICES OF WEINSTEIN, SCHER &
KIMMELMAN WHICH MAY BE CONFIDENTIAL AND/OR PRIVILEGED. THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING,
DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US
BY TELEPHONE AT (215) 928-4730 IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE ORIGINAL DOCUMENTS AT NO COST TO
YOU.
***********************************************************************

Sep-01-98 02:34P weinstein & kimmelman        215 585 1134        P.02

PATENT
DOCKET: INFINITY 3.0.001 CIP

**FAX RECEIVED**

SEP 0 2 1998

Group 2700

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re the Application of | : | Group Art Unit: 2612 |
| BRUCE NACHMAN | : | Examiner: C. Lee |
| Serial No. 08/669,056 | : | I hereby certify that uthe attached Amendment, |
| Filed: JUNE 24, 1996 | : | Application Serial No. 08/669,056, Filed: June 24, 1996 For: |
| For: INTERFACE CIRCUIT FOR | : | INTERFACE CIRCUIT FOR UTLIZING |
| UTILIZING A FACSIMILE | : | A FACSIMILE COUPLED TO A PC AS A |
| COUPLED TO A PC AS A | | SCANNER has been sent via facsimile to the |
| SCANNER | . | Assistant Commissioner for Patents Examiner |
| | : | Cheukfan Lee Fax #703-308-5397 on 9.1.98 |

**Official**

#11/c
KD
9-2-98
Fe'iok

## AMENDMENT

Sir:

Supplemental to the filing of the above-identified application as a Continued Prosecution

Application (CPA), and preparatory to examination thereof, kindly amend the above-identified

application as follows:

IN THE CLAIMS:

Kindly add new claims 27-40 as follows:

5,s 0,)        27.        The use of facsimile machines, and/or facsimile modems internal to an office

product, to create a scanning capability from a facsimile machine to a component, with data

transferred in a conventional way, and without manipulation, or modification of the original

signals, said devices being directly connected and isolated from a connection to a telephone.

C,

28.        The use of facsimile machines, and/or facsimile modems internal or external to

computers and various office products, to perform a scanning function, and being connected by

telephone types of circuits, transferring data in a conventional way, and without manipulation of

the original signals, connection for performing scanning being facilitated by the telephone

circuits, isolated from the public network, and by which the establishment of the transmission state within these types of circuits include one of:

a) external initiation including a via ringing, constant current, on-hook/off-hook, or any typical telephone signaling;

b) internal initiation, such as setting a manual receive mode," setting a specialized mode, for example, "PC mode," or by pressing a start button on the facsimile machine;

c) or any combination thereof.

29. The direct transfer of non-manipulated, and non modified signals, through a passive connection continuing data, representative of scanned images from a standard facsimile machine, isolated from a telephone, to an appropriate receiving port of a computer.

30. The direct transfer of non manipulated, and non modified signals, through a passive connection containing analog data, or RS 232 and parallel signal subsets thereof, said signals being representative of scanned images from a standard facsimile machine and isolated from a telephone, to an appropriate receiving port of a computer.

31. The direct transfer of non manipulated, and non modified signals, through a passive connection containing data, said signals being representative of scanned images from a standard facsimile machine, isolated from a telephone, to an appropriate receiving port of office products equipped to accept such signals,

32. The method of claim 27 including transferring a parallel data source signal of a scanned image from a fax machine to a computer.

33. The method of claim 27 including transferring a serial data source signal of a scanned image from a facsimile machine to a computer.

2

34.     The method of claim 27 including transferring an analog scanned image source signal from a facsimile machine to a computer.

35.     The direct transfer of non manipulated, and non modified signals, containing data, representative of a document to be printed from a computer, and connected to an appropriate receiving port of a standard facsimile machine and isolated from a telephone.

36.     A method of making a facsimile machine operable as a scanner or printer for a personal computer, each of the facsimile machine and personal computer for communicating using a telephone comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using the facsimile machine, and isolated from the telephone;

arranging the facsimile machine to be in a simulated off-hook condition; and

shifting the personal computer to an off-hook condition for sending or receiving a signal in a facsimile format using an RJ-11 port of the personal computer.

37.     The method of claim 36 including using RJ11 Connector P.C. to interface between the facsimile machine and the personal computer.

38.     The method of claim 36 including using RS232 ports to interface between the facsimile machine and the personal computer.

39.     The method of claim 36 using parallel port connectors to interface between the facsimile machine and the personal computer.

40.     The method of claim 36, using any combination of connectors to interface between a fax machine and a personal computer.

3

## REMARKS

Applicant has added new claims 27-40 and requests that these claims be examined together with the originally filed claims 1-26.

In view of the foregoing, it is submitted that this Amendment should be approved, entered and made of record in the present application.

In view of the foregoing, consideration and early allowance of this application are respectfully requested.

If, however the Examiner is of the opinion that such favorable action cannot now be taken, it is requested that he telephone Applicant's undersigned attorney in order that any outstanding issue may be resolved without the necessity of a further Office Action.

Please charge the cost of additional claims ($441) to the deposit account of the undersigned Acct. No. 23-0815).

If there are any additional fees due in connection with this response or any credits due, the Examiner is authorized to either charge or credit our Deposit Acount No. 23-0815.

Respectfully submitted,

WEINSTEIN & KIMMELMAN

By

Louis Weinstein
Registration No. 20,477
The Bellevue, Sixth Floor
Philadelphia, PA 19106
Phone: 215-985-1133

4

# EXHIBIT

# C



PATENT
DOCKET: B INFINITY - 3.0
IN THE UNITED STATES PATENT AND TRADE MARK OFFICE

In re the Application of
BRUCE NACHMAN
Serial No. 08/669, 056
Filed JUNE 24, 1996
For: INTERFACE CIRCUIT FOR
UTILIZING A FACSIMILE COUPLED TO A
PC AS A SCANNER

Group Art Unit: 2722

Examiner: Cheukfan Lee

I hereby certify that this correspondence is being deposited with the
United States Postal Service with sufficient postage as first class mail in
an envelope addressed to:

Commissioner of Patents and Trademarks, Washington, DC 20231 on:
November 23, 2001
Marvin J. Nachman
Signature _Marvin Nachman_

Response to Office Action due
November 24, 2001

Hon. Commissioner of Patents and Trademarks
Washington, DC 20231

**RECEIVED**

FEB 05 2002

Technology Center 2600

With respect to the Office Action dated October 24,2001, kindly amend the above

identified application as follows:

Claims 4-7 have been deleted.

Claim 35 is no longer deleted on page 1 and page 16.

Claims 30, 31, 49, 50,51 and 55 have been deleted.

> The following responses to Patent Examiner comments in the above referenced Office
> Action are provided, inclusive of the response to the prior "Office Action" due April
> 19, 2000.

<u>Response to paragraph 1</u>

> Please see additional arguments provided herein, and detailed in response to
>
> paragraph 4

<u>Response to paragraph 2</u>

> Claim 40 has been changed to reflect " and the computer".

1

<u>Response to paragraph 3</u>

Claims 27,28,29,32,33,34, 35, 40 and 43 - 48, and 52 - 54, have been amended to comply with 35 U.S.C. 112, as noted herein. Claims 30, 31, 49, 50, 51 and 55 have been deleted as noted above.

In accordance with revised 37 CFR 1.121, the following claim changes are noted as (A) representing a clean version, and (B) representing a marked up version.

(A) Claim 27. Amendment 3 - A method of creating a scanning capability from a facsimile machine to a computer; with scanned image digital data signals transferred without interception from the facsimile machine to the computer, comprising the steps of:

by - passing or isolating the facsimile machine and the computer from the public network telephone line and;

coupling the facsimile machine to the computer;

conditioning the computer to receive digital facsimile signals representing data on a scanned document;

conditioning the facsimile machine to transmit digital signals representing data on a scanned document to the computer, said computer being equipped with send / receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted digital facsimile signals being received directly into the computer interface without prior circuit interception, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

(B) Claim 27. Amendment 3. - [ The use of facsimile machines and / or and facsimile modems internal to an office product to create ], <u>A method of creating</u> a scanning capability from a facsimile machine to a [ component] <u>computer</u>; <u>with scanned image digital data signals transferred without interception from the facsimile machine to the computer</u> [ in a conventional way], <u>comprising the steps of:</u>

by - passing or ~~isolating~~ ating the facsimile machine and the c●mpu ter from the public

network telephone line and;

coupling the facsimile machine to the computer;

conditioning the computer to receive digital facsimile signals representing data on a

scanned document;

conditioning the facsimile machine to transmit digital signals representing data on a

scanned document to the computer, [ and ] said computer being equipped with send /

receive driver communications software enabling the reception of scanned image

signals from the facsimile machine, said transmitted digital facsimile signals being

received directly into the computer interface without prior circuit interception,

thereafter, said computer processing the received digital facsimile signals of the

scanned document as needed. [ manipulation or modification of the original signal,

said facsimile machine and computer devices being directly connected to each other,

and isolated from a connection with a public network telephone line.]

(A) Claim 28. Amendment 3. - The method of performing a scanning function to a pre

- existing facsimile modem, connected to a facsimile machine and a computer, said

facsimile modem being internal or external to a computer, in order to enable a

scanning function, said facsimile machine and fax modem are connected when

transferring scanned signal data, without interception of said signals between the

facsimile machine and the fax modem, said facsimile machine and fax modem being

isolated from the public network telephone line, and by which the establishment of the

transmission state within these types of connections include one of:

a) External initiation including ringing, constant current, on / off hook, or any typical

telephone or digital signaling protocols.

b) Internal initiation, including setting a manual receive mode, setting a specialized

mode, including, "computer mode " or by pressing a start button on the facsimile

machine; or combination of a and b.

c) said computer being equipped with send / receive driver communications software

enabling the reception of scanned image signals from the facsimile machine, said

transmitted digital facsimile signals being received directly into the computer interface

3

without prior circuit interception, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

(B) Claim 28. Amendment 3. - [ The use of facsimile machines ], [ and / or] [ and facsimile modems, ] The method of performing a scanning function to a pre - existing facsimile modem, connected to a facsimile machine and a computer, said facsimile modem being internal or external to a computer [ and various office products ], in order to enable a scanning function, [ and being connected by telephone types of circuits] said facsimile machine and fax modem are [ being ], connected when transferring scanned signal data [ in a conventional way and], without [ interruption ] interception of said, [ or manipulation ] [ of the ], [original ] signals between the facsimile machine and the fax modem, said facsimile machine and fax modem being isolated from the public network telephone line, [connection for performing scanning being facilitated by the telephone circuits, isolated from the public network, ] and by which the establishment of the transmission state within these types of [circuits] connections include one of:

a) External initiation including [a via] ringing, constant current, on / off hook, or any typical telephone or digital signaling protocols;

b) Internal initiation, [such as] including setting a manual receive mode, setting a specialized mode, [for example] including, [ "PC mode" ] "computer mode " or by pressing a start button on the facsimile machine; or [any] combination [thereof] of a and b.

c) said computer being equipped with send / receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted digital facsimile signals being received directly into the computer interface without prior circuit interception, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

(A) 29, ( Amendment 3 ) - The method of claim 27 to create a scanning function from a facsimile machine to a computer by transfer of non-intercepted signals from a facsimile machine, through a connection containing data, representative of scanned images, said facsimile machine, by-passing or isolated from a public network telephone line, and connected to an appropriate receiving port of a computer, or other office product capable of receiving and processing said signals.

4

(B) 29, ( Amendment 3 ) - The <u>method of claim 27 to create a scanning function from a facsimile machine to a computer by</u> [ direct ]  transfer of <u>non-intercepted</u> [ non-interrupted ], [ non manipulated, and non modified ]  signals <u>from a facsimile machine</u>, through a [ passive ] connection containing data, representative of scanned <u>images,</u> [ from a standard ] <u>said</u> facsimile machine, isolated from a <u>public network</u> telephone line, <u>and connected</u> to an appropriate receiving port of a computer, or other office product, <u>or other office product capable of receiving and processing said signals.</u>

(A) Claim 32. Amendment 2. - The method of claim 27, including transferring a parallel data source signal of a scanned image from said facsimile machine to said computer.

(B) Claim 32. Amendment 2. - The [ method ] <u>method</u> [ use ] of claim 27, including transferring a parallel data source signal of a scanned image from

[ a ]  [ fax machine ] <u>said</u> <u>facsimile machine</u> to [ a ] said computer.

(A) Claim 33. Amendment 2. - The  method of claim 27, including transferring a serial data source signal of a scanned image from said facsimile machine to said computer.

(B) Claim 33. Amendment 2. - The [ method ] <u>method</u> [ use ] of claim 27, including transferring a serial data source signal of a scanned image from [ a ] <u>said</u> facsimile machine to[ a] <u>said</u> computer.

(A) Claim 34. Amendment 2. - The method of claim 27, including replacing the digital signal with an analog scanned image source signal from the facsimile machine to said computer through a modem interface.

(B) Claim 34. Amendment 2. - The [ method ] <u>method</u> [ use ] of claim 27, including <u>replacing the digital signal with</u> [ transferring ]  an analog scanned image source signal from <u>the</u> [ a ] facsimile machine to [ a ] <u>said computer through a modem interface.</u>

(A) Claim 35. ⬤ endment 2 - The method of creating ⬤ rin ting function from a computer to a facsimile machine by sending non- intercepted, data signals, representative of a document to be printed from a computer, and connected to an appropriate receiving port of a facsimile machine, said facsimile machine and computer by - passing or isolated from one or more public network telephone lines.

(B) Claim 35. Amendment 2 - The method of creating a printing function from a computer to a facsimile machine by [ direct ] [ transfer of ] sending

non- intercepted [ interrupted ], [ non manipulated, and non modified, ] data signals, [ containing data ], representative of a document to be printed from a computer, and connected to an appropriate receiving port of a [ standard ] facsimile machine, said facsimile machine and computer by - passing or being [ and ] isolated from [ a ] one or more public network telephone [ line ] lines.

(A) Claim 36. Amendment 3 - A method of making a facsimile machine operable as a scanner or printer for a personal computer, each of the facsimile machine and personal computer for communicating normally using at least one public network telephone line, comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using a digital connector port of the facsimile machine, and personal computer, with both the facsimile machine and personal computer isolated from said at least one public network telephone line:

arranging the facsimile machine to be in a digital connection mode,: and

shifting the personal computer to a connection mode, for sending or receiving non intercepted digital signals for scanning or printing between the computer and the facsimile machine, in a facsimile machine format, using a digital connector port of the

personal computer, said computer being equipped with send / receive driver communications software enabling the transfer of said scanning or printing signals between the computer and the facsimile machine.

(B) Claim 36.  Amendment 3  - A method of making a facsimile machine operable as a scanner or printer for a personal computer, each of the facsimile machine and personal computer for communicating <u>normally</u> using [a] <u>at least one public network</u> telephone <u>line,</u> comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using a <u>digital</u> connector port of the facsimile machine, <u>and personal computer, with both the</u> <u>facsimile machine and personal computer</u> [and]  isolated from [the] <u>said at least one</u> <u>public network</u> telephone line:

arranging the facsimile machine to be in a [simulated off hook condition] <u>digital</u> <u>connection mode,</u>: and
shifting the personal computer to [an off hook condition]
<u>a connection mode, for sending or receiving non intercepted digital signals for</u>
<u>scanning or printing between the computer and the facsimile machine,</u> in a facsimile machine format, using [an RJ-11 ] a <u>digital</u> connector port of the personal computer, <u>said computer being equipped with send / receive driver communications software</u> <u>enabling the transfer of said scanning or printing signals between the computer and the</u> <u>facsimile machine.</u>

Claims 37, 38, 39, and 42 needed no modification, and are dependent claims, therefore it was not felt necessary to resubmit them.

(A) Claim 40. Amendment 2. -The method of claim 36, using, RS 232,parallel or other suitable  digital  port type connectors to interface between said facsimile machine and said computer.

7

(B) Claim 40. Amendment 2. -The method of claim 36, using [ any combination of] [RJ 11], RS 232, [ or ] parallel or other suitable  digital  [ or analog ] port type connectors to interface between [ a]  said facsimile machine [and a] [or said] and [ the ]  said computer.

(A) Claim 41. Amendment 2 - The method of claim 27 further comprising optically recognizing the scanned data and converting the scanned data into character codes.

(B) Claim 41. Amendment 2 - The [ method ] method [ use ] of claim 27 further comprising optically recognizing the scanned data and converting the scanned data into character codes.

(A) Claim 43 Amendment 2 - A method of using a facsimile machine as a scanner or printer for a personal computer, each of the facsimile machine and personal computer for communicating using telephone types of circuits, said facsimile machine and computer being isolated from the public telephone network, comprising the steps of:

(a) Configuring the facsimile machine to communicate with the personal computer using the facsimile machine, and  by - passing or isolating the facsimile machine and computer from the public telephone network,

(b) arranging the facsimile machine to be in a  simulated off-hook condition, or connection mode; and

(c) shifting the personal computer to an off-hook condition, or connection mode for sending or receiving non - intercepted  signals in facsimile formats between the personal computer and the facsimile machine,

said computer being equipped with send / receive driver communications software enabling the transfer of said scanning or printing signals between the computer and the facsimile machine.

(B) Claim 43 Amendment 2 - A method of using a facsimile machine as a scanner or printer for a personal computer, each of the facsimile machine and personal computer

for communicating using telephone types of circuits, said facsimile machine and computer being isolated from the public telephone network, comprising the steps of:

(a) Configuring the facsimile machine to communicate with the personal computer using the facsimile machine, and [isolated from] by - passing or isolating the facsimile machine and computer from the [active] public telephone network,

(b) arranging the facsimile machine to be in a simulated off-hook condition, or connection mode; and

(c) shifting the personal computer to an off-hook condition, or connection mode for sending or receiving non - intercepted [interrupted] signals in facsimile formats between the personal computer and the facsimile machine,

(d) said computer being equipped with send / receive driver communications software enabling the transfer of said scanning or printing signals between the computer and the facsimile machine.

Claim 44 - The method of claim 43 including using serial data transmissions between the facsimile machine and the personal computer.

Claim 45 - The method of claim 43 including using parallel data transmissions between the facsimile machine and the personal computer.

Claim 46 - The method of claim 43 including using analog data transmissions between the facsimile machine and the personal computer.

(A) Claim 47 - The method of claim 43 using analog data transmissions, or digital serial, or parallel signals, between the facsimile machine and the personal computer.

(B) Claim 47 - The method of claim 43 [including] using analog data transmissions, or digital serial, or parallel [signal] signals [subsets thereof), between the facsimile machine and the personal computer.

Claim 48 - The method of claim 43 further comprising optically recognizing the scanned data and converting the scanned data into character codes.

(A) Claim 52 - ⬤ method of using a facsimile machine ⬤ a computer, one or both

of which being connected to a telephone line, such that said facsimile machine,

operates as a scanning device, when isolated from the telephone line, comprising the

steps of:

    (a) coupling the facsimile machine to the computer;

    (b) generating a facsimile machine signal, whereby the computer is

    conditioned to receive signals representing data on a scanned document.

generating a signal to simulate an off - hook condition, or connection mode, providing

a direct path, whereby the facsimile machine is conditioned to transmit, signals without

interception to the computer, representing data on a scanned document.

(B) Claim 52 -  A method of using a facsimile machine with a computer, <u>one or both</u>

<u>of which being connected to a telephone line,</u> such that said facsimile machine, [can

operate] <u>operates</u> as a scanning device, when isolated from the telephone [network]

<u>line,</u> comprising the steps of:

    (a) coupling the facsimile machine to the computer;

    (b) generating a facsimile machine signal, whereby the computer is conditioned

    to receive signals representing data on a scanned document.

    (c) generating a signal to simulate an off - hook condition, <u>or connection</u>

      <u>mode</u>, providing a direct path, whereby the facsimile machine is

      conditioned to transmit, [ and/or non modified] signals <u>without</u>

      <u>interception</u> [ interruption] <u>to the computer,</u> representing data on a scanned

      document.

(A) Claim 53. A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line, such that said facsimile machine, operates as a printing device, when isolated from the telephone line, comprising the steps of:

(a) coupling the facsimile machine to the computer;

(b) generating a signal representative of a standard facsimile machine call signal, whereby the computer is conditioned to transmit signals representing data on a document to be printed.

(c) generating a signal to simulate an off - hook condition or connection mode, providing a direct path, whereby the facsimile machine is conditioned to receive non intercepted signals representing data from the computer of a document to be printed.

(B) Claim 53. A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line, such that said facsimile machine, [can operate] operates as a printing device, when isolated from the telephone [network] line, comprising the steps of:

(a) coupling the facsimile machine to the computer;

(b) generating a signal representative of a standard facsimile machine call signal, whereby the computer is conditioned to [Transmit] transmit signals representing data on a document to be printed.

(c) generating a signal to simulate an off - hook condition or connection mode, providing a direct path, whereby the facsimile machine is conditioned to receive non intercepted [non interrupted, non manipulated and / or non modified ] signals representing data from the computer of a document to be printed.

(A) Claim 54. - Amendment 2. A method of making a facsimile machine operable as a scanner or printer for a computer, each of the facsimile machine, and computer for

11

communicating, normally using at least one public network telephone line, comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using a digital connector port on the facsimile machine, and a digital connector port on the computer, with both the facsimile machine and computer by - passing or isolated from said at least one public network telephone line: and

arranging the facsimile machine to send or receive digital data signals, and coupling the digital data signals to the personal computer, and the facsimile machine, said computer equipped with send / receive driver communications software enabling the reception of scanned image signals from the facsimile machine, or the sending of computer data to the facsimile machine for printing.

(B) Claim 54. - Amendment 2. A method of making a facsimile machine operable as a scanner or printer for a computer, each of the facsimile machine, and computer for communicating, normally using at least one public network telephone line, comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using a digital connector port on the facsimile machine, and a digital connector port on the computer, with both the facsimile machine and computer isolated from said at least one public network telephone line: and

arranging the facsimile machine to send or receive digital [ serial] data signals, and [ means for] coupling the digital data signals to the personal computer, and the facsimile machine, said computer equipped with send / receive driver communications software enabling the reception of scanned image signals from the facsimile machine, or the sending of computer data to the facsimile machine for printing.

Response to paragraph 4

Regarding claim 7, see the amended claim 27, and the following discussion. The following denotes some significant differences between Perkins' Patent and the Applicant's Patent Application. Also described is a major limitation to Perkins' Patent, ie. Perkins' device 3 design is limited to the transfer of only analog signals ( not digital signals) from his device 3 to the facsimile transceiver, and his design can receive only analog signals ( not digital signals ) from the facsimile transceiver to his device 3. In contrast, the Applicant can transfer digital signals between the facsimile transceiver and the computer in accordance with the Applicants' Specification and numerous claims ( claims 27, 32, 33, 35, 36, 40, 43, 44, 45, 47, 52, 53, and 54 ), and as delineated in Figures 2F, 2G, and 2H.

Perkins col. 9, lines 29-33, requires the use of a modem, ring generator means, line loop detector, control means comprising microprocessor 10, all of which are within the configuration of device 3. Perkins' device 3 is placed on a card internal to the computer in order to enable the transfer of analog signals between the facsimile transceiver and the computer ( not digital signals ). See Perkins Column 3, lines 63 - 65, which clearly defines a PSTN - type analog connection from Perkins device 3 to the facsimile transceiver.

By incorporating his device 3, Perkins has modified the computer with his invention. For example, when in the printing mode, to enable the transfer of a signal from the computer to the facsimile transceiver, Perkins' device 3 must convert a digital signal into an analog signal, which passes through a PSTN ( Public Switch Telephone Network ) type connector, in order to be received by the facsimile transceiver. See Perkins, col. 3, line 59 through col. 4, line 2, and Perkins Fig 1.

It is evident that Perkins does not envision a direct transfer of digital signals between the facsimile transceiver and the computer. At no time does Perkins state that the

facsimile transcer is equipped to receive or transmit digital signals, or that the facsimile transceiver is configured with a connector suitable for the receipt or transfer of digital signals, such as an RS 232 connector. Nor is Perkins' device 3 designed to transmit digital signals directly to the facsimile transceiver. Therefore, Perkins is limited to transferring only analog signals between the external connection of his card device 3, when it's located in the computer, and the facsimile transceiver.

There is no reference by Perkins indicating the transfer of a non interrupted or non intercepted digital signal from the facsimile transceiver to the computer. In fact Perkins specifically states that the facsimile transceiver is equipped with a PSTN connector which necessarily means that the connector receives or transfers an analog signal, not a digital signal.

Perkins' description for transferring scanning or print signals are described by Perkins in col. 4, line 3 to col. 5, line 12. Specifically print signals are described in col. 4, line 41 to line 47. Perkins states "The line interface unit 7 then sends the modulated data to the facsimile transceiver 1 via the connector 4". As noted earlier, connector 4 is a PSTN type connector which accepts standard analog transmission signals not digital signals.

In effect, in the print mode Perkins' device 3 must convert digital signals to analog, which are the only signals that can be received by the facsimile transceiver for printing when using Perkins' Patent.

Scanning is described in col. 5, line 1 through line 12 of Perkins' Patent. According to Perkins, "Once communication is established, the facsimile transceiver 1 sends modulated signals representing the scanned documents via the connector 4 to the line interface unit 7 and to the modem 9 where the modulated signals are demodulated".

In Perkins' scanning application the signal which is transferred between connector 4 and line interface unit 7 when Perkins card is installed in the computer is a standard analog facsimile transmission. After the analog facsimile transmission data enters the card installed in the computer through line interface unit 7, the modulated signals are demodulated by modem 9, and then transferred by Perkins' microprocessor 10 ( located on his card ), as digital information. Perkins col. 9, lines 31 to 33 states "The card would have a connector for the facsimile transceiver to connect the computer directly to the facsimile transceiver". The card connector must therefore be one of a PSTN type, in order to transfer analog signals between the facsimile transceiver and the computer, because the facsimile transceiver has not been adapted by Perkins to send or receive digital signals, and Perkins card / device 3 has not been designed to send digital signals to the facsimile transceiver.

In contrast, what the Applicant does to enable the transfer of non - intercepted digital signals between the facsimile transceiver and the computer is very different from Perkins. The Applicant uses standard communications software available for most computers in order to send or receive non - intercepted digital data between the facsimile transceiver and the computer.

The Applicant integrates his circuit 10 with the existing control/modem circuitry of the facsimile transceiver in order to establish a digital connection and to transfer non - intercepted digital signals through RS 232, or parallel connector type ports between the facsimile transceiver and the computer. (See the Applicants' Patent Application page 16, lines 22 through page 17, line 14, and Fig. 2G.) The Applicant does not require any intervening circuitry to demodulate or modulate the transmitted signals as does Perkins. In addition, when digital data is transferred for scanning or printing, the

Applicant does not require the use of a computer modem as does Perkins with his device 3.

In claims where the Applicant transfers an analog signal, it is always to an existing computer modem either external or internal to the computer, said computer modem is not required to be provided by the Applicant, whereas Perkins because of his design must provide a modem as part of his card or device 3.

Regarding the Examiner's comment for claim 27, with reference to Perkins, as noted in the last sentence of the Examiner's comments, "The direct connection of the facsimile transceiver ( 1 ) and the computer ( 2 ) is isolated from the telephone line." It is agreed that both Perkins and the Applicant isolate from the telephone line. However, this action represents only a single step in an otherwise completely different way of enabling the transfer of digital and analog signals between a facsimile transceiver and a computer for scanning or printing, and is therefore non - infringing, as described herein.

In addition to the above information, please consider the following:

When Perkins' device 3 receives the facsimile analog transmission signals for scanning through the PSTN type connector in the external mode, the modulated signal is demodulated by device 3 and subsequently transmitted as a digital signal to the RS 232 port of the computer where it is transmitted through the I/O Bus and is processed by the receiving circuits, (i. e. UART, CPU ) of the computer.

When Perkins places his device 3 on a card internal to the computer, the same process noted above occurs. In this internal configuration, facsimile transmission data never enters the computer I/O Bus until after it is processed by the device 3 card circuits into digital data, thereafter, the flow of data transfers to the I/O Bus and is processed by the computer circuitry.

It is therefore evident that Perkins' device 3 intercepts the flow of data before it is transmitted to the computer circuits, in order to convert the analog signal into a digital signal format acceptable to the computer. Hence, even though circuitry of device 3 is placed in a card within the box containing the computer it should be regarded as a peripheral device to the computer which processes data before it is transmitted to the I/O bus of the computer.

Contrary to the above, when the Applicant transfers digital data from the facsimile transceiver for scanning to the computer, the non intercepted data enters through the RS 232 type connector port of the computer and passes directly to the I/O Bus and is processed by the receiving circuits (i. e. UART, CPU ) of the computer, providing a true non intercepted digital signal between the facsimile transceiver and the computer. In effect, the Applicant's method does not use intermediary peripheral circuitry for signal interception, resulting in demodulation or modulation such as is required by Perkins with his card or device 3.

Consequently, the Applicant's invention is different from the prior art as required by 35 USC 102e. Not only is the Applicant's invention different, but his invention is not obvious, in keeping with the requirement of 35 USC 103. This difference is meaningful, not found in the prior art and provides real benefit. For example, the Applicant's invention can be built for at least half the cost of the prior art, since it does not require any of the additional hardware and software ( loop detector circuit 8, modem 9, microprocessor 10, control program, device 3 controls, display 12, and keypad 13 ), that is required to be provided by the prior art of Perkins. The prior art never suggests or teaches the inventive methods of the Applicant as stated herein, for transferring digital and analog signals in order to create a scanning or a printing function between a computer and a facsimile transceiver.

17

Regarding claim 28, this claim has been modified to comply with the Examiners comment, and in accordance with the discussion herein, for paragraph 4, claim 27, above. Please note that the "computer mode", is inherently a function of all computers, and is used by the Applicant in an otherwise completely different and simplified inventive method than Perkins for enabling the transfer of digital and analog signals between a facsimile transceiver and a computer for scanning or printing, and is therefore non - infringing, as described herein.

Regarding claim 29, this claim has been modified to comply with the Examiners comment, and in accordance with the previously referenced discussion for claim 27, herein.

Regarding claim 30, this claim has been deleted.

Regarding claim 31, this claim has been deleted.

Regarding claim 36, See the amended claim 36, and discussion for paragraph 4, claim 27, and as follows. Perkins and the Applicant use the public telephone line for communication. However, this action appears as a single step in an otherwise completely different way of enabling the transfer of digital and analog signals between a facsimile transceiver and a computer for scanning or printing, and is therefore non - infringing, as described herein. Please note the amended claim 36, now specifies a digital connection mode, and allows for the digital signals to be transferred without interception between the facsimile machine and the computer, which the prior art cannot do, as stated in the referenced discussion herein.

Regarding claims 37, 38, and 40, see response to paragraph 4, discussion for claim 27. The Perkins card, as noted above can only be equipped with a PSTN type connector, which is capable of transferring analog signals to the facsimile machine, which must be equipped with a PSTN type connector for receiving or sending said analog signals. There would be no purpose in equipping Perkins' card which is installed in the

computer, with RS 232 connector, since the circuit described by Perkins can only transmit an analog signal to the facsimile transceiver through a PSTN type connector and the facsimile transceiver has not been enabled to receive a digital signal. Based on this analogy, the Examiner's comment that " the connector ( col. 9, line 31 ) is inherently a RS 232 or RJ 11 port", is not justified with respect to the RS 232 connector.

It is important to note that RJ - 11 or PSTN type connectors have been generically used in telecommunications. Although both Perkins and the Applicant employ there use, the Applicant utilizes the connection in a simplified manner. For example when the Applicant sends an analog signal is sent to the computer in the scanning mode, the signal data is received by a pre - existing facsimile modem which the Applicant is not required to provide. It is not part of the Applicants invention. However, Perkins must provide the modem and his associated circuitry as described herein and by Perkins, for his card / device 3. Because of the many differences between the two inventions the use of the RJ - 11, PSTN type connectors should be considered as non - infringing.

Regarding claims 41 and 42, the Patent Examiner states " It is inherent that the scanned data is optically recognized and converted into character codes at the computer (2)," It is in fact not necessary to convert a scanned document with optical character recognition software in the computer, unless the user has a need to edit said document. A scanned document may remain resident in a computer as an image of text, photograph or line art, etc., for storage or for future facsimile transmission or E-mail, without the need to optically recognize it. Therefore, it is not inherent, as suggested by the Examiner, that said scanned data would require optical recognition. It is therefore requested that claims 41 and 42 covering optical recognition be allowed.

Regarding claim 43, 52 and 53, see the discussion herein paragraph 4, with respect to Perkins, and the inventive differences stated by the Applicant.

Regarding claim 44, see the following, and discussion above for differences in the way the Applicant and Perkins use a serial data port. Most computers are equipped with serial data ports for peripheral device usage such as a printer.

However, the Applicant employs the use of the serial data port when serial data is transferred through the facsimile transceivers serial data port and linked directly to the computer's serial data port. Perkins only uses the serial data port to connect from his device 3 to the computer. See Perkins column 4, lines 14 - 17, and lines 41 - 47. In addition, Perkins never suggests that the facsimile transceiver is equipped with a serial data port.

Regarding claim 47, see the discussion herein, and as noted above: The digital serial data being transferred is not intercepted by the Applicant as it is with Perkins' card, or device 3.

Regarding claim 48, see the response to claim 41 and 42 above, with respect to the use of optical character recognition software.

Regarding claims 49 and 50, see the discussion and additional information provided herein.

Regarding claims 54 and 55, claim 55 has been deleted. See the discussion and additional information provided herein for claim 27, which is applicable to claim 54.

In view of the foregoing discussion, it is apparent that the Applicant has invented a simpler way than Perkins, to accomplish a scanning and printing function, between a facsimile machine and a computer.

It is submitted that claims 27, 28, 29, 32 - 34, 35, 36 - 48, and 52 - 54 patently distinguish over the art of record, and reconsideration of these claims, be allowed. Reconsideration and early allowance of this application are respectfully requested, in view of the foregoing.

If, however, the Examiner is of the opinion that such favorable action cannot now be taken, it is requested that she telephone the undersigned Applicant in order that any outstanding issue may be resolved without the necessity of a further office action.

20

Respectfully submitted,

Marvin J. Nachman,

Executor / CO - Inventor

315 - Saybrook Road

Villanova, PA 19085

Tel: 610 - 525 - 1089 Voice and Fax

# EXHIBIT

# D



## United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/009,901 | 04/19/2011 | 6,894,811 | 079761.0105 | 7427 |

7590       02/10/2012

MARVIN NACHMAN
315 SAYBROOK RD
VILLANOVA, PA 19085

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 02/10/2012

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

BAKER BOTTS L.L.P.

2001 ROSS AVENUE

SUITE 600

DALLAS, TX 75201-2980

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/009,901*.

PATENT NO. *6,894,811*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| **Office Action in Ex Parte Reexamination** | **Control No.** 90/009,901 | **Patent Under Reexamination** 6,894,811 |
|---|---|---|
| | **Examiner** COLIN LAROSE | **Art Unit** 3992 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a ☒ Responsive to the communication(s) filed on _21 November 2011_ .    b ☒ This action is made FINAL.
c ☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire _2_ month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.      3. ☐ Interview Summary, PTO-474.
2. ☒ Information Disclosure Statement, PTO/SB/08.    4 ☐ _____.

Part II    SUMMARY OF ACTION

1a. ☒ Claims _1-20_ are subject to reexamination.
1b. ☐ Claims _____ are not subject to reexamination.
2. ☐ Claims _____ have been canceled in the present reexamination proceeding.
3. ☒ Claims _7-17_ are patentable and/or confirmed.
4. ☒ Claims _1-6 and 18-20_ are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a)☐ approved (7b)☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have

    1☐ been received.
    2☐ not been received.
    3☐ been filed in Application No. _____.
    4☐ been filed in reexamination Control No. _____.
    5☐ been received by the International Bureau in PCT application No. _____.

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____.

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)            Office Action in Ex Parte Reexamination            Part of Paper No. 20120127

Application/Control Number: 90/009,901                                   Page 4
Art Unit: 3992

with a PC using unmodified standard send/receive driver communications software as could be

found on a conventional computer" (*Id.*, p. 10).

### *Response to Amendments and Remarks*

2.       As best understood, a "standard protocol" denotes a protocol that either has been formally

accepted as an industry standard or has been so widely utilized as to become a *de facto* industry

standard. For instance, the fax machine of the '811 patent is disclosed as being a group I, group

II, or group III machine (see column 5:17-20). These different groups correspond to known

standard protocols for fax signal formats established by the CCITT, and therefore, it can be said

that a group I, II, or III fax machine utilizes an "unmodified standard fax protocol."

The specification of the '811 patent, however, does not appear to support the current

amendments to the claims that call for the send/receive driver communications software to be of

an "unmodified standard protocol." Regarding the embodiment shown in FIG. 2g, the

specification teaches that "[a]ny available send/receive communications software package is

acceptable" (column 8:24-26), and the figure describes such a send/receive communication

software as being "generic."

The teaching of the communications software being "any available" at column 8:4-26 is

construed to mean that the communications software can be any known send/receive

communications software. That is, software that is "known" to those skilled in the art would

necessarily be "available" for use by those skilled in the art. Proprietary software that is kept

secret or is otherwise unknown to those skilled in the art would not be considered "available."

Application/Control Number: 90/009,901                                    Page 5
Art Unit: 3992

The teaching of the communications software being "generic" at FIG. 2g is construed to

mean that the communications software can be characterized as general-purpose, as opposed to

customized or particularly tailored for a specific application or process. In this instance, a generic

send/receive driver communications software would encompass software capable of sending and

receiving data in a general sense, and would not be limited to any particular type of data to be

transmitted or received, such as only fax or image data, or limited to transmission between a

computer and only a particular class of devices (*i.e.*, only fax machines).

At column 8:4-26 and FIG. 2g, the '811 patent describes an embodiment in which the

computer does not include a fax modem and therefore, is incapable of converting image data or

the like into standardized fax signals (such as group I, II, or III signals) prior to transmission of

the data to a fax machine. [Compare FIG. 2g to FIGS. 2a-2e, which all include fax modem

circuitry that is either internal or external to the computer]. Accordingly, image data is

transferred between the computer and the fax machine using "any available" send/receive driver

communications software package or a "generic" send/receive driver communications software

package.

However, there is no teaching in the '811 patent, either express or implied, that the

send/receive driver communications software conforms to an "unmodified standard protocol." At

best, the only thing that appears to be disclosed as such would be the group I, II, or III protocols

utilized by a fax machine and by a computer having a fax modem (see column 4:60-63, where

the computer includes a group III fax interface board; see column 5:16-20, where the fax

machine is a group I, group II, or group III machine; and see column 5:50-52, where data is

transmitted in a "standard facsimile machine format").

Application/Control Number: 90/009,901                    Page 6
Art Unit: 3992

    Accordingly, the specification of the '811 patent teaches the send/receive driver communications software as being "any available" or "generic," as opposed to "unmodified standard protocol."

    In the previous Office action dated 9/21/2011, Kang was characterized as inherently employing send/receive driver communications software for sending/receiving image data and associated control codes, and to the extent that Kang does not expressly utilize "software," Kochis was relied upon for demonstrating that send/receive driver communications routines are conventionally embodied in software executable on a computer (see Office action, p. 5).

    With regards to the current language of claims 1, 6, and 18-20, Kang does not appear to employ an <u>unmodified standard protocol</u> send/receive driver communications software. That is, Kang does not expressly teach or otherwise imply that the send/receive driver conforms to a formal or *de facto* industry standard for sending/receiving data. On the contrary, it appears that Kang's driver is non-standard inasmuch as "the image information exchange between the facsimile device and the computer is operated according to said four modes [*i.e.*, image scanning mode, image print mode, system transmitting mode, and system received mode] and each mode requires the control information for protocol control" (column 4:18-22). In other words, Kang utilizes a protocol capable of handling special control codes specifically tailored to the scanning, printing, transmitting, and receiving of image data between a fax machine and a computer, and there is no evidence that Kang's protocol has become "standardized."

    With regards to the specification of the '811 patent, Kang's send/receive driver communications software is considered "available" since its operation has been disclosed in a prior patent. However, it is not considered "generic" since, as indicated above, it is specifically

Application/Control Number: 90/009,901                                    Page 7
Art Unit: 3992

tailored to the transmission and receipt of image data between a fax machine and a computer and

would be unsuitable for generalized data transfer purposes, such as transmitting non-image data

not intended for a fax machine.

The above remarks pertain to amended independent claims 1, 6, and 18-20, which denote

that the computer is equipped with <u>unmodified standard protocol</u> send/receive driver

communications software. For the reasons given above, claims 1-6 and 18-20 are rejected below

for lack of written description.


Amended independent claims 7 and 12 provide for <u>using an unmodified standard protocol</u>

<u>for</u> shifting the personal computer to a connected mode (claim 7) or to an off-hook condition or

connection mode (claim 12). The "shifting the personal computer" to either the connected mode

or to an off-hook condition is accomplished by depressing a button on the interface circuit 10.

According to the specification of the '811 patent,

> Switch SW1 is operated by pressing button B1 ... By depressing
> switch button B1, the switch arms SW1-1, SW1-4 and SW1-7 are
> simultaneously moved to the dotted line positions shown in FIG. 1
> ... In the dotted line position, the nine volt (9V) DC source is
> couple through switch arm SW1-4 and stationary terminal SW1-6
> to the VCC terminals of ring generator circuit 14, producing a 20
> Hz sine wave of 90 volt amplitude and a current of 15 mils at the
> secondary windings W2, which is applied to the PC line PCT1 ...
> simulating what the PC believes is a request by a "remote"
> facsimile to transmit data thereto. The PC ... shifts to a receive
> mode for receiving what appears to the PC to be a facsimile
> transmission from a "remote" facsimile machine. (see column
> 4:42-65)

Thus, the PC is shifted to a receive mode by utilizing the interface circuit of FIG. 1 to

spoof the remote connection of a locally connected fax machine. After release of the button B1,

> the nine volt (9V) DC source [is] coupled to input 12a of current
> generator circuit 12, which circuit applies the constant current to
> the facsimile receive line FXR2 to create what appears to the
> facsimile machine to be an off-hook condition. (see column 5:1-7)

Therefore, it appears that the interface circuit shown in FIG. 1 is what is used for

"shifting the personal computer," and the shifting involves placing data to be transmitted in a

standard fax machine format (*i.e.*, group I, II, or III):

> The computer (PC) is operated [] by providing a switch such as a
> push button switch … to enter into a standard protocol with the
> facsimile machine and thereafter to transmit information in
> standard facsimile machine format. (see column 5:48-52)

In other words, the unmodified standard protocol is "used for shifting" in the sense that

data signals to be transmitted or received by the computer are converted to, or otherwise made to

conform to, the standard fax protocol upon preparing the computer for image data transmissions

to and from a fax machine.

These amendments to claims 7 and 12 differentiate from Kang since Kang uses a

*modified* standard protocol for shifting a computer into a mode for communicating with a local

fax machine. In order to shift a computer into different modes of communication with a fax

machine, Kang includes various control data (illustrated in FIG. 3 of Kang) that are putatively

not associated with a standard facsimile protocol, such as the group I, II, or III protocols. Even if

Kang's "image information" shown in FIG. 3 conforms to an unmodified facsimile standard

protocol, the inclusion of the control information 311-313 represents a modification to such a

standard protocol, and therefore, Kang's shifting of the computer to a connected or off-hook

Application/Control Number: 90/009,901                                    Page 9
Art Unit: 3992

mode is accomplished via a modified standard protocol. For this reason, claims 7-17 are

patentable.

### *Claim Rejections - 35 USC § 112*

3.      The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making
> and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it
> pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode
> contemplated by the inventor of carrying out his invention.

4.      Claims 1-6 and 18-20 are rejected under 35 U.S.C. 112, first paragraph, as failing to

comply with the written description requirement.  The claim(s) contains subject matter which

was not described in the specification in such a way as to reasonably convey to one skilled in the

relevant art that the inventor(s), at the time the application was filed, had possession of the

claimed invention.

Patent Owner has amended independent claims 1, 6, and 18-20 to denote that the

computer is equipped with unmodified standard protocol send/receive driver communications

software. Similarly, independent claims 7 and 12 have been amended to provide for using an

unmodified standard protocol for shifting the personal computer to a connected mode (claim 7)

or to an off-hook condition or connection mode (claim 12).

Patent Owner had identified support for these changes in the '811 patent at FIGS. 2a-2j

(particularly FIG. 2g); column 5:50-52; and column 8:4-26.

The specification of the '811 patent, however, does not appear to support the current

amendments to the claims that call for the send/receive driver communications software to be of

Application/Control Number: 90/009,901                                    Page 10
Art Unit: 3992

an "unmodified standard protocol." Regarding the embodiment shown in FIG. 2g, the

specification teaches that "[a]ny available send/receive communications software package is

acceptable" (column 8:24-26), and the figure describes such a send/receive communication

software as being "generic."

However, there is no teaching in the '811 patent, either express or implied, that the

send/receive driver communications software conforms to an "unmodified standard protocol." At

best, the only thing that appears to be disclosed as such would be the group I, II, or III protocols

utilized by a fax machine and by a computer having a fax modem (see column 4:60-63, where

the computer includes a group III fax interface board; see column 5:16-20, where the fax

machine is a group I, group II, or group III machine; and see column 5:50-52, where data is

transmitted in a "standard facsimile machine format").

Accordingly, the specification of the '811 patent teaches the send/receive driver

communications software as being "any available" or "generic," as opposed to "unmodified

standard protocol."


### Allowable Subject Matter

5.       Claims 7-17 are allowable for the reasons given above.

6.       Claims 1-6 and 18-20 would be allowable if amended to indicate that the send/receive

driver communications software is "generic" rather than "unmodified standard protocol" or if

otherwise amended to overcome the § 112, 1st paragraph, rejections and to patentably distinguish

the claims from Kang and Kochis.

Application/Control Number: 90/009,901          Page 11
Art Unit: 3992

## *Conclusion*

7.    **THIS ACTION IS MADE FINAL.**

A shortened statutory period for response to this action is set to expire **2 months** from the

mailing date of this action.

**Extensions of time under 37 CFR 1.136(a) do not apply in reexamination**

**proceedings**. The provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Further, in 35 U.S.C. 305 and in 37 CFR 1.550(a), it is required that

reexamination proceedings "will be conducted with special dispatch within the Office."

**Extensions of time in reexamination proceedings are provided for in 37 CFR**

**1.550(c).**  A request for extension of time must be filed on or before the day on which a response

to this action is due, and it must be accompanied by the petition fee set forth in 37 CFR 1.17(g).

The mere filing of a request will not effect any extension of time.  An extension of time will be

granted only for sufficient cause, and for a reasonable time specified.

The filing of a timely first response to this final rejection will be construed as including a

request to extend the shortened statutory period for an additional month, which will be granted

even if previous extensions have been granted.  In no event however, will the statutory period for

response expire later than SIX MONTHS from the mailing date of the final action.  See MPEP §

2265.

All correspondence relating to this *ex parte* reexamination proceeding should be directed:

By Mail to:       Mail Stop *Ex Parte* Reexam
                  Attn: Central Reexamination Unit
                  Commissioner for Patents
                  United States Patent & Trademark Office

Application/Control Number: 90/009,901                                    Page 12
Art Unit: 3992

|            |                                    |
|------------|------------------------------------|
|            | P.O. Box 1450                      |
|            | Alexandria, VA 22313-1450          |
| By FAX to: | (571) 273-9900                     |
|            | Central Reexamination Unit         |
| By hand:   | Customer Service Window            |
|            | Randolph Building                  |
|            | 401 Dulany Street                  |
|            | Alexandria, VA 22314               |

By EFS:     Registered users of EFS-Web may alternatively submit such correspondence via

the electronic filing system EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered

EFS-Web offers the benefit of quick submission to the particular area of the Office that

needs to act on the correspondence. Also, EFS-Web submissions are "soft scanned" (i.e.,

electronically uploaded) directly into the official file for the reexamination proceeding, which

offers parties the opportunity to review the content of their submissions after the "soft scanning"

process is complete.

For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) state that correspondence

(except for a request for reexamination and a corrected replacement request for reexamination)

will be considered timely if (a) it is transmitted via the Office's electronic filing system in

accordance with 37 CFR 1.6(a)(4), and (b) it includes a certificate of transmission for each piece

of correspondence stating the date of transmission, which is prior to the expiration of the set

period of time in the Office action.

Application/Control Number: 90/009,901                                    Page 13
Art Unit: 3992

     Any inquiry concerning this communication should be directed to Colin LaRose at (571)

272-7423.


Conferees:

/Colin LaRose/
Primary Examiner
Art Unit 3992

Alexander Kosowski
Supervisor
Art Unit 3992

Receipt date: 11/21/2011                                    90009901 - GAU: 3992

PTO/SB/08a (01-08)
Approved for use through 05/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 90009901 |
| Filing Date | 2011-04-19 |
| First Named Inventor | Nachman |
| Art Unit | 3992 |
| Examiner Name | LaRose |
| Attorney Docket Number | |

Sheet ___ of ___

### U. S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number-Kind Code | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 4816911 | 03-28-1989 | Krisch et al. | |
| | | US- 5452106 | 09-19-1995 | Perkins | |
| | | US- 4964154 | 10-16-1990 | Shimotono | |
| | | US- 4607289 | 08-19-1986 | Kurokawa | |
| | | US- 5216517 | 06-01-1993 | Kinoshita et al. | |
| | | US- 4991200 | 02-05-1991 | Lin | |
| | | US- 5459579 | 10-17-1995 | Hu et al. | |
| | | US- 5552901 | 09-03-1996 | Kikuchi et al. | |
| | | US- 4910607 | 03-20-1990 | Kita et al. | |
| | | US- 20030200403 A1 | 10-23-2003 | Niwa et al. | |
| | | US- 3558811 | 01-26-1971 | Montevecchio | |
| | | US- 4802204 | 01-31-1989 | Chang | |
| | | US- 4868672 | 09-19-1989 | Hiroki et al. | |
| | | US- 4989163 | 01-29-1991 | Kawamata et al. | |
| | | US- 5021892 | 06-04-1991 | Kita et al. | |
| | | US- 5175750 | 12-29-1992 | Donovan et al. | |
| | | US- 5297146 | 03-22-1994 | Ogawa | |
| | | US- 5390031 | 02-14-1995 | Kang et al. | |
| | | US- 5425135 | 06-13-1995 | Motoyama et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code Number Kind Code | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | | EP 0655852 B1 | 05-31-1995 | Mita Industrial Co. Ltd. | | |
| | | DE 4312136 A1 | 10-20-1994 | Deutsche Bundespost Telek | | |
| | | DE 4239349 A1 | 09-22-1994 | Andronic Sensor Systems | | |
| | | JP 63-187960 | 03-08-1988 | Nippon Electric Co. | | |
| | | JP 1-168161 | 07-03-1989 | NEC Corporation | | ✓ |
| | | JP 64-22166 | 01-25-1989 | Toshiba Corporation | | ✓ |

| Examiner Signature | /Colin LaRose/ | Date Considered | 02/01/2012 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /CML/

Application/Control Number: 90/009,901                                     Page 2
Art Unit: 3992

## REEXAMINATION OF U.S. PATENT 6,894,811

### *Patent Owner's Amendments and Remarks*

1.      Patent Owner has amended independent claims 1, 6, and 18-20 to denote that the

computer is equipped with <u>unmodified standard protocol</u> send/receive driver communications

software. Similarly, independent claims 7 and 12 have been amended to provide for <u>using an</u>

<u>unmodified standard protocol for</u> shifting the personal computer to a connected mode (claim 7)

or to an off-hook condition or connection mode (claim 12).

Patent Owner had identified support for these changes in the '811 patent at FIGS. 2a-2j

(particularly FIG. 2g); column 5:50-52; and column 8:4-26.

FIG. 2g illustrates a standard fax machine 30 connected to a computer 40 having "generic

send/receive communication software":



**Fig. 2g**

Application/Control Number: 90/009,901                                     Page 3
Art Unit: 3992

Column 8:4-26 provides an explanation of FIG. 2g, and briefly describes the operation of

the send/receive communication software as relates to a digital image received from or sent to

the fax machine:

> The receive driver software accepts the digital image for storage
> and processing as appropriate. This send/receive driver
> communication software package also has the ability to send a
> digital image to the facsimile machine for printing purposes …
> Any available send/receive communications software package is
> acceptable.

Column 5:50-52 relates to the description of FIG. 1, which details the interface circuit 10.

The interface circuit is disclosed as facilitating the transfer of fax signals between a computer

and a fax machine. According to column 5:50-52, when a computer is provided with an interface

circuit and fax machine signals are to be transmitted from the computer to the fax machine, a

button is pressed "to enter into a standard protocol with the facsimile machine and thereafter to

transmit information in standard facsimile format."

Patent Owner argues that the above changes to the claims overcome the previous

rejections in view of Kang or in view of Kang and Kochis. Specifically, Patent Owner argues

that Kang does not employ a send/receive driver communications protocol that conforms to an

"unmodified standard protocol." FIG. 3 of Kang allegedly shows a "non-standard"

communications protocol comprising control codes pre-pended to image data. Patent Owner

argues that in order for Kang's fax device and computer to understand the pre-pended control

codes they must be "equipped with non-standard protocol send/receive driver communications

software" (see 11/21/2011 Remarks, p. 9). That is, "[t]he device of Kang would fail to operate

# EXHIBIT E

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re Patent of : | Nachman | Art Unit : | 3992 |
| Patent No. | : 6,894,811 | Examiner : | Colin LaRose |
| Control No. | : 90/009,901 | Conf. No. : | 7427 |
| Filed | : April 19, 2011 | | |
| Title | : INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A | | |
| | PC AS A SCANNER OR PRINTER | | |

**Mail Stop Ex Parte Reexam**
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### AMENDMENT IN RESPONSE OFFICE ACTION OF SEPTEMBER 21, 2011

This Amendment is filed in response to the Office Action of September 21, 2011, setting forth a two month shortened statutory reply period, making this Amendment due on or before November 21, 2011.

In response to the Office Action of September 21, 2011, please consider the following remarks and reconsider the application.

Amendments to the Claims begin on page 2 of this paper.

Remarks begin on page 6 of this paper.

In re Patent of : Nachman
Patent No.    : 6,894,811
Control No.  : 90/009,901
Page          : 2 of 14

## Amendments to the Claims

The following is a marked-up version of the claims with the language that is underlined ("___") being added and the language that contains strikethrough ("---") being deleted:

1. (Currently Amended)  A method of creating a scanning capability from a facsimile machine to a computer, with scanned image digital data signals transmitted through a bi-directional connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line; coupling the facsimile machine to the computer;

conditioning the computer to receive digital facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit digital signals representing data on a scanned document to the computer, said computer being equipped with unmodified standard protocol send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted digital facsimile signals being received directly into the computer through the bi-directional direct connection via the passive link, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

2. (Original)  The method of claim 1 to create a scanning capability through a bi-directional direct connection via a passive link between a facsimile machine and a computer by transfer of scanned image data signals from the facsimile machine through said connection, said facsimile machine by-passing or isolated from the public network telephone line, and connected to an appropriate receiving port of a computer or other office product capable of receiving and processing said signals.

In re Patent of  : Nachman
Patent No.    : 6,894,811
Control No.   : 90/009,901
Page          : 3 of 14

3. (Original)  The method of claim 1, including transferring a parallel data source signal of a scanned image from said facsimile machine to said computer.

4. (Original)  The method of claim 1, including transferring a digital serial data source signal of a scanned image from said facsimile machine to said computer.

5. (Original)  The method of claim 1 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

6. (Currently Amended)  A method of creating a scanning capability from a facsimile machine to a computer equipped with a modem, with scanned image data signals transferred through a bi-directional direct connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line; coupling the facsimile to the computer;

conditioning the computer to receive facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit signals representing data on a scanned document to the computer, said computer being equipped with unmodified standard protocol send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted facsimile signals being received through the bi-directional direct connection via the passive link to the computer modem, thereafter, said computer processing the received facsimile signals of the scanned document as needed.

7. (Currently Amended)  A method of making a facsimile machine operable as a scanner and printer for a personal computer, by transferring digital data through a bi-directional direct connection via a passive link between the facsimile machine and the computer, each of the

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 4 of 14

facsimile machine and personal computer for communicating normally using at least one public

network telephone line, comprising the steps of:

configuring the facsimile machine to communicate with the personal computer using a

digital connector port of the facsimile machine and personal computer, with both the facsimile

machine and personal computer isolated from said at least one public network telephone line;

arranging the facsimile machine to be in a digital connection mode; and

using an unmodified standard protocol for shifting the personal computer to a connected

mode for sending or receiving digital signals through the bi-directional direct connection via the

passive link for scanning and printing between the computer and the facsimile machine, in a

facsimile format, using the digital connector port of the personal computer, said computer being

equipped with send/receive driver communications software enabling the transfer of the scanning

and printing signals between the computer and the facsimile machine.


8. (Original)  The method of claim 7 including using RS 232 connector ports to interface

between the facsimile machine and the personal computer.


9. (Original)  The method of claim 7 including using parallel connector ports to interface

between the facsimile machine and the personal computer.


10. (Original)  The method of claim 7, using RS 232, parallel or other suitable digital port

type connectors to interface between said facsimile machine and said computer.


11. (Original)  The method of claim 7 further comprising optically recognizing the

scanned data within the computer and converting the scanned data into character codes within

the computer, said computer being equipped with Optical Character Recognition Software.


12. (Currently Amended)  A method of using a facsimile machine as a scanner and

printer by transferring data signals through a bi-directional direct connection via a passive link

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No. : 90/009,901
Page       : 5 of 14

between the facsimile machine and the personal computer, each of the facsimile machine and

personal computer for communicating using telephone types of circuits, said facsimile machine

and computer being isolated from the public telephone network, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer using

the facsimile machine, and by-passing or isolating the facsimile machine and computer from the

public telephone network;

(b) arranging the facsimile machine to be in a simulated off-hook condition, or

connection mode; and

(c) using an unmodified standard protocol for shifting the personal computer to an off-

hook condition, or connection mode for sending or receiving signals in facsimile formats through

the bi-directional direct connection via the passive link between the personal computer and the

facsimile machine; said computer being equipped with send/receive driver communications

software enabling the transfer of the scanning and printing signals between the computer and the

facsimile machine.

13. (Original)  The method of claim 12 including using serial data transmissions for both

scanning and printing through the bi-directional direct connection via the passive link between

the facsimile machine and the personal computer.

14. (Original)  The method of claim 12 including using parallel data transmissions for

both scanning and printing through the bi-directional direct connection via the passive link

between the facsimile machine and the personal computer.

15. (Original)  The method of claim 12 including using analog data transmissions for

both scanning and printing through the bi-directional direct connection via the passive link

between the facsimile machine and the personal computer.

16. (Original) The method of claim 12 using analog or digital serial, parallel data transmissions, for both scanning and printing through the bi-directional direct connection via the passive link, between the facsimile machine and the personal computer.

17. (Original) The method of claim 12 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

18. (Currently Amended) A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as a scanning and printing device for the computer when isolated from the telephone line comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to transmit or receive signals through the bi-directional direction via the passive link to the computer;

(c) generating a facsimile machine signal whereby the computer is conditioned to receive signals representing data on a scanned document; and

(d) generating a computer signal whereby the facsimile machine is conditioned to receive signals representing data on a document to be printed; said computer being equipped with unmodified standard protocol send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

19. (Currently Amended) A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No. : 90/009,901
Page        : 7 of 14

a printing device for the computer when isolated from the telephone line, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link, which enables transfer of digital image signals in both directions;

(b) generating a signal representative of a facsimile machine communications signals, whereby the computer is conditioned to transmit signals representing data on a document to be printed; and

(c) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to receive signals through the bi-directional direct connection via the passive link representing data from the computer of a document to be printed, wherein the computer is equipped with unmodified standard protocol send/receive driver communications software.

20. (Currently Amended)  A method of making a facsimile machine operable as a scanner and printer for a computer, each of the facsimile machine and computer for communicating normally using at least one public network telephone line, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer through a bi-directional direct connection via a passive link between a digital connector port on the facsimile machine and a digital connector port on the computer, with both the facsimile machine and computer by-passing or isolated from said at least one public network telephone line;

(b) arranging the facsimile machine to send or receive digital data signals; and

(c) coupling the digital data signals through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine; said computer being equipped with unmodified standard protocol send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 8 of 14

## REMARKS

### *Patent Owner's Statement of the Interview under 37 C.F.R. § 1.560*

In accordance with 37 C.F.R. § 1.560 and MPEP § 2281, a Patent Owner's Statement of the Interview held on November 14, 2011 is submitted herewith as a separate part of this Amendment.

### *Claim Status*

Upon entry of the present amendment, claims 1-20 will remain pending in the application. Claims 1, 6 and 18-20 will have been amended. Each of the claims is being amended to recite "unmodified standard protocol send/receive driver communications software." Claims 7 and 12 have been amended to recite "using an unmodified standard protocol for shifting the personal computer to [an off-hook condition, or] a connected mode for sending or receiving [digital] signals...." Support for the amendments to claims may be found in, *inter alia,* FIGS. 2a-2j (see particularly FIG. 2g); col. 5, lines 50-52; and col. 8, lines 4-26.

It is believed the aforementioned changes do not involve any introduction of new matter. Consequently, entry of these changes is believed to be in order and is respectfully requested.

### *Rejections Under 35 U.S.C. § 102*

Claims 1-4 and 20 are rejected under 35 U.S.C. § 102(e) as being anticipated by Kang. The Office Action contends that Kang discloses a method for utilizing a fax machine as a scanner or printer in conjunction with a computer, as claimed. Support for the contention was identified in Appendix C of the Request.

By the amendments herein, the patent owner has amended each of the independent claims to recite that the methods of printing and/or scanning require "unmodified standard protocol send/receive driver communications software" to enable the transfer of signals between the facsimile machine and the computer. As discussed in the Interview of November 14, 2011, the methods of the instant patent enable a conventional facsimile machine to communicate with a personal computer, and vice versa, using "a standard protocol."[1] In the process of scanning, for example, the inherent digital image data is communicated from the facsimile machine to the personal computer and from the computer to the facsimile machine using a standard send/receive driver communications software package.[2] Thus, the claims of the instant patent make use of the inherent signals and data produced by the facsimile machine, and as such, they require that standard send/receive driver communications software be used to communicate with the facsimile machine. However, as will be described below, Kang teaches a non-standard communications protocol and associated control codes that would not be capable of transmission or reception by "unmodified standard protocol send/receive driver communications software," as now recited in all of the claims of the instant patent.

Turning to Kang, the patent owner respectfully submits that because Kang teaches a facsimile device and computer that communicate using a non-standard communications protocol. As specified in TABLE 2, to enable the communications between their facsimile device and the computer, the control codes of TABLES 2, 3, 4 and 5 must be communicated in a specific fashion to enable the various modes of operation, as described in col., 3, line 27 - col. 4, line 23, and col. 4, lines 28-39. The control codes are shown in FIG. 3 as being pre-pended to the image information as part of the data that is communicated between the facsimile device and the computer. Thus, Kang requires that the facsimile device and the computer must each be equipped with non-standard protocol send/receive driver communications software, as both the facsimile device and the computer must include such non-standard software to enable them to understand the disclosed (and claimed) non-standard control codes of TABLE 2, 3, 4 and 5. As a result, the "unmodified standard protocol send/receive driver communications software" element

---

[1] See, 811 Patent at col. 5, lines 50-52.

In re Patent of  : Nachman
Patent No.     : 6,894,811
Control No.    : 90/009,901
Page           : 10 of 14

of the instant patent claims is clearly absent in the teachings of Kang and thus the claims of the '811 cannot be considered to be anticipated by Kang. The device of Kang would fail to operate with a PC using unmodified standard send/receive driver communications software as could be found on a conventional computer and thus could not anticipate the claims of the '811 as clarified by the present amendments. Thus, the patent owner respectfully submits that independent claims 1 and 20 as modified, are now patentable over Kang for at least the reasons noted above. Claims 2-4 depend from and include all the limitations of claim 1. As such, for at least the same reasons discussed above with reference to claim 1, claims 2-4 are also now patentable under 35 U.S.C. § 102(e) over Kang.

### *Rejections Under 35 U.S.C. §103*

I.       Claims 1-5 and 20 are rejected under 35 U.S.C. 103(a) as being unpatentable over Kang in view of Kochis. The Office Action contends that the combination of Kang and Kochis render claim 5 obvious and that Kochis teaches equipping the computer with OCR functionality, as claimed. The Office Action further contends that with regard to claims 1-5 and 20, Kang is considered to inherently equip the computer with send/receive driver communications "software." However, to the extent that such functionality is not embodied in "software" within the computer, Kochis is relied upon for demonstrating that the utilization of software for such a purpose was a conventional expedient.

As discussed above in the rejection under 35 U.S.C. § 102(e), Kang fails to teach or suggest "unmodified standard protocol send/receive driver communication software," as now recited in the claims. The patent owner respectfully submits that Kochis fails to remedy this deficiency, as the reference is completely silent with regard to any "unmodified standard protocol send/receive driver communication software." Thus, the patent owner respectfully submits that no proper combination of Kang and Kochis teaches the subject matter of claims 1-5 and 20, as now recited.

---

[2] *Id.* at col. 8, lines 14-20.

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 11 of 14

Accordingly, the Examiner is respectfully requested to reconsider and withdraw the
rejection of claims 1-5 and 20 under 35 U.S.C. § 103(a).

II. Claims 6-10, 12-16, 18 and 19 are rejected under 35 U.S.C. § 103(a) as being
unpatentable over Kang in view of Chang. The Office Action contends that Kang is considered
to teach "by-passing" the computer and fax machine from the public telephone network; however
the Office Action includes an admission that it is not clear that Kang teaches "isolating" the
computer and fax machine from the public telephone network. Regarding this deficiency, the
Office Action refers to Chang as demonstrating that isolating the computer and fax machine from
the public telephone network was conventional for the purposes of interfacing a computer with a
local fax machine.

As discussed above in the rejection under 35 U.S.C. § 102(e), Kang fails to teach or
suggest "unmodified standard protocol send/receive driver communication software," as now
recited in the claims. The patent owner respectfully submits that Chang fails to remedy this
deficiency, as the reference is completely silent with regard to any "unmodified standard
protocol send/receive driver communication software" for the transmission of signals to enable
printing and scanning in a facsimile machine.

With regard to claims 7 and 12, the patent owner has amended each of these claims to
recite that the personal computer is shifted to a connected mode "using an unmodified standard
protocol" for putting the computer into a mode for sending or receiving digital signals. As
described in col. 5, lines 50-51 of the '811 patent, illustratively a push button switch is used "to
enter into a standard protocol with the facsimile machine." This standard protocol refers to the
protocol employed by the unmodified standard protocol send/receive driver communications
software that initiates and oversees communication between the facsimile machine and computer
as further described in col. 8, lines 4-26. As discussed above, Kang, to the contrary, uses a non-
standard protocol (Kang Table 2) to enable communication of information between the facsimile
device and the computer. Thus, the patent owner respectfully submits that no proper

In re Patent of : Nachman
Patent No.    : 6,894,811
Control No.   : 90/009,901
Page          : 12 of 14

combination of Kang and Chang teaches the subject matter of claims 6-10, 12-16, 18 and 19, as
now recited.

Accordingly, the Examiner is respectfully requested to reconsider and withdraw the
rejection of claims 6-10, 12-16, 18 and 19 under 35 U.S.C. § 103(a).

III.    Claims 6-18 are rejected under 35 U.S.C. § 103(a) as being unpatentable over
Kang in view of Chang, and further in view of Kochis. The Office Action contends that the
combination of Kang and Chang, combined with Kochis, render claims 11 and 17 obvious, with
Kochis teaching equipping the computer with an OCR functionality, as claimed. With reference
to claims 6-14 and 16-18, the Office Action contends that Kang is considered to inherently equip
the computer with send/receive driver communications "software," however, to the extent that
such functionality is not embodied in "software" within the computer, Kochis is relied upon for
demonstrating that the utilization of software for such a purpose was a conventional expedient.
Regarding claim 15, the Office Action admits that Kang does not appear to disclose using
"analog data transmissions," but relies on Chang for a teaching that analog signals could also be
used for communications between a computer and a fax machine.

As discussed above in the rejections under 35 U.S.C. §§ 102(e) and 103(a), Kang fails to
teach or suggest "unmodified standard protocol send/receive driver communication software," or
"using an unmodified standard protocol" to shift the personal computer to a connected mode for
sending or receiving signals, as now recited in the claims. Also as discussed above, the patent
owner respectfully submits that neither Chang, nor Kochis remedies these deficiencies, as the
references are completely silent with regard to any "unmodified standard protocol send/receive
driver communication software" for the transmission of signals to enable printing and scanning
in a facsimile machine. Thus, the patent owner respectfully submits that no proper combination
of Kang, Chang and Kochis teaches the subject matter of claims 6-18, as now recited.

Accordingly, the Examiner is respectfully requested to reconsider and withdraw the
rejection of claims 6-18 under 35 U.S.C. § 103(a).

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No.  : 90/009,901
Page         : 13 of 14

## CONCLUSION

In light of the above remarks, claim amendments, and the enclosed Patent Owner's Statement of the Interview, early and favorable action in this case is respectfully requested.

Respectfully submitted,

Date:  11/20/11

Marvin J. Nachman

In re Patent of  : Nachman
Patent No.  : 6,894,811
Control No. : 90/009,901
Page  : 14 of 14

## CERTIFICATE OF SERVICE

The undersigned certifies that a service of a copy of this document, AMENDMENT IN RESPONSE OFFICE ACTION OF FEBRUARY 7, 2011, was made by First Class U.S. Mail on the representative for the Third Party Requester at the address and date indicated below:

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

Date:  11/2 0/11

Marvin J. Nachman

# EXHIBIT F

**RECEIVED**

APR 2 5 2012

CENTRAL REEXAMINATION UNIT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re Patent of : | Nachman | Art Unit : | 3992 |
| Patent No. | : 6,894,811 | Examiner : | Colin LaRose |
| Control No. | : 90/009,901 | Conf. No. : | 7427 |
| Filed | : April 19, 2011 | | |
| Title | : INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER | | |

**Mail Stop Ex Parte Reexam**
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

SECOND SUPPLEMENTAL AMENDMENT IN RESPONSE TO NOTIFICATION OF
DEFECTIVE PAPER OF APRIL 19, 2012, ADVISORY ACTION OF MARCH 12, 2012, AND
FINAL OFFICE ACTION OF FEBRUARY 10, 2012

This Amendment is supplemental to the Amendments filed on March 29, 2012 and
February 21, 2012.

In response to the final Office Action of February 10, 2012, the Advisory Action of
March 12, 2012, and the Notification of Defective Pater of April 19, 2012 please consider the
following remarks and reconsider the application.

Amendments to the Claims begin on page 2 of this paper.

Remarks begin on page 8 of this paper.

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 2 of 9

<u>Amendments to the Claims</u>

1. (Twice Amended) A method of creating a scanning capability from a facsimile machine to a computer, with scanned image digital data signals transmitted through a bi-directional connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line; coupling the facsimile machine to the computer;

conditioning the computer to receive digital facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit digital signals representing data on a scanned document to the computer, said computer being equipped with <mark>generic</mark> send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted digital facsimile signals being received directly into the computer through the bi-directional direct connection via the passive link, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

2. (Original) The method of claim 1 to create a scanning capability through a bi-directional direct connection via a passive link between a facsimile machine and a computer by transfer of scanned image data signals from the facsimile machine through said connection, said facsimile machine by-passing or isolated from the public network telephone line, and connected to an appropriate receiving port of a computer or other office product capable of receiving and processing said signals.

3. (Original) The method of claim 1, including transferring a parallel data source signal of a scanned image from said facsimile machine to said computer.

In re Patent of : Nachman
Patent No.    : 6,894,811
Control No. : 90/009,901
Page          : 3 of 9

4. (Original)  The method of claim 1, including transferring a digital serial data source signal of a scanned image from said facsimile machine to said computer.

5. (Original)  The method of claim 1 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

6. (Twice Amended)  A method of creating a scanning capability from a facsimile machine to a computer equipped with a modem, with scanned image data signals transferred through a bi-directional direct connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line; coupling the facsimile to the computer;

conditioning the computer to receive facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit signals representing data on a scanned document to the computer, said computer being equipped with generic send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted facsimile signals being received through the bi-directional direct connection via the passive link to the computer modem, thereafter, said computer processing the received facsimile signals of the scanned document as needed.

7. (Amended)  A method of making a facsimile machine operable as a scanner and printer for a personal computer, by transferring digital data through a bi-directional direct connection via a passive link between the facsimile machine and the computer, each of the facsimile machine and personal computer for communicating normally using at least one public network telephone line, comprising the steps of:

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 4 of 9

configuring the facsimile machine to communicate with the personal computer using a digital connector port of the facsimile machine and personal computer, with both the facsimile machine and personal computer isolated from said at least one public network telephone line;

arranging the facsimile machine to be in a digital connection mode; and

using an unmodified standard protocol for shifting the personal computer to a connected mode for sending or receiving digital signals through the bi-directional direct connection via the passive link for scanning and printing between the computer and the facsimile machine, in a facsimile format, using the digital connector port of the personal computer, said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

8. (Original) The method of claim 7 including using RS 232 connector ports to interface between the facsimile machine and the personal computer.

9. (Original) The method of claim 7 including using parallel connector ports to interface between the facsimile machine and the personal computer.

10. (Original) The method of claim 7, using RS 232, parallel or other suitable digital port type connectors to interface between said facsimile machine and said computer.

11. (Original) The method of claim 7 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

12. (Amended) A method of using a facsimile machine as a scanner and printer by transferring data signals through a bi-directional direct connection via a passive link between the facsimile machine and the personal computer, each of the facsimile machine and personal

In re Patent of : Nachman
Patent No.    : 6,894,811
Control No.  : 90/009,901
Page          : 5 of 9

computer for communicating using telephone types of circuits, said facsimile machine and computer being isolated from the public telephone network, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer using the facsimile machine, and by-passing or isolating the facsimile machine and computer from the public telephone network;

(b) arranging the facsimile machine to be in a simulated off-hook condition, or connection mode; and

(c) using an unmodified standard protocol for shifting the personal computer to an off-hook condition, or connection mode for sending or receiving signals in facsimile formats through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine; said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

13. (Original)  The method of claim 12 including using serial data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

14. (Original)  The method of claim 12 including using parallel data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

15. (Original)  The method of claim 12 including using analog data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 6 of 9

16. (Original) The method of claim 12 using analog or digital serial, parallel data transmissions, for both scanning and printing through the bi-directional direct connection via the passive link, between the facsimile machine and the personal computer.

17. (Original) The method of claim 12 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

18. (Twice Amended) A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as a scanning and printing device for the computer when isolated from the telephone line comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to transmit or receive signals through the bi-directional direction via the passive link to the computer;

(c) generating a facsimile machine signal whereby the computer is conditioned to receive signals representing data on a scanned document; and

(d) generating a computer signal whereby the facsimile machine is conditioned to receive signals representing data on a document to be printed; said computer being equipped with generic send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

19. (Three Times Amended) A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No. : 90/009,901
Page          : 7 of 9

operates as a printing device for the computer when isolated from the telephone line, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link, which enables transfer of digital image signals in both directions;

(b) generating a signal representative of a facsimile machine communications signals, whereby the computer is conditioned to transmit signals representing data on a document to be printed; and

(c) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to receive signals through the bi-directional direct connection via the passive link representing data from the computer of a document to be printed, wherein the computer is equipped with generic send/receive driver communications software to send the digital image signals to the facsimile machine for printing.

20. (Twice Amended)  A method of making a facsimile machine operable as a scanner and printer for a computer, each of the facsimile machine and computer for communicating normally using at least one public network telephone line, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer through a bi-directional direct connection via a passive link between a digital connector port on the facsimile machine and a digital connector port on the computer, with both the facsimile machine and computer by-passing or isolated from said at least one public network telephone line;

(b) arranging the facsimile machine to send or receive digital data signals; and

(c) coupling the digital data signals through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine; said computer being equipped with generic send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 8 of 9

## REMARKS

### *Claim Status*

Upon entry of the present amendment, claims 1-20 will remain pending in the application. The patent owner expresses appreciation for the indication that claims 7-17 have been confirmed. In the present Second Supplemental Amendment, the claims are presented such that they fully comply with 37 C.F.R. § 1.530(f). In particular, each of the claims is now presented in marked-up form with respect to the original patent claims together with proper status identifiers.

It is believed the aforementioned changes do not involve any introduction of new matter. Consequently, entry of these changes is believed to be in order and is respectfully requested. Accordingly, the Examiner is requested to enter the present Amendment, as well as consider the remarks filed on March 29, 2012 and February 21, 2012, which should place all claims a presented herein in condition for allowance.

## CONCLUSION

In light of the above remarks, claim amendments, early and favorable action in this case is respectfully requested.

Respectfully submitted,

Date: 4/25/2012

Marvin J. Nachman

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 9 of 9

**RECEIVED**

APR 2 5 2012

CENTRAL REEXAMINATION UNIT

## CERTIFICATE OF SERVICE

The undersigned certifies that a service of a copy of this document, Second Supplemental Amendment in Response to Notification of Defective Paper of April 19, 2012, Advisory Action of March 12, 2012, and Final Office Action of February 10, 2012, was made by First Class U.S. Mail on the representative for the Third Party Requester at the address and date indicated below:

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

Date: 4/25/2012

_____
Marvin J. Nachman

# EXHIBIT

# G

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent of : Nachman      Art Unit  : 3992
Patent No.   : 6,894,811      Examiner : Colin LaRose
Control No.  : 90/009,901      Conf. No. : 7427
Filed        : April 19, 2011
Title       : INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A
           PC AS A SCANNER OR PRINTER

**Mail Stop Ex Parte Reexam**
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

PATENT OWNER STATEMENT OF THE INTERVIEW UNDER 37 C.F.R. § 1.560

      Patent Owner wishes to thank the Reexamination Panel for the courtesy afforded to the
Patent Owner, Infinity Computer Products, and Patent Owner's representatives Marvin Nachman,
Gerald Nachman, Mark Myslinski, Michael Craner and Lawrence Aaronson, in the granting of
an Office Interview on November 14, 2011.

      In the course of the Interview, the Patent Owner's representatives provided background
and briefly described the methods of printing and scanning in U.S. Patent No. 6,894,811 (herein
the "811 Patent"). During the discussion, the Patent Owner's representatives noted that the
claims recite a method enabling a conventional facsimile machine to communicate with a
personal computer, and vice versa, using an unmodified standard communications protocol. The
Patent Owner's representatives referenced col. 8, lines 4-26 of the 811 Patent, which describes a
process by which the scan and print functions are accomplished by utilizing digital image data
inherent in the facsimile machine. In the process, the inherent digital image data is
communicated from the facsimile machine to the personal computer using a standard
send/receive driver communications software package. In particular, as noted in col. 5, lines 50-
52, the protocol being used to transfer the digital image data over the passive link is disclosed as
"a standard protocol."

      The Patent Owner's representatives distinguished the claims of the 811 Patent from Kang,
U.S. Patent No. 5,390,031 ("Kang"), which is applied in the rejections under 35 U.S.C. §§ 102
and 103. The Patent Owner's representatives noted that Kang teaches the requirement for the

In re Patent of : Nachman
Patent No.    : 6,894,811
Control No.   : 90/009,901
Page          : 2 of 3

facsimile device and computer to be equipped with a non-standard communications protocol, as specified in TABLE 2, to enable the communications between their facsimile device and the computer. As taught by Kang, to effectuate communication between the facsimile device and the computer, the control codes of TABLES 2, 3 ,4 and 5 must be communicated in a specific fashion to enable the various modes of operation, as described in col., 3, line 27 - col. 4, line 23, and col. 4, lines 28 -39. The control codes are shown in FIG. 3 as being pre-pended to the image information as part of the data that is communicated between the facsimile device and the computer. The Patent Owner's representatives submitted that this requires that each of the facsimile device and the computer be equipped with non-standard protocol send/receive driver communications software, as both the facsimile device and the computer must include such non-standard software to enable them to understand the disclosed (and claimed) non-standard control codes of TABLE 2, 3, 4 and 5. The Patent Owner's representatives noted that standard send/receive driver communications software, as used in the 811 patent would not be able to communicate using the control codes of Kang. In accordance with the above, the Patent Owner's representatives presented arguments that methods of the '811 patent, which use the inherent standard protocol communications drivers of the facsimile machine to communicate image data with standard send/receive driver communications software on the computer, are different than Kang.

The Reexamination Panel acknowledged that Kang operates in a different way than Nachman and tentatively agreed to the Patent Owner amending the claims to recite that communication was being achieve through an "unmodified standard protocol."

In re Patent of : Nachman
Patent No.   : 6,894,811
Control No.   : 90/009,901
Page         : 3 of 3

## CONCLUSION

Patent Owner again wishes to thank the Reexamination Panel for its courtesy in holding the Interview with the Patent Owner's representatives.

Respectfully submitted,

Date: 11/20/18

Marvin J. Nachman

# EXHIBIT H



US007489423B2

(12) **United States Patent**
Nachman

(10) **Patent No.:** **US 7,489,423 B2**
(45) **Date of Patent:** **Feb. 10, 2009**

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER**

(76) Inventor: **Bruce Gregory Nachman**, Wayne, PA (US); **Marvin Jules Nachman**, legal representative, 315 Saybrook Rd., Villanova, PA (US) 19085

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 642 days.

(21) Appl. No.: **11/084,297**

(22) Filed: **Mar. 19, 2005**

(65) **Prior Publication Data**

US 2005/0243380 A1 Nov. 3, 2005

**Related U.S. Application Data**

(60) Division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**
*H04N 1/32* (2006.01)
*H04N 1/04* (2006.01)

(52) **U.S. Cl.** ...................... 358/442; 358/468; 358/474; 358/296; 379/100.01

(58) **Field of Classification Search** ................. 358/442, 358/468, 443, 400, 401, 474, 434–437, 1.13, 358/1.15, 440, 1.6, 296; 379/100.15, 100.01, 379/100.02, 100.06, 100.05, 100.13, 93.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,558,811 A 1/1971 Montevecchio

(Continued)

FOREIGN PATENT DOCUMENTS

CN 1069155 A 2/1993

(Continued)

OTHER PUBLICATIONS

English Language Abstract of JP63187960; Aug. 3, 1988.

(Continued)

*Primary Examiner*—Cheukfan Lee

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC current from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.

**6 Claims, 12 Drawing Sheets**



# US 7,489,423 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,607,289 A | | 8/1986 | Kurokawa |
| 4,802,204 A | | 1/1989 | Chang |
| 4,816,911 A | | 3/1989 | Kirsch et al. |
| 4,868,672 A | | 9/1989 | Hiroki et al. |
| 4,910,607 A | | 3/1990 | Kita et al. |
| 4,964,154 A | | 10/1990 | Shimotono |
| 4,989,163 A | | 1/1991 | Kawamata et al. |
| 4,991,200 A | | 2/1991 | Lin |
| 5,021,892 A | | 6/1991 | Kita et al. |
| 5,175,750 A | | 12/1992 | Donovan et al. |
| 5,216,517 A | | 6/1993 | Kinoshita et al. |
| RE34,429 E | | 11/1993 | Baran et al. |
| 5,297,146 A | | 3/1994 | Ogawa |
| 5,390,031 A | | 2/1995 | Kang et al. |
| 5,425,135 A | | 6/1995 | Motoyama et al. |
| 5,452,106 A | | 9/1995 | Perkins |
| 5,459,579 A | | 10/1995 | Hu et al. |
| 5,528,385 A | | 6/1996 | Manning |
| 5,530,554 A | | 6/1996 | Maehara |
| 5,532,844 A | | 7/1996 | Kagami et al. |
| 5,552,901 A | | 9/1996 | Kikuchi et al. |
| 5,588,047 A | | 12/1996 | Rosengren et al. |
| 5,590,339 A | | 12/1996 | Chang |
| H1677 H | | 9/1997 | Hu et al. |
| 5,680,227 A | | 10/1997 | Picard |
| 5,684,607 A | * | 11/1997 | Matsumoto .................. 358/442 |
| 5,847,843 A | | 12/1998 | Shibata et al. |
| 5,872,901 A | | 2/1999 | Konno et al. |
| 5,914,789 A | | 6/1999 | Murata |
| 6,064,491 A | | 5/2000 | Matsumoto |
| 6,307,639 B1 | | 10/2001 | Eom et al. |
| 6,519,057 B1 | | 2/2003 | Kurosawa et al. |
| 7,099,050 B2 | | 8/2006 | Motoyama |
| 7,262,871 B2 | | 8/2007 | Matsueda et al. |
| 2003/0200403 A1 | | 10/2003 | Niwa et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4239349 A1 | 9/1994 |
| DE | 4312136 A1 | 10/1994 |
| EP | 0655852 B1 | 5/1995 |
| JP | 63-187960 | 3/1988 |
| JP | 64-22166 | 1/1989 |
| JP | 1-168161 | 7/1989 |
| JP | 2-151459 | 6/1990 |
| JP | 3-38163 | 2/1991 |
| JP | 4-33061 | 2/1992 |
| JP | 5-14580 | 1/1993 |
| JP | 5-189104 | 7/1993 |
| JP | 6-54106 | 2/1994 |
| JP | 6-54107 | 2/1994 |
| JP | 6-70083 | 3/1994 |
| WO | WO 95/19089 | 7/1995 |

## OTHER PUBLICATIONS

Abstract of "Turning Microcomputers into Fax Machines"; Lu, Cary; High Technology; vol. 7, Iss. 3; pp. 60-61; Mar. 1987.

"Okidata deploys i960 in multi-use peripheral—Doc-It peripheral device—Product Announcement"; Electronic News; Sep. 28, 1992.

"Company News; New Product from Okidata"; The New York Times; Sep. 29, 1992.

Abstract of "Rockwell International's low cost RFX96V12 MONOFAX fax modem chip"; Newsbytes News Network, Mar. 15, 1994.

"Information Delivery and Fax Technology"; Hawkins; Online, pp. 98-101; Jul. 1990.

"Personal Computer Image Communications Using Facsimile"; IEEE Journal on Selected Areas in Communications, vol. 7, No. 2, pp. 276-282; Feb. 1989.

Abstract of "Pursuing One Peripheral"; Blankenhorn, Dana; Barrington, vol. 34, Iss. 20, pp. 71-73; Oct. 15, 1988.

English Language Abstract of CN1069155; Feb. 17, 1993.
English Language Abstract of JP5014580; Jan. 22, 1993.
English Language Abstract of JP6070083; Mar. 11, 1994.
English Language Abstract of JP3038163; Feb. 19, 1991.
English Language Abstract of JP4033061; Feb. 4, 1992.
English Language Abstract of JP1168161; Jul. 3, 1989.
English Language Abstract of JP2151459; Jun. 11, 1990.
English Language Abstract of JP5189104; Jul. 30, 1993.
English Language Abstract of DE4312136; Oct. 20, 1994.
English Language Abstract of DE4239349; Sep. 22, 1994.

* cited by examiner

U.S. Patent

Feb. 10, 2009

Sheet 1 of 12

US 7,489,423 B2



*Fig. 1*



*Fig. 1a*

U.S. Patent

Feb. 10, 2009

Sheet 3 of 12

US 7,489,423 B2



*Fig. 2a*

U.S. Patent

Feb. 10, 2009

Sheet 4 of 12

US 7,489,423 B2



*Fig. 2b*

U.S. Patent

Feb. 10, 2009

Sheet 5 of 12

US 7,489,423 B2



Fig. 2c

U.S. Patent

Feb. 10, 2009

Sheet 6 of 12

US 7,489,423 B2



PC Type Computer

30
Standard
Fax Machine

40

RJ-11
Tel Cable

RJ-11
Tel Cable

RJ-11
Tel Cable

RJ-11
Tel Cable

Interfacing
CKT 10

On an
Internal PC Card

Internal
Fax Modem

To Wall
Tel Line

50
CO Tel 1

51
CO Tel 2

41

*Fig. 2d*

U.S. Patent

Feb. 10, 2009

Sheet 7 of 12

US 7,489,423 B2



*Fig. 2e*

U.S. Patent

Feb. 10, 2009

Sheet 8 of 12

US 7,489,423 B2



**Fig. 2f**

U.S. Patent

Feb. 10, 2009

Sheet 9 of 12

US 7,489,423 B2



**Fig. 2g**

U.S. Patent

Feb. 10, 2009

Sheet 10 of 12

US 7,489,423 B2



Fig. 2h

U.S. Patent

Feb. 10, 2009

Sheet 11 of 12

US 7,489,423 B2



**Fig. 2i**

U.S. Patent

Feb. 10, 2009

Sheet 12 of 12

US 7,489,423 B2

**PC Type Computer**

```
┌──────────────────┐
│  Standard        │        RJ-11
│  Fax Machine     │────────
└──────────────────┘      Tele Cable
```

Interface
Circuit 10

Automatic tone
detection & Switching
Control

RJ-11

Tele Cable

Internal or External
Fax Modem

Fax Modem
Circuitry

RJ-11
Tel Cable

RJ-11
Tel Cable

CO Tel 1

CO Tel 2

**Fig. 2j**

US 7,489,423 B2

1

# INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER

This application is a divisional of the continuation-in-part application Ser. No. 08/669,056, filed Jun. 24, 1996 now U.S. Pat. No. 6,894,811, which is a continuation-in-part of application Ser. No. 08/226,278, filed Apr. 11, 1994, which issued as U.S. Pat. No. 5,530,558. These applications are incorporated herein by reference.

The following represents a true and accurate copy of continuation-in-part application Ser. No. 08/669,056, except for the addition of the new claims.

The claims herein incorporate matter subject to a restriction requirement in the CIP application Ser. No. 08/669,056.

## FIELD OF THE INVENTION

The present invention relates to interfacing a facsimile with a PC and more particularly to an interface circuit of highly simplified design and including a novel ringing circuit capable of generating a sign wave of a given amplitude and frequency from a small, portable DC battery or 9V DC power supply.

## BACKGROUND OF THE INVENTION

As is well known in the art, a conventional facsimile scans documents and transmits the scanned information through a modem in a standard facsimile format to a remote facsimile which receives the transmitted data by a modem and converts the transmitted data into a form for printing a document which is a replica of the document scanned by the transmitting facsimile.

Scanning and printing devices especially adapted for use with PCs (i.e. personal computers) are relatively expensive devices typically costing many hundreds of dollars to as much as several thousands of dollars for applications requiring character recognition capabilities.

It has been recognized that conventional facsimile machines may be utilized as scanners: or printers for PCs. However, the interface devices presently available are both complicated and expensive and typically require a microprocessor which further tends to increase both cost and circuit complexity.

## OBJECT OF THE INVENTION

It is, therefore, a principal object of the present invention to provide a circuit for interfacing a PC and a facsimile to enable the facsimile to be utilized as a scanner or a printer for a PC and to accomplish all of the objectives of a scanner or a printer in a simple straightforward manner through the use of a circuit of highly simplified design and low cost.

## BRIEF DESCRIPTION OF THE INVENTION

The present invention achieves all of the above as well as other objectives through apparatus which is characterized by comprising first switch means capable of selectively coupling a PC modem and a facsimile modem to independent telephone lines when in a non-scanning/printing mode and for decoupling the PC and facsimile modems from the telephone lines and coupling these modems to one another when placed in a scanning/printing mode.

Second manually operable switch means activates a novel ringing circuit which generates a sine wave of appropriate

2

amplitude and frequency and applies this ringing circuit to the PC modem, when used as a scanner or to the facsimile when being used as a printer, causing the PC or facsimile machine to respond to the simulated transmit request.

Release of the circuitry operating button causes the interface circuitry to apply an off-hook condition to the facsimile. Document scanning or printing is initiated by pressing the facsimile start button or the start button provided as part of the PC or by a program step integrated into the PC as part of a print mode (selecting the facsimile as the output device for printing). Transmitted data may be directly stored in a PC memory. Documents incorporating alphanumeric data may be converted by a software program incorporated into the PC.

The ring generating circuit responsive to pressing of the operating button generates a transmit request signal by converting the low voltage from a DC source into a 20 cycle sine wave of 90 volt amplitude through the employment of a pulse generating circuit coupled to phase delay means and applying phase delayed and undelayed pulses to a transistorized switching circuit for selectively applying positive DC voltage to opposing inputs of a step-up transformer which applies a boosted sinusoidal ring signal to the PC modem, the ring generating circuit generating a ringing signal of the appropriate amplitude and frequency in a highly simplified and inexpensive manner. Since operation of the ringing circuit is completed in less than two seconds, a battery, if used, will have an extremely long operating life. Alternatively, if a 9V DC power source is used the battery is not required at all.

The simple, straightforward operation of only three switches eliminates the need for complicated, expensive and typically microprocessor-based circuitry.

## BRIEF DESCRIPTION OF THE FIGURES

The above, as well as other objects of the present invention, will become apparent upon reading the accompanying description and drawings in which:

FIG. 1 is a circuit diagram of the interface circuitry of the present invention which enables a PC to utilize a conventional facsimile as a sophisticated scanner or printer.

FIG. 1a is a flow diagram of the circuitry of FIG. 1 employing the microprocessor-based tone detecting circuit of FIG. 1.

FIGS. 2a-2j show simplified block diagrams of various system arrangements employing the circuitry of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION AND PREFERRED EMBODIMENTS THEREOF

FIG. 1 shows an interface circuit 10 embodying the principles of the present invention and being comprised of a switch assembly SW2 which is a four-pole double-throw switch having four movable switch arms SW2-2, SW2-5, SW2-8, and SW2-11, each cooperating with a pair of stationary contacts, as shown. For example, and for simplicity, note that switch arms SW2-2 is switchable between stationary contacts SW2-1 and SW2-3.

Movable switch arms SW2-2, SW2-5, SW2-8 and SW2-11 are all ganged to operate in unison as shown by common operating button B2 coupled to the switch arms through a linkage arm LA2 shown in schematic fashion as a dotted line. The switch is designed so that the switch arms are retained in the positions to which they are moved.

The switch arms are arranged in pairs, switch arms SW2-2 and SW2-5 selectively coupling a modem of a PC (not shown for purposes of simplicity) to either a first telephone line #1

US 7,489,423 B2

3

through jumper JP3 or directly to a local facsimile machine (not shown for purposes of simplicity) through a jumper terminal JP2.

In a similar fashion, a pair of switch arms SW2-8 and SW2-11 selectively couple the local facsimile machine through jumper JP2 to either a separate telephone line #2 (through jumper JP4) or to the modem of the PC.

A double-pole single-throw switch SW3 is provided to couple either the local facsimile machine or the PC modem to a single telephone line or alternatively, disconnects the PC modem and facsimile machine from the common telephone line. For example, in applications where both the local facsimile and the PC each have an independent, dedicated telephone line, switch SW3 remains open. In applications where only a single telephone line is provided, both PC and the local facsimile may share the single telephone line by gaining access thereto in a staggered manner.

Switch SW1 which is a three-pole, double-throw switch, comprises three movable switch arms SW1-1, SW1-4 and SW1-7, each movable switch arm cooperating with a pair of stationary switch arms.

Movable switch arm SW1-1 selectively couples the output terminal of the pair of secondary windings W2 of a step-up transformer TR1 either to stationary terminal SW1-2, which isolates the output of the transformer TR1 from the operating circuitry, or stationary contact SW1-3 which couples the secondary winding W2 of transformer TR1 through movable switch arm SW1-7 and stationary contact SW1-9 simultaneously to stationary contacts SW2-6 and SW2-12 of four-pole double-throw switch SW2 for simultaneous connection to the PC modem and the local facsimile, when switch arms SW2-5 and SW2-11 respectively engage stationary contacts SW2-6 and SW2-12.

Movable switch arm SW1-4 selectively couples a small nine volt (9V) DC source (through jumper J5) to either stationary switch arm SW1-5 for coupling nine volt (9V) DC to a current generator circuit 12 or alternatively coupling nine volt (9V) DC to stationary terminal SW1-6 which in turn provides DC power to the nine volt (9V) ring generator circuit arranged within the dotted region as shown.

Current generator circuit 12 is comprised of resistors R1, R2 and R5, transistors Q1 and Q6, diode D2 and LED-type diode D3 which are connected in the manner shown to provide a constant current which simulates an off-hook signal, utilized in the manner to be more fully described hereinbelow. Resistor R2 serves as a current limiting resistor. LED D3 lights to denote operation of the constant current generator.

Ring generator circuit 14, which is utilized to generate a 20 Hz sine wave of a 90 volt amplitude, comprises a 555-type timing circuit 16 which, when activated by a nine volt DC input, applied to timer 16 through terminal VCC and resistor R13, provides a pulse train of equal width, positive-going pulses at a pulse rate of approximately 20 Hz at its output 16a.

The pulse train generated by the 555 timer 16 is simultaneously applied to the input of inverter U1A whose output is simultaneously coupled to the base electrodes of transistors Q2 and Q4, through resistor R6 and through inverter U1B and resistor R9.

The pulse train, as was set forth hereinabove, is simultaneously coupled to the −T input of a one-shot multivibrator operating as a phase delay circuit and whose Q output is coupled to the input of inverter U1E. The Q output of one-shot multivibrator U2A provides a phase delayed pulse which is coupled through the output of inverter U1E simultaneously to the base of transistor Q5 through resistor R8 and to the base of transistor Q3 through inverter U1F and resistor R7. Transistors Q2-Q5 and resistors R6-R9, together with resistor R10,

4

form a full bridge switching circuit which is powered by the nine volt (9V) DC source applied to the terminal VCC to provide drive current sufficient to drive transformer TR1, comprised of a pair of primary windings W1 and a pair of secondary windings W2, to generate a sine wave output. The pair of primary windings W1 and secondary windings W2 are coupled in parallel and the windings are arranged to provide a step-up transformer to magnify the input voltage preferably by ten to one (10:1), generating the desired output voltage which, in the present application, is a 20 Hz output of 90 volt amplitude with 15 mils of current from a nine volt (9V) DC, 150 mils current source. If desired, the frequency, amplitude and current of the circuit can be changed by selecting different component values for the passive elements. The component values chosen in the present invention have been selected to generate a signal which reproduces a standard bell ring signal employed in a conventional transmission between remote facsimile machines. The branch circuits BC1 and BC2 of the bridge circuit are alternately rendered conductive to alternately apply a positive voltage to opposing inputs of the input windings W1 for generating a sine wave from the positive-going pulses produced by timer circuit 16. The two input windings W1 are coupled in parallel as are the output windings W2.

The bell ring signal is selectively supplied through movable switch arm SW1-1 of the three-pole, double-throw switch SW1 described hereinabove.

The operation of the interface circuit of the present invention is as follows:

Assuming that the local facsimile is desired to be operated in combination with the PC and to function as a scanner, the switch SW2 is moved from the normal position, in which the movable switch arms are shown in solid line fashion, to the dotted line position simultaneously disconnecting the PC modem and the local facsimile from the telephone lines and directly connecting the PC receive line, PCR1 to ground and the PC transmit line PCT1 directly to stationary contact SW1-9. The local facsimile transmit line, FXT2 is directly connected to ground and the facsimile receive line FXR2 is connected in common with line PCT1 to stationary contact SW1-9 of switch SW1. Switch SW3 may be either in the open or the closed position when switch SW2 is moved to the scan mode.

Switch SW1 is operated by pressing button B1 which is ganged to the movable switch arms SW1-1, SW1-4 and SW1-7 by a common linkage arm represented schematically by dotted line LA1. A biasing member or spring SWP1 normally biases the movable switch arms to the solid line position shown in Figure. By depressing switch button B1, the switch arms SW1-1, SW1-4 and SW1-7 are simultaneously moved to the dotted line positions shown in FIG. 1. Button B1 is maintained in the depressed-position for a period preferably between one and two seconds. In the dotted Line position, the nine volt (9V) DC source is coupled through switch arm SW1-4 and stationary terminal SW1-6 to the VCC terminals of ring generator circuit 14, producing a 20 Hz sine wave of 90 volt amplitude and a current of 15 mils at the secondary windings W2, which is applied to the PC line PCT1 through SW-1, SW1-3, SW1-7, SW1-9, 126, SW2-6 and SW2-5, simulating what the PC believes is a request by a "remote" facsimile to transmit data thereto. The PC, which may be any type of computer (including but not limited to an Apple Macintosh, IBM PC, PCAT or PCXT) is provided with either an internal or external group III facsimile interface board, and shifts to a receive mode for receiving what appears to the PC to be a facsimile transmission from a "remote" facsimile machine.

US 7,489,423 B2

5                                                          6

After holding the button B1 depressed for a time which need not exceed approximately two seconds, button B1 is released causing the nine volt (9V) DC source to be coupled to input 12a of current generator circuit 12, which circuit applies the constant current to the facsimile receive line FXR2 to create what appears to the facsimile machine to be an off-hook condition. Simultaneously therewith, LED D3 lights indicating that the current generator circuit is presently in operation.

The local facsimile machine recognizes the constant current as representative of an off-hook condition preparing the local facsimile machine for transmission.

Thereafter, the conventional start button of the facsimile machine (not shown for purposes of simplicity) is pressed to start communication of the data scanned by the local facsimile machine from a document (or documents) placed within the facsimile machine document input (also not shown for purposes of simplicity).

The facsimile machine may be either a group I, group II, or group III machine, although optimum document resolution can be obtained through the use of a group III facsimile machine.

The conventional PC can store the transmitted data in its memory as a "picture" the resolution of the picture being 200 by 100 pixels for old facsimile machines, 200 by 200 pixels for standard facsimile machines and 400 by 400 pixels for new facsimile machines. Alternatively, a conventional OCR software package such as, for example, a CAERE OCR program available from Bitsoftware may be employed. Many alternative OCR software packages may be utilized to convert the "picture" transmitted by the facsimile machine to binary character form for word processing use or the like.

Operation of the facsimile machine in combination with the PC wherein the facsimile machine operates as a printer is as follows:

The ring generating circuit is not required to be operated in this mode and in applications where a facsimile machine is interfaced with a PC for use only as a printer, the ring generating circuit and the cooperating spring bias switch may be eliminated.

Switch SW2 shown in FIG. 1 is moved from the solid line to the dotted line position decoupling the PC and facsimile machine from the telephone lines and coupling the PC and facsimile machine together.

Switch SW1 is operated to power the current generator circuit 12 causing both the PC and the facsimile machine to see an off-hook condition.

The computer (PC) is operated either by providing a switch such as a push button switch (not shown for purposes of simplicity) to enter into a standard protocol with the facsimile machine and thereafter to transmit information in standard facsimile machine format. The facsimile machine senses that it is communicating with. a remote facsimile machine and creates a document in accordance with the data received from the PC in "pixel" form. The PC may be provided with a standard program having a print mode in which the facsimile machine is identified in the printing routine as the specific output device being utilized during such a print mode. Upon completion of printing mode, switch SW2 may be returned to the solid line position decoupling the PC from the facsimile machine and recoupling the PC and facsimile modems to their associated telephone lines.

FIGS. 2a-2h show various arrangements in which the present invention may be utilized.

Noting, for example, FIG. 2a, the circuitry 10 of the present invention is coupled between a standard facsimile machine 30, a PC-type computer 40 having a facsimile modem circuitry 41 and central office telephone lines 50 and 51. In the arrangement shown in FIG. 2a, the facsimile modem circuitry may be either internal or external to the PC-type computer 40.

FIG. 2b shows another alternative embodiment in which the circuitry of the present invention is incorporated into the PC-type computer and may be arranged on its own printed wiring board or on a printed wiring board which is common to the circuitry 10 of the present invention and the facsimile modem circuitry 41. The arrangement of FIG. 2b is otherwise the same as that shown in FIG. 2a. The circuit 10 shown in FIG. 2b is provided with three RJ-11 telephone cable connections for respective connection with the facsimile machine 30 and telephone lines 50 and 51. If only one additional telephone cable is provided, the standard facsimile machine 40 and the internal facsimile modem 41 may share that cable.

FIG. 2c shows another alternative arrangement in which the circuitry 10 of the present invention is integrated into the standard facsimile machine 30. The operation of the arrangement of FIG. 2c is otherwise similar to those shown in FIGS. 2a and 2b.

FIG. 2d shows an arrangement in which the circuitry 10 of the present invention is mounted upon its own printed wiring board and is arranged within the PC-type computer 40 and is electrically connected to the internal facsimile modem 41 by an external RJ-11 cable as shown. The operation is otherwise the same as the embodiments of FIGS. 2a-2c described hereinabove.

The circuitry 10 of the present invention may alternatively be placed upon a printed circuit card of approximately a credit card size for insertion in a bus slot provided in present-day PCs enabling the circuit on the printed circuit card, inserted into a slot provided along the exterior of the PC, to be coupled to a PCMCIA bus which is an additional bus that may be addressed by the PC.

FIG. 2e shows still another arrangement in which the PC-type computer 40 is coupled to external facsimile modem circuitry 41, for example, through an RS-232 cable. The facsimile machine interfaces to the external facsimile modem 41 through circuitry 10 by way of an RJ-11 telephone cable. When in the normal mode of operation, circuitry 10 interfaces central office telephone lines 50 and 51 through the RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50 may be shared in the manner previously described.

FIG. 2f shows an arrangement in which interface circuit 10 is internal to the facsimile machine. PC-type computer 40 is coupled to the facsimile modem circuitry 41 and interface circuit 10 through an RS-232 cable. When in the normal mode of operation, circuitry 10 interfaces the central office telephone lines 50 and 51 through RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50, for example, may be shared in the manner previously described. The arrangement of FIG. 2f is used with PC's which do not have a fax modem installed. When interface 10 is installed internal to the facsimile, the fax modem of the fax machine incorporates many of the functions of circuit 10, through integration of the already existing circuitry components of the fax modem.

The present invention may be employed with telephone systems having digital signal processing. FIG. 2h, which is similar to FIG. 2f, and which shows like circuits designated with like numerals, further includes an interface 60 for digital

US 7,489,423 B2

7

signal processing. The send and receive options required for scanning and printing are provided by interface 60, which may, for example, be a chip set such as PEB 2091 N-V4.4 and EPB 2186 N-V4.4, manufactured by Siemens. Any other chip set having similar operating characteristics may be employed. As other digital signal formats come into use, such as ADSL (Asymmetric Digital Subscriber Line) IIDSL (IIigh Bit Rate Digital Subscriber Line), or the like, a chip set for handling such formats may be substituted for interface 60.

As shown in FIG. 2i, a RAM and/or Fixed Disk 70 may be incorporated into the interface 10, integrated with a fax modem 30 to allow for the capture of images or documents for later transfer into the PC 40 or the facsimile machine 30, or for image enhancement within the interface configuration 10. The addition of the data storage feature is particularly desirable for the fax machine or fax modem when they are in normal fax send or receive modes.

Optionally, the data storage feature is desirable for field application usage where information may be downloaded from a PC and stored in interface 10 for later transfer to a facsimile machine or a PC. Storage would be retained in this instance by battery backup incorporated in the RAM memory 70. Battery backup is not necessary for fixed disk storage.

FIG. 2j shows an arrangement for automated scanning and printing functions between a fax modem and a fax machine.

As represented in FIGS. 2a-2f, in order to activate an automated process for scanning or printing, the ring circuit 4 (FIG. 1) interfaces with the Tip and Ring features of the fax modem or fax machine. This is dependent on keying in a code on the fax keypad, such as ## or #* or any other predetermined code in order to respectively identify the scanning and printing functions. Interface 10 detects the tones generated by the inserted code (at the tone receiver 25 and generates a ring signal. The ring signal is detected and interpreted by the ring detect circuit-of the fax modem or the fax machine. The fax modem or fax machine then generates receive signals or tones which indicate a connection. The fax modem or fax machine commences the scanning of the fax image or print cycle.

By depressing a predetermined code such as ## on the fax machine key pad, the tone detector circuit 25 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the PC fax modem. The PC fax modem answers and starts the scanning process from the fax machine to the PC.

A communication program stored in the PC allows the code #* (for example) to be entered, generating the tone signal from the fax modem. The tone detector circuit in the interface 10 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the novel fax machine. The fax machine answers and starts the printing process from the PC fax modem.

The switch version does not require the ## or #* or any other code, but activates the automated scanning/printing by pressing the ringer button B2.

The provision of the scan and print functions internal to the facsimile machine may also be accomplished by utilizing the analog output of the optical scanning circuit 75 of the facsimile machine (FIG. 2g). The analog signals are processed

8

by the control/modem circuitry 76 where they are converted into a digital serial signal and then transmitted through the RS 232 sending interconnect port, the signal is then received by an RS232 connector at the PC. The aforementioned procedure utilizes unused signal lines which are available on most modem chips such as the Rockwell chip series.

A send and receive driver software Package then implements the following action. The receive driver software accepts the digital image for storage or processing as appropriate. This send/receive driver communications software package also has the ability to send a digital image to the facsimile machine for printing purposes. The facsimile machine's control/modem circuitry 76 receives the digital image data and it's then-processed by the print driver 77 for printing. This linkage method for scanning and printing utilizing a fax machine is particularly useful for a computer without a fax modem. Any available send/receive communications software package is acceptable.

The commands of ## or #* for sending and receiving are still appropriate for this application although any other desired commands may be selected.

For the automated operation, the circuitry 10 of FIG. 1 is provided with device 25 which includes an automatic tone detector circuit for receiving a unique number dialed by either the facsimile machine or the PC modem. Upon recognition of the unique number, as set forth above or by generation using other techniques, the tone receiver 25 operates a driver circuit 26 for operating switch SW2 to decouple the PC and the facsimile machine from their associated telephone lines and for connecting the PC to the facsimile machine. Driver circuit 26 may be a relay or its equivalent for operating an armature (not shown) to move the switch arms between their two operating states. Driver unit 27 which likewise may be a relay or its equivalent, operates the switch SW1 to the position energizing the ringing circuit 14. A timer is set and when two seconds elapses, unit 27 is deenergized causing the off-hook signal to be generated by current generator circuit 12 through the release of the operating button. When printing or scanning is complete, the tone receiver unit is reset. A simplified flow diagram of the aforementioned operation is shown in FIG. 1a.

The circuitry of the present invention is highly simplified in design and provides effective communication between the PC and local facsimile machine enabling the local facsimile machine to provide the dual functions of operating independently for transmission or reception to remote facsimile machines as well as functioning as a scanner or printer with a local PC. The circuitry of the present invention provides all the necessary signal conditions which lead the PC and local facsimile machine to believe that they are communicating with one another over a telephone line. The facsimile machine, although operating in its normal fashion, functions very effectively as a scanner or printer as and when needed and provides a scanning or printing capability at a mere fraction of the cost of conventional scanners or printers.

Simple switching of SW2 returns the PC and facsimile machine to normal use.

The novel ring circuit provides the required ring signal which is conventional in present-day facsimile transmission application through the employment of an inexpensive, low voltage, DC battery or 9V power source and, through the operation of two switches incorporated in the novel interface circuitry of the present invention, followed by operation of the facsimile start switch, provides an interface circuit which is extremely easy to use and which eliminates the need for more complicated and expensive microprocessor-based devices.

US 7,489,423 B2

9

A latitude of modification, change and substitution is intended in the foregoing disclosure, and in some instances, some features of the invention will be employed without a corresponding use of other features. Accordingly, it is appropriate that the appended claims be construed broadly and in a manner consistent with the spirit and scope of the invention herein described.

What is claimed is:

1. A method of transferring digital image data signals between a computer equipped with send/receive driver communications software and a facsimile machine to cause said facsimile machine to operate as a printing device, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) conditioning the facsimile machine to receive print image data from the computer;

(c) conditioning the computer for initiating transmission of print image digital data to said facsimile machine of a document to be printed by said facsimile machine;

(d) upon activating the send driver communications software of the computer the print image digital data from the computer is transferred without interruption through a receiving port of the facsimile machine, whereby the print image digital signals of the computer are processed by the facsimile machine into signals for printing.

2. A method of connecting the scan or print apparatus of a facsimile machine configuration to a computer, in order to support image data transmissions for scanning or printing between the facsimile machine and the computer, comprising the steps of:

coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link between the facsimile machine and the computer; conditioning a scan or print mode for the facsimile machine and the computer, as needed;

conditioning the transmission of image data signals between the facsimile machine and the computer for the selected scan or print mode;

10

said computer being equipped with send/receive driver communications software enabling the sending of image data to the facsimile machine for printing or receiving of the scanned facsimile machine image data by the computer for use as needed.

3. The method of claim 2, including transferring serial or parallel digital signals of scan or print data images between said facsimile machine and said computer as needed.

4. The method of claim 2, including transferring a digital data source signal of a scan or print data image between said facsimile machine and said computer as needed.

5. The method of claim 2 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

6. A method of using a facsimile machine operably linked to a computer to print transmitted digital image data received from a computer by the facsimile machine, or scan digital image data transmitted from the facsimile machine to the computer through a bi-directional direct connection via a passive link, the method comprising:

(a) providing the bi-directional direct connection via a passive link for transfer of digital image data representative of images between the computer and the facsimile machine;

(b) activating a print or scan mode on the computer and facsimile machine, said computer or facsimile machine being equipped with send and receive driver communications software enabling the transfer of the digital image data between the computer and the facsimile machine; and

(c) transmitting the digital image data from the computer to the facsimile machine for printing, or transmitting scanned digital image data from the facsimile machine to the computer, over the bi-directional direct connection via the passive link in accordance with an instruction.

* * * * *

US007489423C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (8994th)

# United States Patent
Nachman et al.

(10) **Number:** US 7,489,423 C1
(45) **Certificate Issued:** May 1, 2012

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER**

(75) Inventors: **Bruce Gregory Nachman**, Wayne, PA (US); **Marvin Jules Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **Infinity Computer Products, Inc.**, Villanova, PA (US)

**Reexamination Request:**
No. 90/009,902, Apr. 19, 2011

**Reexamination Certificate for:**
Patent No.: 7,489,423
Issued: Feb. 10, 2009
Appl. No.: 11/084,297
Filed: Mar. 19, 2005

### Related U.S. Application Data

(60) Division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**
*H04N 1/32* (2006.01)
*H04N 1/04* (2006.01)

(52) **U.S. Cl.** ........................ 358/442; 358/468; 358/474; 358/296; 379/100.01

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/009,902, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner*—Colin Larose

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.



US 7,489,423 C1

**1**

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 1, 2, 6 are determined to be patentable as amended.

Claims 3-5 dependent on an amended claim, are determined to be patentable.

**1**. A method of transferring digital image data signals between a computer equipped with *generic* send/receive driver communications software and a facsimile machine to cause said facsimile machine to operate as a printing device, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) conditioning the facsimile machine to receive print image data from the computer;

(c) conditioning the computer for initiating transmission of print image digital data to said facsimile machine of a document to be printed by said facsimile machine;

(d) upon activating the *generic* send driver communications software of the computer the print image digital data from the computer is transferred without interruption through a receiving port of the facsimile machine, whereby the print image digital signals of the computer are processed by the facsimile machine into signals for printing.

**2**

**2**. A method of connecting the scan or print apparatus of a facsimile machine configuration to a computer, in order to support image data transmissions for scanning or printing between the facsimile machine and the computer, comprising the steps of:

coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link between the facsimile machine and the computer; conditioning a scan or print mode for the facsimile and the computer, as needed;

conditioning the transmission of image data signals between the facsimile machine and the computer for the selected scan or print mode;

said computer being equipped with *generic* send/receive driver communications software enabling the sending of image data to the facsimile machine for printing or receiving of the scanned facsimile machine image data by the computer for use as needed.

**6**. A method of using a facsimile machine operably linked to a computer to print transmitted digital image data received from a computer by the facsimile machine, or scan digital image data transmitted from the facsimile machine to the computer through a bi-directional direct connection via a passive link, the method comprising:

(a) providing the bi-directional direct connection via a passive link for transfer of digital image data representative of images between the computer and the facsimile machine;

(b) activating a print or scan mode on the computer and facsimile machine, said computer or facsimile machine being equipped with *generic* send and receive driver communications software enabling the transfer of the digital image data between the computer and the facsimile machine; and

(c) transmitting the digital image data from the computer to the facsimile machine for printing, or transmitting scanned digital image data from the facsimile machine to the computer, over the bi-directional direct connection via the passive link in accordance with an instruction.

\*    \*    \*    \*    \*

US007489423C2

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10110th)

# United States Patent
Nachman

(10) **Number:** US 7,489,423 C2
(45) **Certificate Issued:** Apr. 9, 2014

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER**

(75) Inventors: **Bruce Gregory Nachman**, Wayne, PA (US); **Marvin Jules Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **Infinity Computer Products, Inc.,** Villanova, PA (US)

Reexamination Request:
  No. 90/012,815, Mar. 22, 2013

Reexamination Certificate for:
  Patent No.: 7,489,423
  Issued: Feb. 10, 2009
  Appl. No.: 11/084,297
  Filed: Mar. 19, 2005

Reexamination Certificate C1 7,489,423 issued May 1, 2012

### Related U.S. Application Data

(60) Division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**
  *H04N 1/32* (2006.01)
  *H04N 1/04* (2006.01)
(52) **U.S. Cl.**
  USPC ........... 358/442; 358/296; 358/468; 358/474; 379/100.01
(58) **Field of Classification Search**
  None
  See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,815, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Mark Sager

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.



US 7,489,423 C2

**1**

## EX PARTE
## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1-6 is confirmed.

\* \* \* \* \*

**2**

US007489423C3

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10944th)

# United States Patent
## Nachman

(10) **Number:** US 7,489,423 C3
(45) **Certificate Issued:** Sep. 19, 2016

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER**

(75) Inventors: **Bruce Gregory Nachman**, Wayne, PA (US); **Marvin Jules Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **INFINITY COMPUTER PRODUCTS, INC.**, Villanova, PA (US)

**Reexamination Request:**
No. 90/013,207, Apr. 10, 2014

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | 7,489,423 |
| Issued: | Feb. 10, 2009 |
| Appl. No.: | 11/084,297 |
| Filed: | Mar. 19, 2005 |

Reexamination Certificate C1 7,489,423 issued May 1, 2012

Reexamination Certificate C2 7,489,423 issued Apr. 9, 2014

**Related U.S. Application Data**

(60) Division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 1/32* | (2006.01) |
| *H04N 1/04* | (2006.01) |
| *H04N 1/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ...... *H04N 1/00236* (2013.01); *H04N 1/00238* (2013.01); *H04N 1/00241* (2013.01); *H04N 2201/0034* (2013.01); *H04N 2201/0062* (2013.01); *H04N 2201/0093* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,207, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Luke S Wassum

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.



US 7,489,423 C3

1

# EX PARTE
# REEXAMINATION CERTIFICATE

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1-6 is confirmed.

\*   \*   \*   \*   \*

2

# EXHIBIT
# I

US008040574B2

(12) **United States Patent**
Nachman

(10) Patent No.: **US 8,040,574 B2**
(45) Date of Patent: ***Oct. 18, 2011**

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE TO A PC AS A SCANNER OR PRINTER**

(75) Inventor: **Bruce Gregory Nachman**, Villanova, PA (US); **Marvin Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **Infinity Computer Products Inc.**, Villanova, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 287 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/322,908**

(22) Filed: **Feb. 9, 2009**

(65) **Prior Publication Data**

US 2009/0237742 A1    Sep. 24, 2009

**Related U.S. Application Data**

(60) Continuation of application No. 11/084,297, filed on Mar. 19, 2005, now Pat. No. 7,489,423, which is a division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) Int. Cl.
*H04N 1/32* (2006.01)
*H04N 1/04* (2006.01)

(52) U.S. Cl. ........ 358/442; 358/468; 358/474; 358/296; 379/100.01

(58) Field of Classification Search ................. 358/442, 358/468, 474, 296, 440, 1.15, 1.6, 434–437, 358/1.13; 379/100.01, 100.02, 100.06, 100.05, 379/100.13, 93.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,558,811 A    1/1971   Montevecchio
(Continued)

FOREIGN PATENT DOCUMENTS

CN          1069155 A    2/1993
(Continued)

OTHER PUBLICATIONS

English Language Abstract of CN1069155; Feb. 17, 1993.
English Language Abstract of JP5014580; Jan. 22, 1993.
English Language Abstract of JP6070083; Mar. 11, 1994.
English Language Abstract of JP3038163; Feb. 19, 1991.
English Language Abstract of JP4033061; Feb. 4, 1992.
(Continued)

*Primary Examiner* — Cheukfan Lee

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.

**8 Claims, 11 Drawing Sheets**



# US 8,040,574 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,607,289 | A | 8/1986 | Kurokawa |
| 4,802,204 | A | 1/1989 | Chang |
| 4,816,911 | A | 3/1989 | Kirsch et al. |
| 4,868,672 | A | 9/1989 | Hiroki et al. |
| 4,910,607 | A | 3/1990 | Kita et al. |
| 4,964,154 | A | 10/1990 | Shimotono |
| 4,989,163 | A | 1/1991 | Kawamata et al. |
| 4,991,200 | A | 2/1991 | Lin |
| 5,021,892 | A | 6/1991 | Kita et al. |
| 5,175,750 | A | 12/1992 | Donovan et al. |
| 5,216,517 | A | 6/1993 | Kinoshita et al. |
| RE34,429 | E | 11/1993 | Baran et al. |
| 5,297,146 | A | 3/1994 | Ogawa |
| 5,390,031 | A | 2/1995 | Kang et al. |
| 5,425,135 | A | 6/1995 | Motoyama et al. |
| 5,452,106 | A | 9/1995 | Perkins |
| 5,459,579 | A | 10/1995 | Hu et al. |
| 5,528,385 | A | 6/1996 | Manning |
| 5,530,554 | A | 6/1996 | Maehara |
| 5,532,844 | A | 7/1996 | Kagami et al. |
| 5,552,901 | A | 9/1996 | Kikuchi et al. |
| 5,588,047 | A | 12/1996 | Rosengren et al. |
| 5,590,339 | A | 12/1996 | Chang |
| H1677 | H | 9/1997 | Hu et al. |
| 5,680,227 | A | 10/1997 | Picard |
| 5,684,607 | A | 11/1997 | Matsumoto |
| 5,847,843 | A | 12/1998 | Shibata et al. |
| 5,872,901 | A | 2/1999 | Konno et al. |
| 5,914,789 | A | 6/1999 | Murata |
| 6,064,491 | A | 5/2000 | Matsumoto |
| 6,307,639 | B1 | 10/2001 | Eom et al. |
| 6,519,057 | B1 | 2/2003 | Kurosawa et al. |
| 7,099,050 | B2 | 8/2006 | Motoyama |
| 7,262,871 | B2 | 8/2007 | Matsueda et al. |
| 2003/0200403 | A1 | 10/2003 | Niwa et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4239349 A1 | 9/1994 |
| DE | 4312136 A1 | 10/1994 |
| EP | 0655852 B1 | 5/1995 |
| JP | 63-187960 | 3/1988 |
| JP | 64-22166 | 1/1989 |
| JP | 1-168161 | 7/1989 |
| JP | 2-151459 | 6/1990 |
| JP | 3-38163 | 2/1991 |
| JP | 4-33061 | 2/1992 |
| JP | 5-14580 | 1/1993 |
| JP | 5-189104 | 7/1993 |
| JP | 6-54106 | 2/1994 |
| JP | 6-54107 | 2/1994 |
| JP | 6-70083 | 3/1994 |
| WO | WO 95/19089 | 7/1995 |

## OTHER PUBLICATIONS

English Language Abstract of JP1168161; Jul. 3, 1989.
English Language Abstract of JP2151459; Jun. 11, 1990.
English Language Abstract of JP5189104; Jul. 30, 1993.
English Language Abstract of DE4312136; Oct. 20, 1994.
English Language Abstract of DE4239349; Sep. 22, 1994.
RS-232C Interface Kit for Fax-L770, Technical Specifications, CANON1990.
Fax-L770 RS-232C Service Manual, Revision 0, CANON, Feb. 1991.
English Language Abstract of JP63187960; Aug. 3, 1988.
Abstract of "Turning Microcomputers into Fax Machines"; Lu, Cary; High Technology; vol. 7, Iss. 3; pp. 60-61; Mar. 1987.
"Okidata deploys i960 in multi-use peripheral—Doc-It peripheral device-Product Announcement"; Electronic News; Sep. 28, 1992.
"Company News; New Product from Okidata"; The New York Times; Sep. 29, 1992.
Abstract of "Rockwell International's low cost RFX96V12 MONOFAX fax modem chip"; Newsbytes News Network, Mar. 15, 1994.
"Information Delivery and Fax Technology"; Hawkins; Online, pp. 98-101; Jul. 1990.
"Personal Computer Image Communications Using Facsimile"; IEEE Journal on Selected Areas in Communications, vol. 7, No. 2, pp. 276-282; Feb. 1989.
Abstract of "Pursuing One Peripheral"; Blankenhorn, Dana; Barrington, vol. 34, Iss. 20, pp. 71-73; Oct. 15, 1988.

U.S. Patent

Oct. 18, 2011

Sheet 1 of 11

US 8,040,574 B2



*Fig. 1*

Case 1:18-cv-00463-LPS Document 120-3 Filed 08/10/18 Page 135 of 172 PageID #: 2019
Case 2:12-cv-06793-NIQA Document 9-10 Filed 03/09/13 Page 5 of 21



Fig. 1a

U.S. Patent

Oct. 18, 2011

Sheet 3 of 11

US 8,040,574 B2



*Fig. 2a*

U.S. Patent

Oct. 18, 2011

Sheet 4 of 11

US 8,040,574 B2



*Fig. 2b*

U.S. Patent

Oct. 18, 2011

Sheet 5 of 11

US 8,040,574 B2



*Fig. 2c*

U.S. Patent

Oct. 18, 2011

Sheet 6 of 11

US 8,040,574 B2



Fig. 2d

U.S. Patent

Oct. 18, 2011

Sheet 7 of 11

US 8,040,574 B2



*Fig. 2e*

U.S. Patent

Oct. 18, 2011

Sheet 8 of 11

US 8,040,574 B2



**Fax Machine/Fax Modem
Present Invention Circuitry**

**Fig. 2f**

U.S. Patent

Oct. 18, 2011

Sheet 9 of 11

US 8,040,574 B2



**Fig. 2g**

U.S. Patent

Oct. 18, 2011

Sheet 10 of 11

US 8,040,574 B2

30

**Standard Fax Machine**

Fax Modem Circuitry

ISDN, ADSL, HDSL
Interface

60

Interface
Circuit 10

RS-232 Cable

40

**PC Type Computer**

RJ-11

Tel Cable

RJ-11

Tel Cable

50

CO Tel 1

51

CO Tel 2

Fig. 2h

U.S. Patent

Oct. 18, 2011

Sheet 11 of 11

US 8,040,574 B2



**Fig. 2i**

US 8,040,574 B2

**1**

## INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE TO A PC AS A SCANNER OR PRINTER

This application is a Continuation of application Ser. No. 11/084,297 filed Mar. 19, 2005, now U.S. Pat. No. 7,489,423, which is a Divisional of Continuation-in-Part application Ser. No. 08/669,056, filed Jun. 24, 1996, which issued as U.S. Pat. No. 6,894,811, which is a Continuation-in-Part of application Ser. No. 08/226,278, filed Apr. 11, 1994, which issued as U.S. Pat. No. 5,530,558.

The following represents a true and accurate copy of application Ser. No. 11/084,297.

Claims 1, 7, and 10, herein are representative of the preceding disclosure application Ser. No. 08/669/056, and germane to the invention as claimed in this Continuation application.

### FIELD OF THE INVENTION

The present invention relates to interfacing a facsimile with a PC and more particularly to an interface circuit of highly simplified design and including a novel ringing circuit capable of generating a sign wave of a given amplitude and frequency from a small, portable DC battery or 9V DC power supply.

### BACKGROUND OF THE INVENTION

As is well known in the art, a conventional facsimile scans documents and transmits the scanned information through a modem in a standard facsimile format to a remote facsimile which receives the transmitted data by a modem and converts the transmitted data into a form for printing a document which is a replica of the document scanned by the transmitting facsimile. Scanning and printing devices especially adapted for use with PCs (i.e. personal computers) are relatively expensive devices typically costing many hundreds of dollars to as much as several thousands of dollars for applications requiring character recognition capabilities.

It has been recognized that conventional facsimile machines may be utilized as scanners or printers for PCs. However, the interface devices presently available are both complicated and expensive and typically require a microprocessor which further tends to increase both cost and circuit complexity.

### OBJECT OF THE INVENTION

It is, therefore, a principal object of the present invention to provide a circuit for interfacing a PC and a facsimile to enable the facsimile to be utilized as a scanner or a printer for a PC and to accomplish all of the objectives of a scanner or a printer in a simple straightforward manner through the use of a circuit of highly simplified design and low cost.

### BRIEF DESCRIPTION OF THE INVENTION

The present invention achieves all of the above as well as other objectives through apparatus which is characterized by comprising first switch means capable of selectively coupling a PC modem and a facsimile modem to independent telephone lines when in a non-scanning/printing mode and for decoupling the PC and facsimile modems from the telephone lines and coupling these modems to one another when placed in a scanning/printing mode.

**2**

Second manually operable switch means activates a novel ringing circuit which generates a sine wave of appropriate amplitude and frequency and applies this ringing circuit to the PC modem, when used as a scanner or to the facsimile when being used as a printer, causing the PC or facsimile machine to respond to the simulated transmit request.

Release of the circuitry operating button causes the interface circuitry to apply an off-hook condition to the facsimile. Document scanning or printing is initiated by pressing the facsimile start button or the start button provided as part of the PC or by a program step integrated into the PC as part of a print mode (selecting the facsimile as the output device for printing). Transmitted data may be directly stored in a PC memory. Documents incorporating alphanumeric data may be converted by a software program incorporated into the PC.

The ring generating circuit responsive to pressing of the operating button generates a transmit request signal by converting the low voltage from a DC source into a 20 cycle sine wave of 90 volt amplitude through the employment of a pulse generating circuit coupled to phase delay means and applying phase delayed and undelayed pulses to a transistorized switching circuit for selectively applying positive DC voltage to opposing inputs of a step-up transformer which applies a boosted sinusoidal ring signal to the PC modem, the ring generating circuit generating a ringing signal of the appropriate amplitude and frequency in a highly simplified and inexpensive manner. Since operation of the ringing circuit is completed in less than two seconds, a battery, if used, will have an extremely long operating life. Alternatively, if a 9V DC power source is used the battery is not required at all.

The simple, straightforward operation of only three switches eliminates the need for complicated, expensive and typically microprocessor-based circuitry.

### BRIEF DESCRIPTION OF THE FIGURES

The above, as well as other objects of the present invention, will become apparent upon reading the accompanying description and drawings in which:

FIG. 1 is a circuit diagram of the interface circuitry of the present invention which enables a PC to utilize a conventional facsimile as a sophisticated scanner or printer.

FIG. 1*a* is a flow diagram of the circuitry of FIG. 1 employing the microprocessor-based tone detecting circuit of FIG. 1.

FIGS. 2*a*-2*i* show simplified block diagrams of various system arrangements employing the circuitry of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION AND PREFERRED EMBODIMENTS THEREOF

FIG. 1 shows an interface circuit 10 embodying the principles of the present invention and being comprised of a switch assembly SW2 which is a four-pole double-throw switch having four movable switch arms SW2-2, SW2-5, SW2-8, and SW2-11, each cooperating with a pair of stationary contacts, as shown. For example, and for simplicity, note that switch arm SW2-2 is switchable between stationary contacts SW2-1 and SW2-3.

Movable switch arms SW2-2, SW2-5, SW2-8 and SW2-11 are all ganged to operate in unison as shown by common operating button B2 coupled to the switch arms through a linkage arm LA2 shown in schematic fashion as a dotted line. The switch is designed so that the switch arms are retained in the positions to which they are moved.

The switch arms are arranged in pairs, switch arms SW2-2 and SW2-5 selectively coupling a modem of a PC (not shown

US 8,040,574 B2

3

4

for purposes of simplicity) to either a first telephone line #1 through jumper JP3 or directly to a local facsimile machine (not shown for purposes of simplicity) through a jumper terminal JP2.

In a similar fashion, a pair of switch arms SW2-8 and SW2-11 selectively couple the local facsimile machine through jumper JP2 to either a separate telephone line #2 (through jumper JP4) or to the modem of the PC.

A double-pole single-throw switch SW3 is provided to couple either the local facsimile machine or the PC modem to a single telephone line or alternatively, disconnects the PC modem and facsimile machine from the common telephone line. For example, in applications where both the local facsimile and the PC each have an independent, dedicated telephone line, switch SW3 remains open. In applications where only a single telephone line is provided, both PC and the local facsimile may share the single telephone line by gaining access thereto in a staggered manner.

Switch SW1 which is a three-pole, double-throw switch, comprises three movable switch arms SW1-1, SW1-4 and SW1-7, each movable switch arm cooperating with a pair of stationary switch arms.

Movable switch arm SW1-1 selectively couples the output terminal of the pair of secondary windings W2 of a step-up transformer TR1 either to stationary terminal SW1-2, which isolates the output of the transformer TR1 from the operating circuitry, or stationary contact SW1-3 which couples the secondary winding W2 of transformer TR1 through movable switch arm SW1-7 and stationary contact SW1-9 simultaneously to stationary contacts SW2-6 and SW2-12 of four-pole double-throw switch SW2 for simultaneous connection to the PC modem and the local facsimile, when switch arms SW2-5 and SW2-11 respectively engage stationary contacts SW2-6 and SW2-12.

Movable switch arm SW1-4 selectively couples a small nine volt (9V) DC source (through jumper J5) to either stationary switch arm SW1-5 for coupling nine volt (9V) DC to a current generator circuit 12 or alternatively coupling nine volt (9V) DC to stationary terminal SW1-6 which in turn provides DC power to the nine volt (9V) ring generator circuit arranged within the dotted region as shown.

Current generator circuit 12 is comprised of resistors R1, R2 and R5, transistors Q1 and Q6, diode D2 and LED-type diode D3 which are connected in the manner shown to provide a constant current which simulates an off-hook signal, utilized in the manner to be more fully described hereinbelow. Resistor R2 serves as a current limiting resistor. LED D3 lights to denote operation of the constant current generator.

Ring generator circuit 14, which is utilized to generate a 20 Hz sine wave of a 90 volt amplitude, comprises a 555-type timing circuit 16 which, when activated by a nine volt DC input, applied to timer 16 through terminal VCC and resistor R13, provides a pulse train of equal width, positive-going pulses at a pulse rate of approximately 20 Hz at its output 16a.

The pulse train generated by the 555 timer 16 is simultaneously applied to the input of inverter U1A whose output is simultaneously coupled to the base electrodes of transistors Q2 and Q4, through resistor R6 and through inverter U1B and resistor R9.

The pulse train, as was set forth hereinabove, is simultaneously coupled to the −T input of a one-shot multivibrator operating as a phase delay circuit and whose Q output is coupled to the input of inverter U1E. The Q output of one-shot multivibrator U2A provides a phase delayed pulse which is coupled through the output of inverter U1E simultaneously to the base of transistor Q5 through resistor R8 and to the base of transistor Q3 through inverter U1F and resistor R7. Transis-

tors Q2-Q5 and resistors R6-R9, together with resistor R10, form a full bridge switching circuit which is powered by the nine volt (9V) DC source applied to the terminal VCC to provide drive current sufficient to drive transformer TR1, comprised of a pair of primary windings W1 and a pair of secondary windings W2, to generate a sine wave output. The pair of primary windings W1 and secondary windings W2 are coupled in parallel and the windings are arranged to provide a step-up transformer to magnify the input voltage preferably by ten to one (10:1), generating the desired output voltage which, in the present application, is a 20 Hz output of 90 volt amplitude with 15 mils of current from a nine volt (9V) DC, 150 mils current source. If desired, the frequency, amplitude and current of the circuit can be changed by selecting different component values for the passive elements. The component values chosen in the present invention have been selected to generate a signal which reproduces a standard bell ring signal employed in a conventional transmission between remote facsimile machines. The branch circuits BC1 and BC2 of the bridge circuit are alternately rendered conductive to alternately apply a positive voltage to opposing inputs of the input windings W1 for generating a sine wave from the positive-going pulses produced by timer circuit 16. The two input windings W1 are coupled in parallel as are the output windings W2.

The bell ring signal is selectively supplied through movable switch arm SW1-1 of the three-pole, double-throw switch SW1 described hereinabove.

The operation of the interface circuit of the present invention is as follows:

Assuming that the local facsimile is desired to be operated in combination with the PC and to function as a scanner, the switch SW2 is moved from the normal position, in which the movable switch arms are shown in solid line fashion, to the dotted line position simultaneously disconnecting the PC modem and the local facsimile from the telephone lines and directly connecting the PC receive line, PCR1 to ground and the PC transmit line PCT1 directly to stationary contact SW1-9. The local facsimile transmit line FXT2 is directly connected to ground and the facsimile receive line FXR2 is connected in common with line PCT1 to stationary contact SW1-9 of switch SW1. Switch SW3 may be either in the open or the closed position when switch SW2 is moved to the scan mode.

Switch SW1 is operated by pressing button B1 which is ganged to the movable switch arms SW1-1, SW1-4 and SW1-7 by a common linkage arm represented schematically by dotted line LA1. A biasing member or spring SW P1 normally biases the movable switch arms to the solid line position shown in Figure. By depressing switch button B1, the switch arms SW1-1, SW1-4 and SW1-7 are simultaneously moved to the dotted line positions shown in FIG. 1. Button B1 is maintained in the depressed position for a period preferably between one and two seconds. In the dotted line position, the nine volt (9V) DC source is coupled through switch arm SW1-4 and stationary terminal SW1-6 to the VCC terminals of ring generator circuit 14, producing a 20 Hz sine wave of 90 volt amplitude and a current of 15 mils at the secondary windings W2, which is applied to the PC line PCT1 through SW1-1, SW1-3, SW1-7, SW1-9, 126, SW2-6 and SW2-5, simulating what the PC believes is a request by a "remote" facsimile to transmit data thereto. The PC, which may be any type of computer (including but not limited to an Apple Macintosh, IBM PC, PCAT or PCXT) is provided with either an internal or external group III facsimile interface board, and

US 8,040,574 B2

5

shifts to a receive mode for receiving what appears to the PC to be a facsimile transmission from a "remote" facsimile machine.

After holding the button B1 depressed for a time which need not exceed approximately two seconds, button B1 is released causing the nine volt (9V) DC source to be coupled to input 12a of current generator circuit 12, which circuit applies the constant current to the facsimile receive line FXR2 to create what appears to the facsimile machine to be an off-hook condition. Simultaneously therewith, LED D3 lights indicating that the current generator circuit is presently in operation.

The local facsimile machine recognizes the constant current as representative of an off-hook condition preparing the local facsimile machine for transmission.

Thereafter, the conventional start button of the facsimile machine (not shown for purposes of simplicity) is pressed to start communication of the data scanned by the local facsimile machine from a document (or documents) placed within the facsimile machine document input (also not shown for purposes of simplicity).

The facsimile machine may be either a group I, group II, or group III facsimile machine, although optimum document resolution can be obtained through the use of a group III facsimile machine.

The conventional PC can store the transmitted data in its memory as a "picture" the resolution of the picture being 200 by 100 pixels for old facsimile machines, 200 by 200 pixels for standard facsimile machines and 400 by 400 pixels for new facsimile machines. Alternatively, a conventional OCR software package such as, for example, a CAERE OCR program available from Bitsoftware may be employed. Many alternative OCR software packages may be utilized to convert the "picture" transmitted by the facsimile machine to binary character form for word processing use or the like.

Operation of the facsimile machine in combination with the PC wherein the facsimile machine operates as a printer is as follows:

The ring generating circuit is not required to be operated in this mode and in applications where a facsimile machine is interfaced with a PC for use only as a printer, the ring generating circuit and the cooperating spring bias switch may be eliminated.

Switch SW2 shown in FIG. 1 is moved from the solid line to the dotted line position decoupling the PC and facsimile machine from the telephone lines and coupling the PC and facsimile machine together.

Switch SW1 is operated to power the current generator circuit 12 causing both the PC and the facsimile machine to see an off-hook condition.

The computer (PC) is operated either by providing a switch such as a push button switch (not shown for purposes of simplicity) to enter into a standard protocol with the facsimile machine and thereafter to transmit information in standard facsimile machine format. The facsimile machine senses that it is communicating with a remote facsimile machine and creates a document in conjunction with the data received from the PC in "pixel" form. The PC may be provided with a standard program having a print mode in which the facsimile machine is identified in the printing routine as the specific output device being utilized during such a print mode. Upon completion of printing mode, switch SW2 may be returned to the solid line position decoupling the PC from the facsimile machine and recoupling the PC and facsimile modems to their associated telephone lines.

FIGS. 2a-2h show various arrangements in which the present invention may be utilized.

6

Noting, for example, FIG. 2a, the circuitry 10 of the present invention is coupled between a standard facsimile machine 30, a PC-type computer 40 having a facsimile modem circuitry 41 and central office telephone lines 50 and 51. In the arrangement shown in FIG. 2a, the facsimile modem circuitry may be either internal or external to the PC-type computer 40.

FIG. 2b shows another alternative embodiment in which the circuitry of the present invention is incorporated into the PC-type computer and may be arranged on its own printed wiring board or on a printed wiring board which is common to the circuitry 10 of the present invention and the facsimile modem circuitry 41. The arrangement of FIG. 2b is otherwise the same as that shown in FIG. 2a. The circuit 10 shown in FIG. 2b is provided with three RJ-11 telephone cable connections for respective connection with the facsimile machine 30 and telephone lines 50 and 51. If only one additional telephone cable is provided, the standard facsimile machine 40 and the internal facsimile modem 41 may share that cable.

FIG. 2c shows another alternative arrangement in which the circuitry 10 of the present invention is integrated into the standard facsimile machine 30. The operation of the arrangement of FIG. 2c is otherwise similar to those shown in FIGS. 2a and 2b.

FIG. 2d shows an arrangement in which the circuitry 10 of the present invention is mounted upon its own printed wiring board and is arranged within the PC-type computer 40 and is electrically connected to the internal facsimile modem 41 by an external RJ-11 cable as shown. The operation is otherwise the same as the embodiments of FIGS. 2a-2c described hereinabove.

The circuitry 10 of the present invention may alternatively be placed upon a printed circuit card of approximately a credit card size for insertion in a bus slot provided in present-day PCs enabling the circuit on the printed circuit card, inserted into a slot provided along the exterior of the PC, to be coupled to a PCMCIA bus which is an additional bus that may be addressed by the PC.

FIG. 2e shows still another arrangement in which the PC-type computer 40 is coupled to external facsimile modem circuitry 41, for example, through an RS-232 cable. The facsimile machine interfaces to the external facsimile modem 41 through circuitry 10 by way of an RJ-11 telephone cable. When in the normal mode of operation, circuitry 10 interfaces central office telephone lines 50 and 51 through the RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50 may be shared in the manner previously described.

FIG. 2f shows an arrangement in which interface circuit 10 is internal to the facsimile machine. PC-type computer 40 is coupled to the facsimile modem circuitry 41 and interface circuit 10 through an RS-232 cable. When in the normal mode of operation, circuitry 10 interfaces the central office telephone lines 50 and 51 through RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50, for example, may be shared in the manner previously described. The arrangement of FIG. 2f is used with PC's which do not have a fax modem installed. When interface 10 is installed internal to the facsimile, the fax modem of the fax machine incorporates many of the functions of circuit 10, through integration of the already existing circuitry components of the fax modem.

US 8,040,574 B2

7

8

The present invention may be employed with telephone systems having digital signal processing. FIG. 2h, which is similar to FIG. 2f, and which shows like circuits designated with like numerals, further includes an interface 60 for digital signal processing. The send and receive options required for scanning and printing are provided by interface 60, which may, for example, be a chip set such as PEB 2091 N-V4.4 and EPB 2186 N-V4.4, manufactured by Siemens. Any other chip set having similar operating characteristics may be employed. As other digital signal formats come into use, such as ADSL (Asymmetric Digital Subscriber Line) HDSL (High-Bit Rate Digital Subscriber Line), or the like, a chip set for handling such formats may be substituted for interface 60.

As shown in FIG. 2i, a RAM and or Fixed Disk 70 may be incorporated into the interface 10, integrated with a fax modem 30 to allow for the capture of images or documents for later transfer into the PC 40 or the facsimile machine 30, or for image enhancement within the interface configuration 10. The addition of the data storage feature is particularly desirable for the fax machine or fax modem when they are in normal fax send or receive modes.

Optionally, the data storage feature is desirable for field application usage where information may be downloaded from a PC and stored in interface 10 for later transfer to a facsimile machine or a PC. Storage would be retained in this instance by battery backup incorporated in the RAM memory 70. Battery backup is not necessary for fixed disk storage.

FIG. 2j shows an arrangement for automated scanning and printing functions between a fax modem and a fax machine.

As represented in FIGS. 2a-2f, in order to activate an automated process for scanning or printing, the ring circuit 4 (FIG. 1) interfaces with the Tip and Ring features of the fax modem or fax machine. This is dependent on keying in a code on the fax keypad, such as ## or #* or any other predetermined code in order to respectively identify the scanning and printing functions. Interface 10 detects the tones generated by the inserted code (at the tone receiver 25 and generates a ring signal. The ring signal is detected and interpreted by the ring detect circuit of the fax modem or the fax machine. The fax modem or fax machine then generates receive signals or tones which indicate a connection. The fax modem or fax machine commences the scanning of the fax image or print cycle.

By depressing a predetermined code such as ## on the fax machine key pad, the tone detector circuit 25 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the PC fax modem. The PC fax modem answers and starts the scanning process from the fax machine to the PC.

A communication program stored in the PC allows the code #* (for example) to be entered, generating the tone signal from the fax modem. The tone detector circuit in the interface 10 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring-generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the fax machine. The fax machine answers and starts the printing process from the PC fax modem.

The switch version does not require the ## or #* or any other code, but activates the automated scanning/printing by pressing the ringer button B2.

The provision of the scan and print functions internal to the facsimile machine may also be accomplished by utilizing the analog output of the optical scanning circuit 75 of the facsimile machine (FIG. 2g). The analog signals are processed by the control/modem circuitry 76 where they are converted into a digital serial signal and then transmitted through the RS 232 sending interconnect port, the signal is then received by an RS232 connector at the PC. The aforementioned procedure utilizes unused signal lines which are available on most modem chips such as the Rockwell chip series.

A send and receive driver software package then implements the following action. The receive driver software accepts the digital image for storage or processing as appropriate. This send/receive driver communications software package also has the ability to send a digital image to the facsimile machine for printing purposes. The facsimile machine's control/modem circuitry 6 and then processed by the print driver 77 for printing. This linkage method for scanning and printing utilizing a fax machine is particularly useful for a computer without a fax modem. Any available send/receive communications software package is acceptable.

The commands of ## or #* for sending and receiving are still appropriate for this application although any other desired commands may be selected.

For the automated operation, the circuitry 10 of FIG. 1 is provided with device 25 which includes an automatic tone detector circuit for receiving a unique number dialed by either the facsimile machine or the PC modem. Upon recognition of the unique number, as set forth above or by generation using other techniques, the tone receiver operates a driver circuit 26 for operating switch SW2 to decouple the PC and the facsimile machine from their associated telephone lines and for connecting the PC to the facsimile machine. Driver circuit 26 may be a relay or its equivalent for operating an armature (not shown) to move the switch arms between their two operating states. Driver unit 27 which likewise may be a relay or its equivalent, operates the switch SW1 to the position energizing the ringing circuit 14. A timer is set and when two seconds elapses, unit 27 is deenergized causing the off-hook signal to be generated by current generator circuit 12 through the release of the operating button. When printing or scanning is complete, the tone receiver unit is reset. A simplified flow diagram of the aforementioned operation is shown in FIG. 1a.

The circuitry of the present invention is highly simplified in design and provides effective communication between the PC and local facsimile machine enabling the local facsimile machine to provide the dual functions of operating independently for transmission or reception to remote facsimile machines as well as functioning as a scanner or printer with a local PC. The circuitry of the present invention provides all the necessary signal conditions which lead the PC and local facsimile machine to believe that they are communicating with one another over a telephone line. The facsimile machine, although operating in its normal fashion, functions very effectively as a scanner or printer as and when needed and provides a scanning or printing capability at a mere fraction of the cost of conventional scanners or printers.

Simple switching of SW2 returns the PC and facsimile machine to normal use.

The novel ring circuit provides the required ring signal which is conventional in present-day facsimile transmission application through the employment of an inexpensive, low voltage, DC battery or 9V power source and, through the operation of two switches incorporated in the novel interface circuitry of the present invention, followed by operation of the facsimile start switch, provides an interface circuit which

US 8,040,574 B2

9 10

is extremely easy to use and which eliminates the need for more complicated and expensive microprocessor-based devices.

A latitude of modification, change and substitution is intended in the foregoing disclosure, and in some instances, some features of the invention will be employed without a corresponding use of other features. Accordingly, it is appropriate that the appended claims be construed broadly and in a manner consistent with the spirit and scope of the invention herein described.

What is claimed is:

1. A Method of using a facsimile machine to facilitate a transfer for digital image scan data or digital image print data between the facsimile machine and the computer, the method comprising:

establishing a communication path between the facsimile machine and the computer using a bidirectional passive link; and

activating the transfer in a first mode to send the digital image scan data from the facsimile machine directly to the computer, or activating the transfer in a second mode to receive digital image print data directly from the computer, the digital image scan data and the digital image print data being communicated over the bi-directional passive link, and the activating being initiated using communications software on the computer; and

in the first mode, storing the digital scan data in a computer readable medium, for use as needed, and in the second mode, printing the digital image print data using a facsimile machine printer device.

2. The Method of using of claim 1 further including, using a facsimile machine controller to facilitate the transfer of digital image scan data or digital image print data between the facsimile machine and the computer by:

activating a controller board in the first mode to send the digital image scan data from the facsimile machine directly to the computer or activating a controller board in the second mode to enable the facsimile machine to receive digital image print data directly from the computer.

3. The method of claim 1, including transferring a parallel data source signal of a scanned image from said facsimile machine to said computer.

4. The method of claim 1, including transferring a digital serial data source signal of a scanned image from said facsimile machine to said computer.

5. The method of claim 1, including transferring scan or print image data via analog, serial or parallel transmission between said facsimile machine and said computer.

6. The method of claim 1 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

7. A method of using a facsimile machine comprising:

inputting a document image;

activating the optical scanner operatively connected to said document image input of said facsimile machine configured to generate digital image data as the document image is scanned;

activating a printer operatively connected to print a document in response to receiving digital image data; and

activating a switch providing a connection to a port enabling a direct transfer of digital image scan or print data via a passive link bi-directional direct connection between the facsimile machine and the computer;

whereby, said computer being equipped with send receive driver communications software enables the transfer of digital image data between the facsimile machine and the computer through the bi-directional direct connection via the passive link.

8. A method of using a fax machine to transfer digital image data signals via a bi-directional passive link with a computer, for scanning or printing:

enabling said scan or print digital image data to transfer between said facsimile machine and computer via a passive link bi-directional direct connection;

said computer being equipped with send or receive communications software, such that when activated,

scanned document digital image data from the facsimile machine transfers directly to the computer, where it may be stored for use as needed; or

digital image data sent from the computer to the facsimile machine, is printed out, or stored for use as needed.

* * * * *

US008040574C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (10074th)

# United States Patent
### Nachman

(10) **Number:** US 8,040,574 C1

(45) **Certificate Issued:** *Mar. 17, 2014

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE TO A PC AS A SCANNER OR PRINTER**

(75) Inventors: **Bruce Gregory Nachman**, Villanova, PA (US); **Marvin Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **Infinity Computer Products, Inc.**, Villanova, PA (US)

**Reexamination Request:**
No. 90/012,817, Mar. 22, 2013

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | 8,040,574 |
| Issued: | Oct. 18, 2011 |
| Appl. No.: | 12/322,908 |
| Filed: | Feb. 9, 2009 |

(*) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(60) Continuation of application No. 11/084,297, filed on Mar. 19, 2005, now Pat. No. 7,489,423, which is a division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**
*H04N 1/32* (2006.01)
*H04N 1/04* (2006.01)

(52) **U.S. Cl.**
USPC ........... 358/442; 358/296; 358/468; 358/474; 379/100.01

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,817, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Mark Sager

(57) **ABSTRACT**

Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.



US 8,040,574 C1

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims 1 and 7-8 are determined to be patentable as
amended.

Claims 2-6, dependent on an amended claim, are
determined to be patentable.

1. A Method of using a facsimile machine to facilitate a
transfer for digital image scan data or digital image print data
between the facsimile machine and the computer, the method
comprising:

establishing a communication path between the facsimile
machine and the computer using a bidirectional passive
link; and

activating the transfer in a first mode to send the digital
image scan data from the facsimile machine directly to
the computer, or activating the transfer in a second mode
to receive digital image print data directly from the com-
puter, the digital image scan data and the digital image
print data being communicated over the bi-directional
passive link, and the activating being initiated using
*generic send/receive* communications software on the
computer; and

2

in the first mode, storing the digital scan data in a computer
readable medium, for use as needed, and in the second
mode, printing the digital image print data using a fac-
simile machine printer device.

7. A method of using a facsimile machine comprising:
inputting a document image;
activating the optical scanner operatively connected to said
document image input of said facsimile machine con-
figured to generate digital image data as the document
image is scanned;
activating a printer operatively connected to print a docu-
ment in response to receiving digital image data; and
activating a switch providing a connection to a port
enabling a direct transfer of digital image scan or print
data via a passive link bi-directional direct connection
between the facsimile machine and the computer;
whereby, said computer being equipped with *generic* send
receive driver communications software enables the
transfer of digital image data between the facsimile
machine and the computer through the bi-directional
direct connection via the passive link.

8. A method of using a fax machine to transfer digital image
data signals via a bi-directional passive link with a computer,
for scanning or printing:
enabling said scan or print digital image data to transfer
between said facsimile machine and computer via a
passive link bi-directional direct connection;
said computer being equipped with *generic* send or receive
communications software, such that when activated,
scanned document digital image data from the facsimile
machine transfers directly to the computer, where it may
be stored for use as needed; or
digital image data sent from the computer to the facsimile
machine, is printed out, or stored for use as needed.

* * * * *

# EXHIBIT

# J

US008294915B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 8,294,915 B2**
Nachman　　　　　　　　　　　　(45) **Date of Patent:**　　**Oct. 23, 2012**

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER**

(75) Inventor: **Bruce G. Nachman**, Villanova, PA (US); **Marvin J. Nachman**, legal representative, Villanova, PA (US)

(73) Assignee: **Infinity Computer Products Inc**, Villanova, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/317,310**

(22) Filed: **Oct. 14, 2011**

(65) **Prior Publication Data**

US 2012/0127503 A1　　May 24, 2012

**Related U.S. Application Data**

(60) Continuation of application No. 12/322,908, filed on Feb. 9, 2009, now Pat. No. 8,040,574, which is a continuation of application No. 11/084,297, filed on Mar. 19, 2005, now Pat. No. 7,489,423, which is a division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**
*G06F 3/12*　　　(2006.01)
*H04N 1/32*　　　(2006.01)
*H04N 1/04*　　　(2006.01)

(52) **U.S. Cl.** ...... **358/1.13**; 358/1.15; 358/442; 358/468; 358/474; 358/296; 379/100.01

(58) **Field of Classification Search** ................ 358/1.13, 358/1.15, 442, 468, 296, 440, 434–437, 474; 379/100.01, 100.02, 100.06, 100.05, 100.13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,802,204 | A | * | 1/1989 | Chang ...................... 379/100.15 |
| 5,218,458 | A | * | 6/1993 | Kochis et al. .............. 358/448 |
| 5,390,031 | A | * | 2/1995 | Kang et al. ................ 358/468 |
| 5,452,106 | A | * | 9/1995 | Perkins ................... 358/468 |
| 5,608,546 | A | * | 3/1997 | Nakamura et al. .......... 358/468 |
| 6,134,017 | A | * | 10/2000 | Schlank et al. ............ 358/1.15 |

FOREIGN PATENT DOCUMENTS

DE　　4312136　A1　*　10/1994

* cited by examiner

*Primary Examiner* — Cheukfan Lee

(74) *Attorney, Agent, or Firm* — Marvin J. Nachman

(57)　　**ABSTRACT**

Printing and scanning methods using a facsimile machine communicating with a computer over a bi-directional direct passive link connected between digital communication ports of the computer and facsimile machine Upon receipt of an instruction at the facsimile machine, the printing method includes receiving digital image data from the computer via the bi-directional direct passive link. The digital image data is processed substantially as it is received at the facsimile machine and printed onto media. Upon receipt of an instruction at the facsimile machine, the scanning method includes scanning content from media provided within the facsimile machine to create digital image data digital image data representative of the content, and providing the digital image data substantially as it is created to the computer via the bi-directional direct passive link. The instructions and digital image data are transmitted in a standard facsimile machine format using standard facsimile machine protocols.

**15 Claims, 12 Drawing Sheets**



U.S. Patent

Oct. 23, 2012

Sheet 1 of 12

US 8,294,915 B2



Fig. 1



*Fig. 1a*

U.S. Patent

Oct. 23, 2012

Sheet 3 of 12

US 8,294,915 B2



*Fig. 2a*

U.S. Patent

Oct. 23, 2012

Sheet 4 of 12

US 8,294,915 B2



*Fig. 2b*

U.S. Patent

Oct. 23, 2012

Sheet 5 of 12

US 8,294,915 B2



Standard Fax Machine

30

Interfacing CKT 10

PC Type Computer

40

Internal Fax Modem

Fax Modem Circuitry

41

RJ-11 Tel Cable

RJ-11 Tel Cable

RJ-11 Tel Cable

50

CO Tel 1

51

CO Tel 2

*Fig. 2c*

U.S. Patent

Oct. 23, 2012

Sheet 6 of 12

US 8,294,915 B2



*Fig. 2d*

U.S. Patent

Oct. 23, 2012

Sheet 7 of 12

US 8,294,915 B2



*Fig. 2e*

U.S. Patent

Oct. 23, 2012

Sheet 8 of 12

US 8,294,915 B2



**Fax Machine / Fax Modem
Present Invention Circuitry**

*Fig. 2f*

U.S. Patent

Oct. 23, 2012

Sheet 9 of 12

US 8,294,915 B2



*Fig. 2g*

U.S. Patent

Oct. 23, 2012

Sheet 10 of 12

US 8,294,915 B2



*Fig. 2h*

U.S. Patent

Oct. 23, 2012

Sheet 11 of 12

US 8,294,915 B2



*Fig. 2i*



*Fig. 2j*

US 8,294,915 B2

1

## INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/322,908, filed Feb. 9, 2009, now U.S. Pat. No. 8,040,574, which is a continuation of U.S. patent application Ser. No. 11/084,297, filed Mar. 19, 2005, now U.S. Pat. No. 7,489,423, which is a divisional of U.S. Pat. No. 08/669,056, filed Jun. 24, 1996, now U.S. Pat. No. 6,894,811, which is a continuation-in-part of U.S. patent application Ser. No. 08/226,278, filed Apr. 11, 1994, now U.S. Pat. No. 5,530,558. These applications are incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates to interfacing a facsimile with a PC and more particularly to an interface circuit of highly simplified design and including a novel ringing circuit capable of generating a sine wave of a given amplitude and frequency from a small, portable DC battery or 9V DC power supply.

### BACKGROUND OF THE INVENTION

As is well known in the art, a conventional facsimile scans documents and transmits the scanned information through a modem in a standard facsimile format to a remote facsimile which receives the transmitted data by a modem and converts the transmitted data into a form for printing a document which is a replica of the document scanned by the transmitting facsimile.

Scanning and printing devices especially adapted for use with PCs (i.e. personal computers) are relatively expensive devices typically costing many hundreds of dollars to as much as several thousands of dollars for applications requiring character recognition capabilities.

It has been recognized that conventional facsimile machines may be utilized as scanners or printers for PCs. However, the interface devices presently available are both complicated and expensive and typically require a microprocessor which further tends to increase both cost and circuit complexity.

### OBJECT OF THE INVENTION

It is, therefore, a principal object of the present invention to provide a circuit for interfacing a PC and a facsimile to enable the facsimile to be utilized as a scanner or a printer for a PC and to accomplish all of the objectives of a scanner or a printer in a simple straightforward manner through the use of a circuit of highly simplified design and low cost.

### BRIEF DESCRIPTION OF THE INVENTION

The present invention achieves all of the above as well as other objectives through apparatus which is characterized by comprising first switch means capable of selectively coupling a PC modem and a facsimile modem to independent telephone lines when in a non-scanning/printing mode and for decoupling the PC and facsimile modems from the telephone lines and coupling these modems to one another when placed in a scanning/printing mode.

2

Second manually operable switch means activates a novel ringing circuit which generates a sine wave of appropriate amplitude and frequency and applies this ringing circuit to the PC modem, when used as a scanner or to the facsimile when being used as a printer, causing the PC or facsimile machine to respond to the simulated transmit request.

Release of the circuitry operating button causes the interface circuitry to apply an off-hook condition to the facsimile. Document scanning or printing is initiated by pressing the facsimile start button or the start button provided as part of the PC or by a program step integrated into the PC as part of a print mode (selecting the facsimile as the output device for printing). Transmitted data may be directly stored in a PC memory. Documents incorporating alphanumeric data may be converted by a software program incorporated into the PC.

The ring generating circuit responsive to pressing of the operating button generates a transmit request signal by converting the low voltage from a DC source into a 20 cycle sine wave of 90 volt amplitude through the employment of a pulse generating circuit coupled to phase delay means and applying phase delayed and undelayed pulses to a transistorized switching circuit for selectively applying positive DC voltage to opposing inputs of a step-up transformer which applies a boosted sinusoidal ring signal to the PC modem, the ring generating circuit generating a ringing signal of the appropriate amplitude and frequency in a highly simplified and inexpensive manner. Since operation of the ringing circuit is completed in less than two seconds, a battery, if used, will have an extremely long operating life. Alternatively, if a 9V DC power source is used the battery is not required at all.

The simple, straightforward operation of only three switches eliminates the need for complicated, expensive and typically microprocessor-based circuitry.

### BRIEF DESCRIPTION OF THE FIGURES

The above, as well as other objects of the present invention, will become apparent upon reading the accompanying description and drawings in which:

FIG. 1 is a circuit diagram of the interface circuitry of the present invention which enables a PC to utilize a conventional facsimile as a sophisticated scanner or printer.

FIG. 1a is a flow diagram of the circuitry of FIG. 1 employing the microprocessor-based tone detecting circuit of FIG. 1.

FIGS. 2a-2j show simplified block diagrams of various system arrangements employing the circuitry of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION AND PREFERRED EMBODIMENTS THEREOF

FIG. 1 shows an interface circuit 10 embodying the principles of the present invention and being comprised of a switch assembly SW2 which is a four-pole double-throw switch having four movable switch arms SW2-2, SW2-5, SW2-8, and SW2-11, each cooperating with a pair of stationary contacts, as shown. For example, and for simplicity, note that switch arms SW2-2 is switchable between stationary contacts SW2-1 and SW2-3.

Movable switch arms SW2-2, SW2-5, SW2-8 and SW2-11 are all ganged to operate in unison as shown by common operating button B2 coupled to the switch arms through a linkage arm LA2 shown in schematic fashion as a dotted line. The switch is designed so that the switch arms are retained in the positions to which they are moved.

The switch arms are arranged in pairs, switch arms SW2-2 and SW2-5 selectively coupling a modem of a PC (not shown

US 8,294,915 B2

3

for purposes of simplicity) to either a first telephone line #1 through jumper JP3 or directly to a local facsimile machine (not shown for purposes of simplicity) through a jumper terminal JP2.

In a similar fashion, a pair of switch arms SW2-8 and SW2-11 selectively couple the local facsimile machine through jumper JP2 to either a separate telephone line #2 (through jumper JP4) or to the modem of the PC.

A double-pole single-throw switch SW3 is provided to couple either the local facsimile machine or the PC modem to a single telephone line or alternatively, disconnects the PC modem and facsimile machine from the common telephone line. For example, in applications where both the local facsimile and the PC each have an independent, dedicated telephone line, switch SW3 remains open. In applications where only a single telephone line is provided, both PC and the local facsimile may share the single telephone line by gaining access thereto in a staggered manner.

Switch SW1 which is a three-pole, double-throw switch, comprises three movable switch arms SW1-1, SW1-4 and SW1-7, each movable switch arm cooperating with a pair of stationary switch arms.

Movable switch arm SW1-1 selectively couples the output terminal of the pair of secondary windings W2 of a step-up transformer TR1 either to stationary terminal SW1-2, which isolates the output of the transformer TR1 from the operating circuitry, or stationary contact SW1-3 which couples the secondary winding W2 of transformer TR1 through movable switch arm SW1-7 and stationary contact SW1-9 simultaneously to stationary contacts SW2-6 and SW2-12 of four-pole double-throw switch SW2 for simultaneous connection to the PC modem and the local facsimile, when switch arms SW2-5 and SW2-11 respectively engage stationary contacts SW2-6 and SW2-12.

Movable switch arm SW1-4 selectively couples a small nine volt (9V) DC source (through jumper 15) to either stationary switch arm SW1-5 for coupling nine volt (9V) DC to a current generator circuit 12 or alternatively coupling nine volt (9V) DC to stationary terminal SW1-6 which in turn provides DC power to the nine volt (9V) ring generator circuit 40 arranged within the dotted region as shown.

Current generator circuit 12 is comprised of resistors R1, R2 and R5, transistors Q1 and Q6, diode D2 and LED-type diode D3 which are connected in the manner shown to provide a constant current which simulates an off-hook signal, utilized in the manner to be more fully described hereinbelow. Resistor R2 serves as a current limiting resistor. LED D3 lights to denote operation of the constant current generator.

Ring generator circuit 14, which is utilized to generate a 20 Hz sine wave of a 90 volt amplitude, comprises a 555-type timing circuit 16 which, when activated by a nine volt DC input, applied to timer 16 through terminal VCC and resistor R13, provides a pulse train of equal width, positive-going pulses at a pulse rate of approximately 20 Hz at its output 16a.

The pulse train generated by the 555 timer 16 is simultaneously applied to the input of inverter U1A whose output is simultaneously coupled to the base electrodes of transistors Q2 and Q4, through resistor R6 and through inverter U1B and resistor R9.

The pulse train, as was set forth hereinabove, is simultaneously coupled to the −T input of a one-shot multivibrator operating as a phase delay circuit and whose Q output is coupled to the input of inverter U1E. The Q output of one-shot multivibrator U2A provides a phase delayed pulse which is coupled through the output of inverter U1E simultaneously to the base of transistor Q5 through resistor R8 and to the base of transistor Q3 through inverter U1F and resistor R7. Transis-

4

tors Q2-Q5 and resistors R6-R9, together with resistor R10, form a full bridge switching circuit which is powered by the nine volt (9V) DC source applied to the terminal VCC to provide drive current sufficient to drive transformer TR1, comprised of a pair of primary windings W1 and a pair of secondary windings W2, to generate a sine wave output. The pair of primary windings W1 and secondary windings W2 are coupled in parallel and the windings are arranged to provide a step-up transformer to magnify the input voltage preferably by ten to one (10:1), generating the desired output voltage which, in the present application, is a 20 Hz output of 90 volt amplitude with 15 mils of current from a nine volt (9V) DC, 150 mils current source. If desired, the frequency, amplitude and current of the circuit can be changed by selecting different component values for the passive elements. The component values chosen in the present invention have been selected to generate a signal which reproduces a standard bell ring signal employed in a conventional transmission between remote facsimile machines. The branch circuits BC1 and BC2 of the bridge circuit are alternately rendered conductive to alternately apply a positive voltage to opposing inputs of the input windings W1 for generating a sine wave from the positive-going pulses produced by timer circuit 16. The two input windings W1 are coupled in parallel as are the output windings W2.

The bell ring signal is selectively supplied through movable switch arm SW1-1 of the three-pole, double-throw switch SW1 described hereinabove.

The operation of the interface circuit of the present invention is as follows:

Assuming that the local facsimile is desired to be employed in combination with the PC and to function as a scanner, the switch SW2 is moved from the normal position, in which the movable switch arms are shown in solid line fashion, to the dotted line position simultaneously disconnecting the PC modem and the local facsimile from the telephone lines and directly connecting the PC receive line, PCR1 to ground and the PC transmit line PCT1 directly to stationary contact SW1-9. The local facsimile transmit line FXT2 is directly connected to ground and the facsimile receive line FXR2 is connected in common with line PCT1 to stationary contact SW1-9 of switch SW1. Switch SW3 may be either in the open or the closed position when switch SW2 is moved to the scan mode.

Switch SW1 is operated by pressing button B1 which is ganged to the movable switch arms SW1-1, SW1-4 and SW1-7 by a common linkage arm represented schematically by dotted line LA1. A biasing member or spring SWP1 normally biases the movable switch arms to the solid line position shown in Figure. By depressing switch button B1, the switch arms SW1-1, SW1-4 and SW1-7 are simultaneously moved to the dotted line positions shown in FIG. 1. Button B1 is maintained in the depressed position for a period preferably between one and two seconds. In the dotted line position, the nine volt (9V) DC source is coupled through switch arm SW1-4 and stationary terminal SW1-6 to the VCC terminals of ring generator circuit 14, producing a 20 Hz sine wave of 90 volt amplitude and a current of 15 mils at the secondary windings W2, which is applied to the PC line PCT1 through SW1-1, SW1-3, SW1-7, SW1-9, 126, SW2-6 and SW2-5, simulating what the PC believes is a request by a "remote" facsimile to transmit data thereto. The PC, which may be any type of computer (including but not limited to an Apple Macintosh, IBM PC, PCAT or PCXT) is provided with either an internal or external group III facsimile interface board, and

US 8,294,915 B2

5

shifts to a receive mode for receiving what appears to the PC to be a facsimile transmission from a "remote" facsimile machine.

After holding the button B1 depressed for a time which need not exceed approximately two seconds, button B1 is released causing the nine volt (9V) DC source to be coupled to input 12*a* of current generator circuit 12, which circuit applies the constant current to the facsimile receive line FXR2 to create what appears to the facsimile machine to be an off-hook condition. Simultaneously therewith, LED D3 lights indicating that the current generator circuit is presently in operation.

The local facsimile machine recognizes the constant current as representative of an off-hook condition preparing the local facsimile machine for transmission.

Thereafter, the conventional start button of the facsimile machine (not shown for purposes of simplicity) is pressed to start communication of the data scanned by the local facsimile machine from a document (or documents) placed within the facsimile machine document input (also not shown for purposes of simplicity).

The facsimile machine may be either a group I, group II, or group III facsimile machine, although optimum document resolution can be obtained through the use of a group III facsimile machine.

The conventional PC can store the transmitted data in its memory as a "picture" the resolution of the picture being 200 by 100 pixels for old facsimile machines, 200 by 200 pixels for standard facsimile machines and 400 by 400 pixels for new facsimile machines. Alternatively, a conventional OCR software package such as, for example, a CAERE OCR program available from Bitsoftware may be employed. Many alternative OCR software packages may be utilized to convert the "picture" transmitted by the facsimile machine to binary character form for word processing use or the like.

Operation of the facsimile machine in combination with the PC wherein the facsimile machine operates as a printer is as follows:

The ring generating circuit is not required to be operated in this mode and in applications where a facsimile machine is interfaced with a PC to use only as a printer, the ring generating circuit and the cooperating spring bias switch may be eliminated.

Switch SW2 shown in FIG. 1 is moved from the solid line to the dotted line position decoupling the PC and facsimile machine from the telephone lines and coupling the PC and facsimile machine together.

Switch SW1 is operated to power the current generator circuit 12 causing both the PC and the facsimile machine to see an off-hook condition.

The computer (PC) is operated either by providing a switch such as a push button switch (not shown for purposes of simplicity) to enter into a standard protocol with the facsimile machine and thereafter to transmit information in standard facsimile machine format. The facsimile machine senses that it is communicating with a remote facsimile machine and creates a document in accordance with the data received from the PC in "pixel" form. The PC may be provided with a standard program having a print mode in which the facsimile machine is identified in the printing routine as the specific output device being utilized during such a print mode. Upon completion of printing mode, switch SW2 may be returned to the solid line position decoupling the PC from the facsimile machine and recoupling the PC and facsimile modems to their associated telephone lines.

FIGS. 2*a*-2*h* show various arrangements in which the present invention may be utilized.

6

Noting, for example, FIG. 2*a*, the circuitry 10 of the present invention is coupled between a standard facsimile machine 30, a PC-type computer 40 having a facsimile modem circuitry 41 and central office telephone lines 50 and 51. In the arrangement shown in FIG. 2*a*, the facsimile modem circuitry may be either internal or external to the PC-type computer 40.

FIG. 2*b* shows another alternative embodiment in which the circuitry of the present invention is incorporated into the PC-type computer 40 and may be arranged on its own printed wiring board or on a printed wiring board which is common to the circuitry 10 of the present invention and the facsimile modem circuitry 41. The arrangement of FIG. 2*b* is otherwise the same as that shown in FIG. 2*a*. The circuit 10 shown in FIG. 2*b* is provided with three RJ-11 telephone cable connections for respective connection with the facsimile machine 30 and telephone lines 50 and 51. If only one additional telephone cable is provided, the standard facsimile machine 40 and the internal facsimile modem 41 may share that cable.

FIG. 2*c* shows another alternative arrangement in which the circuitry 10 of the present invention is integrated into the standard facsimile machine 30. The operation of the arrangement of FIG. 2*c* is otherwise similar to those shown in FIGS. 2*a* and 2*b*.

FIG. 2*d* shows an arrangement in which the circuitry 10 of the present invention is mounted upon its own printed wiring board and is arranged within the PC-type computer 40 and is electrically connected to the internal facsimile modem 41 by an external RJ-11 cable as shown. The operation is otherwise the same as the embodiments of FIGS. 2*a*-2*c* described hereinabove.

The circuitry 10 of the present invention may alternatively be placed upon a printed circuit card of approximately a credit card size for insertion in a bus slot provided in present-day PCs enabling the circuit on the printed circuit card, inserted into a slot provided along the exterior of the PC, to be coupled to a PCMCIA bus which is an additional bus that may be addressed by the PC.

FIG. 2*e* shows still another arrangement in which the PC-type computer 40 is coupled to external facsimile modem circuitry 41, for example, through an RS-232 cable. The facsimile machine interfaces to the external facsimile modem 41 through circuitry 10 by way of an RJ-11 telephone cable. When in the normal mode of operation, circuitry 10 interfaces central office telephone lines 50 and 51 through the RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50 may be shared in the manner previously described.

FIG. 2*f* shows an arrangement in which interface circuit 10 is internal to the facsimile machine. PC-type computer 40 is coupled to the facsimile modem circuitry 41 and interface circuit 10 through an RS-232 cable. When in the normal mode of operation, circuitry 10 interfaces the central office telephone lines 50 and 51 through RJ-11 telephone cables, as shown. Cable 50 may be employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry. If only one central office telephone line is available, line 50, for example, may be shared in the manner previously described. The arrangement of FIG. 2*f* is used with PC's which do not have a fax modem installed. When interface 10 is installed internal to the facsimile, the fax modem of the fax machine incorporates many of the functions of circuit 10, through integration of the already existing circuitry components of the fax modem.

US 8,294,915 B2

7

The present invention may be employed with telephone systems having digital signal processing. FIG. 2h, which is similar to FIG. 2f, and which shows like circuits designated with like numerals, further includes an interface 60 for digital signal processing. The send and receive options required for scanning and printing are provided by interface 60, which may, for example, be a chip set such as PEB 2091 N-V4.4 and EPB 2186 N-V4.4, manufactured by Siemens. Any other chip set having similar operating characteristics may be employed. As other digital signal formats come into use, such as ADSL (Asymmetric Digital Subscriber Line) HDSL (High Bit Rate Digital Subscriber Line), or the like, a chip set for handling such formats may be substituted for interface 60.

As shown in FIG. 2i, a RAM and/or Fixed Disk 70 may be incorporated into the interface 10, integrated with a fax modem 30 to allow for the capture of images or documents for later transfer into the PC 40 or the facsimile machine 30, or for image enhancement within the interface configuration 10. The addition of the data storage feature is particularly desirable for the fax machine or fax modem when they are in normal fax send or receive modes.

Optionally, the data storage feature is desirable for field application usage where information may be downloaded from a PC and stored in interface 10 for later transfer to a facsimile machine or a PC. Storage would be retained in this instance by battery backup incorporated in the RAM memory 70. Battery backup is not necessary for fixed disk storage.

FIG. 2j shows an arrangement for automated scanning and printing functions between a fax modem and a fax machine.

As represented in FIGS. 2a-2f, in order to activate an automated process for scanning or printing, the ring circuit 4 (FIG. 1) interfaces with the Tip and Ring features of the fax modem or fax machine. This is dependent on keying in a code on the fax keypad, such as ## or #* or any other predetermined code in order to respectively identify the scanning and printing functions. Interface 10 detects the tones generated by the inserted code (at the tone receiver 25 and generates a ring signal. The ring signal is detected and interpreted by the ring detect circuit of the fax modem or the fax machine. The fax modem or fax machine then generates receive signals or tones which indicate a connection. The fax modem or fax machine commences the scanning of the fax image or print cycle.

By depressing a predetermined code such as ## on the fax machine key pad, the tone detector circuit 25 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the PC fax modem. The PC fax modem answers and starts the scanning process from the fax machine to the PC.

A communication program stored in the PC allows the code #* (for example) to be entered, generating the tone signal from the fax modem. The tone detector circuit in the interface 10 interprets this code, enabling a control circuit to activate first (26) and second (27) relay means. Relay 26 disconnects the fax machine and the fax modem (connected to the PC) from the Central Office terminal lines. Relay 27, then connects 9V to the ring generator circuit 14 causing a sinusoidal ring signal of a predetermined frequency and amplitude to be generated to the fax machine. The fax machine answers and starts the printing process form the PC fax modem.

The switch version does not require the ## or #* or any other code, but activates the automated scanning/printing by pressing the ringer button B2.

8

The provision of the scan and print functions internal to the facsimile machine may also be accomplished by utilizing the analog output of the optical scanning circuit 75 of the facsimile machine (FIG. 2g). The analog signals are processed by the control/modem circuitry 76 where they are converted into a digital serial signal and then transmitted through the RS232 sending interconnect port, the signal is then received by an RS232 connector at the PC. The aforementioned procedure utilizes unused signal lines which are available on most modem chips such as the Rockwell chip series.

A send and receive driver software package then implements the following action. The receive driver software accepts the digital image for storage or processing as appropriate. This send/receive driver communications software package also has the ability to send a digital image to the facsimile machine for printing purposes. The facsimile machine's control/modem circuitry then processed by the print driver 77 for printing. This linkage method for scanning and printing utilizing a fax machine is particularly useful for a computer without a fax modem. Any available send/receive communications software package is acceptable.

The commands of ## or #* for sending and receiving are still appropriate for this application although any other desired commands may be selected.

For the automated operation, the circuitry 10 of FIG. 1 is provided with device 25 which includes an automatic tone detector circuit for receiving a unique number dialed by either the facsimile machine or the PC modem. Upon recognition of the unique number, as set forth above or by generation using other techniques, the tone receiver operates a driver circuit 26 for operating switch SW2 to decouple the PC and the facsimile machine from their associated telephone lines and for connecting the PC to the facsimile machine. Driver circuit 26 may be a relay or its equivalent for operating an armature (not shown) to move the switch arms between their two operating states. Driver unit 27 which likewise may be a relay or its equivalent, operates the switch SW1 to the position energizing the ringing circuit 14. A timer is set and when two seconds elapses, unit 27 is deenergized causing the off-hook signal to be generated by current generator circuit 12 through the release of the operating button. When printing or scanning is complete, the tone receiver unit is reset. A simplified flow diagram of the aforementioned operation is shown in FIG. 1a.

The circuitry of the present invention is highly simplified in design and provides effective communication between the PC and local facsimile machine enabling the local facsimile machine to provide the dual functions of operating independently for transmission or reception to remote facsimile machines as well as functioning as a scanner or printer with a local PC. The circuitry of the present invention provides all the necessary signal conditions which lead the PC and local facsimile machine to believe that they are communicating with one another over a telephone line. The facsimile machine, although operating in its normal fashion, functions very effectively as a scanner or printer and when needed and provides a scanning or printing capability at a mere fraction of the cost of conventional scanners or printers.

Simple switching of SW2 returns the PC and facsimile machine to normal use.

The novel ring circuit provides the required ring signal which is conventional in present-day facsimile transmission application through the employment of an inexpensive, low voltage, DC battery or 9V power source and, through the operation of two switches incorporated in the novel interface circuitry of the present invention, followed by operation of the facsimile start switch, provides an interface circuit which

US 8,294,915 B2

9

is extremely easy to use and which eliminates the need for more complicated and expensive microprocessor-based devices.

A latitude of modification, change and substitution is intended in the foregoing disclosure, and in some instances, some features of the invention will be employed without a corresponding use of other features. Accordingly, it is appropriate that the appended claims be construed broadly and in a manner consistent with the spirit and scope of the invention herein described.

What is claimed:

1. A method of printing in a facsimile machine when the facsimile machine is connected to a computer by a bi-directional direct passive link, comprising:

providing a digital serial communications port in the facsimile machine;

receiving an instruction at the digital serial communications port from the computer to place the facsimile machine into a print mode, the instruction being received using a standard protocol of the facsimile machine;

receiving digital image data at the digital serial communications port from the computer via the bi-directional direct passive link, the digital image data being transmitted in a standard facsimile machine format and being representative of content to be printed onto media by the facsimile machine; and

processing the digital image data substantially as it is received at the digital serial communications port to print the content onto the media at the facsimile machine.

2. The method of claim 1, further comprising interfacing the facsimile machine with telephone lines when the facsimile machine is in a normal mode of operation to send and receive facsimile communications.

3. The method of claim 2, wherein the interfacing is performed through RJ-11 telephone cables.

4. The method of claim 2, further comprising operating the facsimile machine in the normal mode of operation while performing of the printing of digital image data received at the digital serial communications port.

5. The method of claim 1, wherein the receiving the instruction at the digital serial communications port from the computer further comprises receiving the instruction from send/receive driver software.

6. The method of claim 5, wherein the receiving digital image data at the digital serial communications port further comprises receiving the digital image data from the send/receive driver software.

10

7. The method of claim 1, further comprising processing the digital image data at a print driver of the facsimile machine substantially as it is received at the digital serial communications port.

8. The method of claim 1, further comprising initiating the printing at the facsimile machine.

9. A method of scanning in a facsimile machine when the facsimile machine is connected to a computer by a bi-directional direct passive link, comprising:

providing a digital serial communications port in the facsimile machine;

receiving an instruction at the digital serial communications port from the computer to place the facsimile machine into a scanning mode, the instruction being received using a standard protocol of the facsimile machine;

scanning content from media provided within the facsimile machine to create digital image data representative of the content; and

providing the digital image data substantially as it is created to the digital serial communications port for communication to the computer via the bi-directional direct passive link, the digital image data being transmitted in a standard facsimile machine format.

10. The method of claim 9, further comprising interfacing the facsimile machine with telephone lines when the facsimile machine is in a normal mode of operation to send and receive facsimile communications.

11. The method of claim 10, wherein the interfacing is performed through RJ-11 telephone cables.

12. The method of claim 10, further comprising operating the facsimile machine in the normal mode of operation while performing the scanning of content to create the digital image data provided to the digital serial communications port.

13. The method of claim 9, wherein the receiving the instruction at the digital serial communications port from the computer further comprises receiving the instruction from send/receive driver software.

14. The method of claim 13, wherein the providing the digital image data to the digital serial communications port further comprises communicating the digital image data to the send/receive driver software.

15. The method of claim 9, further comprising initiating the scanning at the facsimile machine.

*   *   *   *   *

US008294915C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10082nd)

# United States Patent
Nachman

(10) **Number:** US 8,294,915 C1
(45) **Certificate Issued:** Mar. 21, 2014

(54) **INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE MACHINE COUPLED TO A PC AS A SCANNER OR PRINTER**

(76) Inventors: **Bruce G. Nachman**, Villanova, PA (US);
**Marvin J. Nachman**, legal representative, Villanova, PA (US)

**Reexamination Request:**
No. 90/012,818, Mar. 22, 2013

**Reexamination Certificate for:**
Patent No.: 8,294,915
Issued: Oct. 23, 2012
Appl. No.: 13/317,310
Filed: Oct. 14, 2011

**Related U.S. Application Data**

(60) Continuation of application No. 12/322,908, filed on Feb. 9, 2009, now Pat. No. 8,040,574, which is a continuation of application No. 11/084,297, filed on Mar. 19, 2005, now Pat. No. 7,489,423, which is a division of application No. 08/669,056, filed on Jun. 24, 1996, now Pat. No. 6,894,811, which is a continuation-in-part of application No. 08/226,278, filed on Apr. 11, 1994, now Pat. No. 5,530,558.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 3/12* | (2006.01) |
| *H04N 1/32* | (2006.01) |
| *H04N 1/04* | (2006.01) |

(52) **U.S. Cl.**
USPC .......... **358/1.13**; 358/1.15; 358/442; 358/468; 358/474; 358/296; 379/100.01

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,818, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Mark Sager

(57) **ABSTRACT**

Printing and scanning methods using a facsimile machine communicating with a computer over a bi-directional direct passive link connected between digital communication ports of the computer and facsimile machine Upon receipt of an instruction at the facsimile machine, the printing method includes receiving digital image data from the computer via the bi-directional direct passive link. The digital image data is processed substantially as it is received at the facsimile machine and printed onto media. Upon receipt of an instruction at the facsimile machine, the scanning method includes scanning content from media provided within the facsimile machine to create digital image data digital image data representative of the content, and providing the digital image data substantially as it is created to the computer via the bi-directional direct passive link. The instructions and digital image data are transmitted in a standard facsimile machine format using standard facsimile machine protocols.



US 8,294,915 C1

| 1 | 2 |

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 5 and 13 are cancelled.

Claims 1, 6, 9 and 14 are determined to be patentable as amended.

Claims 2-4, 7-8, 10-12 and 15, dependent on an amended claim, are determined to be patentable.

1. A method of printing in a facsimile machine when the facsimile machine is connected to a computer by a bi-directional direct passive link, comprising:

providing a digital serial communications port in the facsimile machine;

receiving an instruction at the digital serial communications port from the computer to place the facsimile machine into a print mode, the instruction being received using a standard protocol of the facsimile machine; receiving digital image data at the digital serial communications port from the computer via the bi-directional direct passive link, the digital image data being transmitted in a standard facsimile machine format and being representative of content to be printed onto media by the facsimile machine; and

processing the digital image data substantially as it is received at the digital serial communications port to print the content onto the media at the facsimile machine,

*wherein the receiving the instruction at the digital serial communications port from the computer further comprises receiving the instruction from generic send/receive driver communications software.*

6. The method of claim **[5]** *1,* wherein the receiving digital image data at the digital serial communications port further comprises receiving the digital image data from the send/receive driver software.

9. A method of scanning in a facsimile machine when the facsimile machine is connected to a computer by a bi-directional direct passive link, comprising:

providing a digital serial communications port in the facsimile machine;

receiving an instruction at the digital serial communications port from the computer to place the facsimile machine into a scanning mode, the instruction being received using a standard protocol of the facsimile machine; scanning content from media provided within the facsimile machine to create digital image data representative of the content; and

providing the digital image data substantially as it is created to the digital serial communications port for communication to the computer via the bi-directional direct passive link, the digital image data being transmitted in a standard facsimile machine format,

*wherein the receiving the instruction at the digital serial communications port from the computer further comprises receiving the instruction from generic send/receive driver communications software.*

14. The method of claim **[13]** *9,* wherein the providing the digital image data to the digital serial communications port further comprises communicating the digital image data to the send/receive driver software.

* * * * *