## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> OKI DATA AMERICAS, INC., § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 18-463-LPS-CJB |

### [PROPOSED] ORDER DENYING DEFENDANT OKI DATA AMERICAS, INC.'S MOTION FOR SUMMARY JUDGMENT OF LIMITATION ON PRE-ISSUANCE DAMAGES AND ABSOLUTE INTERVENING RIGHTS

ON THIS _____ day of _____, 2018, having considered Defendant Oki Data Americas, Inc.'s Motion for Summary Judgment of Limitation on Pre-Issuance Damages and Absolute Intervening Rights and Plaintiff Infinity Computer Products, Inc.'s Response in Opposition, it is hereby ORDERED that the Motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE