# Exhibit K

V. Stove
9-8-94

PATENT APPLICATION SERIAL NO. 08/226278

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090 BA 04/29/94 08226278                    1 201      484.00 CK INFINITY 3-0

BF11012  05/16/94  08226278          23-0815  110 201        77.00CH  INFINITY3.0-

PTO-1556
(5/87)

08/226278



PATENT, TRADEMARK AND
COPYRIGHT CAUSES

LOUIS WEINSTEIN, P.C.*
LISA B. SCHER**

* MEMBER PA, NJ & NY BARS
** MEMBER PA & DC BARS

LAW OFFICES

**Weinstein, Scher & Kimmelman**

SUITE 510 EAST
THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PENNSYLVANIA 19106
———
(215) 928-4730

NELSON E. KIMMELMAN
(1922-1966)

TELECOPIER:(215) 928-4736

EXPRESS MAIL NO.  TB482780859US
MAILED:  April 11, 1994

I hereby certify that this correspondence is being deposited with the United States Postal Service as EXPRESS MAIL in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on:

*April 11, 1994*
Date of Deposit

*Elaine Wood*
Signature

Hon. Commissioner of Patents and Trademarks
Washington, D.C.  20231
BOX PATENT APPLICATION

FILE NO.     :  INFINITY 3.0-001
INVENTOR(S)  :  BRUCE NACHMAN
TITLE        :  INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE
                COUPLED TO A PC AS A SCANNER OR PRINTER

Dear Sir:

Enclosed herewith please find the following documents in the above-identified application for Letters Patent of the United States:

| | |
|---|---|
| 1 | Page of Abstract |
| 15 | Pages of Specification |
| 25 | Number of Claims |
| 7 | Sheets of Drawings (Formal) |
| YES | Declaration, Power of Attorney, and Petition |
| YES | Verified Statement Claiming Small Entity Status |
| NO | Assignment for Recording (attached to transmittal letter) |
| YES | One (1) Return-Addressed Postcard |
| YES | Preliminary Amendment |
| NO | Request for Permission to Amend the Figures |
| NO | Information Disclosure Statement |

Check No. _____ in the amount of $ 484.00  calculated as follows:

Basic Fee  ($355/$710)..................................$ 355.00
Additional Fees:
    Total Number of Claims: 25
    Total Number of Claims in Excess of 20, 5  x ($11/$22)..   55.00

    Number of Independent Claims: 5
    Number of Independent Claims Minus 3, 2  x ($37/$74)..   74.00

    Assignment Recording Fee ($40.00)......................   .00
    Multiple Dependent Claims ($115/$230)...................   .00
                                                           _____

        TOTAL FILING AND ASSIGNMENT RECORDING FEES   $ 484.00

LAW OFFICES

Weinstein Scher & Kimmelman

PAGE 2                              FILE NO.:  INFINITY 3.0-001


        The Commissioner is hereby authorized to charge any fees
which may be required, or any deficiencies that may arise in
connection with this application or to credit any overpayments which
may be owed to Applicant, to our Deposit Account No. 23-0815.


        Should any questions arise as to fees or deficiencies, as
well as to any other matters concerning this application, please
communicate with our Washington associate, Morton J. Rosenberg, Esq.,
Telephone:  301-465-6678.


                        Respectfully submitted,

                        WEINSTEIN, SCHER & KIMMELMAN


                        By _____
                           Louis Weinstein
                           Registration No. 20,477
                           The Curtis Center
                           One Independence Square West
                           601 Walnut Street
                           Suite 510 East
                           Philadelphia, PA  19106
                           Phone:  215-928-4730

LW/cw
Enclosures

LAW OFFICES

## Weinstein, Scher & Kimmelman
SUITE 510 EAST
THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PENNSYLVANIA 19106
———
(215) 928-4730

PATENT, TRADEMARK AND
COPYRIGHT CAUSES

LOUIS WEINSTEIN, P.C.*
LISA B. SCHER**

* MEMBER PA, NJ & NY BARS
** MEMBER PA & DC BARS

NELSON E. KIMMELMAN
(1922-1988)

TELECOPIER: (215) 928-4736

EXPRESS MAIL NO.  TB482780859US
MAILED:  April 11, 1994

I hereby certify that this correspondence is being deposited with the United States Postal Service as EXPRESS MAIL In an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on:

*April 11, 1994*
Date of Deposit

*Claire Wood*
Signature

Hon. Commissioner of Patents and Trademarks
Washington, D.C.  20231
BOX PATENT APPLICATION

| | | |
|---|---|---|
| FILE NO. | : | INFINITY 3.0-001 |
| INVENTOR(S) | : | BRUCE NACHMAN |
| TITLE | : | INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER |

Dear Sir:

Enclosed herewith please find the following documents in the above-identified application for Letters Patent of the United States:

____1____ Page of Abstract
___15___ Pages of Specification
___25___ Number of Claims
____7____ Sheets of Drawings (Formal)
__YES__ Declaration, Power of Attorney, and Petition
__YES__ Verified Statement Claiming Small Entity Status
___NO___ Assignment for Recording (attached to transmittal letter)
__YES__ One (1) Return-Addressed Postcard
__YES__ Preliminary Amendment
___NO___ Request for Permission to Amend the Figures
___NO___ Information Disclosure Statement

Check No. _____ in the amount of $__484.00__ calculated as follows:

Basic Fee  ($355/$710).....................................$ 355.00
Additional Fees:
     Total Number of Claims: ___25___
     Total Number of Claims in Excess of 20, _5_ x ($11/$22)..   55.00

     Number of Independent Claims: ___5___
     Number of Independent Claims Minus 3, _2_ x ($37/$74)..   74.00

     Assignment Recording Fee ($40.00).......................   .00
     Multiple Dependent Claims ($115/$230)..................   .00
                                                          ————————

          TOTAL FILING AND ASSIGNMENT RECORDING FEES   $ 484.00





184 - 20) - A
00/226278

- 1 -

(Infinity 3.0-001)

## INTERFACE CIRCUIT FOR UTILIZING A
## FACSIMILE COUPLED TO A PC AS A SCANNER

### FIELD OF THE INVENTION

5          The present invention relates to
interfacing a facsimile with a PC and more
particularly to an interface circuit of highly
simplified design and including a novel ringing
circuit capable of generating a sine wave of a given
10   amplitude and frequency from a small, portable DC
battery or 9V DC power supply.


### BACKGROUND OF THE INVENTION

          As is well known in the art, a
conventional facsimile scans documents and transmits
15   the scanned information through a modem in a
standard facsimile format to a remote facsimile
which receives the transmitted data by a modem and
converts the transmitted data into a form for
printing a document which is a replica of the
20   document scanned by the transmitting facsimile.
          Scanning and printing devices especially
adapted for use with PCs (i.e. personal computers)
are relatively expensive devices typically costing
many hundreds of dollars to as much as several
25   thousands of dollars for applications requiring
character recognition capabilities.

- 2 -

It has been recognized that conventional facsimile machines may be utilized as scanners or printers for PCs.  However, the interface devices presently available are both complicated and expensive and typically require a microprocessor which further tends to increase both cost and circuit complexity. .

### OBJECT OF THE INVENTION

It is, therefore, a principal object of the present invention to provide a circuit for interfacing a PC and a facsimile to enable the facsimile to be utilized as a scanner or a printer for a PC and to accomplish all of the objectives of a scanner or a printer in a simple straightforward manner through the use of a circuit of highly simplified design and low cost.

### BRIEF DESCRIPTION OF THE INVENTION

The present invention achieves all of the above as well as other objectives through apparatus which is characterized by comprising first switch means capable of selectively coupling a PC modem and a facsimile modem to independent telephone lines when in a non-scanning/printing mode and for decoupling the PC and facsimile modems from the telephone lines and coupling these modems to one another when placed in a scanning/printing mode.

Second manually operable switch means activates a novel ringing circuit which generates a sine wave of appropriate amplitude and frequency and

- 3 -

applies this ringing circuit to the PC modem, when
used as a scanner or to the facsimile when being
used as a printer, causing the PC or facsimile
machine to respond to the simulated transmit
5      request.

  Release of the circuitry operating button
causes the interface circuitry to apply an off-hook
condition to the facsimile.  Document scanning or
printing is initiated by pressing the facsimile
10     start button or the start button provided as part of
the PC or by a program step integrated into the PC
as part of a print mode (selecting the facsimile as
the output device for printing).  Transmitted data
may be directly stored in a PC memory.  Documents
15     incorporating alphanumeric data may be converted by
a software program incorporated into the PC.

  The ring generating circuit responsive to
pressing of the operating button generates a
transmit request signal by converting the low
20     voltage from a DC source into a 20 cycle sine wave
of 90 volt amplitude through the employment of a
pulse generating circuit coupled to phase delay
means and applying phase delayed and undelayed
pulses to a transistorized switching circuit for
25     selectively applying positive DC voltage to opposing
inputs of a step-up transformer which applies a
boosted sinusoidal ring signal to the PC modem, the
ring generating circuit generating a ringing signal
of the appropriate amplitude and frequency in a
30     highly simplified and inexpensive manner.  Since
operation of the ringing circuit is completed in
less than two seconds.  A battery, if used, will
have an extremely long operating life.
Alternatively, if a 9V DC power source is used the
35     battery is not required at all.

- 4 -

The simple, straightforward operation of only three switches eliminates the need for complicated, expensive and typically microprocessor-based circuitry.

5    **BRIEF DESCRIPTION OF THE FIGURES**

The above, as well as other objects of the present invention, will become apparent upon reading the accompanying description and drawings in which:

10   Fig. 1 is a circuit diagram of the interface circuitry of the present invention which enables a PC to utilize a conventional facsimile as a sophisticated scanner or printer.

Fig. 1a is a flow diagram of the circuitry of Fig. 1 employing the microprocessor-based tone

15   detecting circuit of Fig. 1.

Figs. 2a-2e show simplified block diagrams of various system arrangements employing the circuitry of the present invention.

**DETAILED DESCRIPTION OF THE INVENTION**

20   **AND PREFERRED EMBODIMENTS THEREOF**

Fig. 1 shows an interface circuit 10 embodying the principles of the present invention and being comprised of a switch assembly SW2 which is a four-pole double-throw switch having four

25   movable switch arms SW2-2, SW2-5, SW2-8, and SW2-11, each cooperating with a pair of stationary contacts, as shown.   For example, and for simplicity, note that switch arms SW2-2 is switchable between stationary contacts SW2-1 and SW2-3.

- 5 -

Movable switch arms SW2-2, SW2-5, SW2-8 and SW2-11 are all ganged to operate in unison as shown by common operating button B2 coupled to the switch arms through a linkage arm LA2 shown in schematic fashion as a dotted line.  The switch is designed so that the switch arms are retained in the positions to which they are moved.

The switch arms are arranged in pairs, switch arms SW2-2 and SW2-5 selectively coupling a modem of a PC (not shown for purposes of simplicity) to either a first telephone line #1 through jumper JP3 or directly to a local facsimile machine (not shown for purposes of simplicity) through a jumper terminal JP2.

In a similar fashion, a pair of switch arms SW2-8 and SW2-11 selectively couple the local facsimile machine through jumper JP2 to either a separate telephone line #2 (through jumper JP4) or to the modem of the PC.

A double-pole single-throw switch SW3 is provided to couple either the local facsimile machine or the PC modem to a single telephone line or alternatively, disconnects the PC modem and facsimile machine from the common telephone line. For example, in applications where both the local facsimile and the PC each have an independent, dedicated telephone line, switch SW3 remains open. In applications where only a single telephone line is provided, both PC and the local facsimile may share the single telephone line by gaining access thereto in a staggered manner.

Switch SW1 which is a three-pole, double-throw switch, comprises three movable switch arms SW1-1, SW1-4 and SW1-7, each movable switch arm cooperating with a pair of stationary switch arms.

- 6 -

Movable switch arm SW1-1 selectively couples the output terminal of the secondary winding W2 of a step-up transformer TR1 either to stationary terminal SW1-2, which isolates the output of the transformer TR1 from the operating circuitry, or stationary contact SW1-3 which couples the secondary winding W2 of transformer TR1 through movable switch arm SW1-7 and stationary contact SW1-9 simultaneously to stationary contacts SW2-6 and SW2-12 of four-pole double-throw switch SW2 for simultaneous connection to the PC modem and the local facsimile, when switch arms SW2-5 and SW2-11 respectively engage stationary contacts SW2-6 and SW2-12.

Movable switch arm SW1-4 selectively couples a small nine volt (9V) DC source (through jumper J5) to either stationary switch arm SW1-5 for coupling nine volt (9V) DC to a current generator circuit 12 or alternatively coupling nine volt (9V) DC to stationary terminal SW1-6 which in turn provides DC power to the nine volt (9V) ring generator circuit arranged within the dotted region as shown.

Current generator circuit 12 is comprised of resistors R1, R2 and R5, transistors Q1 and Q6, diode D2 and LED-type diode D3 which are connected in the manner shown to provide a constant current which simulates an off-hook signal, utilized in the manner to be more fully described hereinbelow. Resistor R2 serves as a current limiting resistor. LED D3 lights to denote operation of the constant current generator.

Ring generator circuit 14, which is utilized to generate a 20 Hz sine wave of a 90 volt amplitude, comprises a 555-type timing circuit 16



- 7 -

which, when activated by a nine volt DC input, applied to timer 16 through terminal VCC and resistor R13, provides a pulse train of equal width, positive-going pulses at a pulse rate of approximately 20 Hz at its output 16a.

The pulse train generated by the 555 timer 16 is simultaneously applied to the input of inverter U1A whose output is simultaneously coupled to the base electrodes of transistors Q2 and Q4, through resistor R6 and through inverter U1B and resistor R9.

The pulse train, as was set forth hereinabove, is simultaneously coupled to the -T input of a one-shot multivibrator operating as a phase delay circuit and whose Q output is coupled to the input of inverter U1E. The Q output of one-shot multivibrator U2A provides a phase delayed pulse which is coupled through the output of inverter U1E simultaneously to the base of transistor Q5 through resistor R8 and to the base of transistor Q3 through inverter U1F and resistor R7. Transistors Q2-Q5 and resistors R6-R9, together with resistor R10, form a full bridge switching circuit which is powered by the nine volt (9V) DC source applied to the terminal VCC to provide drive current sufficient to drive transformer TR1 to generate a sine wave output. The pair of primary windings, W1 and W2 are coupled in parallel and the windings are arranged to provide a step-up transformer to magnify the input voltage preferably by ten to one (10:1), generating the desired output voltage which, in the present application, is a 20 Hz output of 90 volt amplitude with 15 mils of current from a nine volt (9V) DC, 150 mils current source. If desired, the frequency, amplitude and current of the circuit can be changed

- 8 -

by selecting different component values for the
passive elements.   The component values chosen in
the present invention have been selected to generate
a signal which reproduces a standard bell ring
signal employed in a conventional transmission
between remote facsimile machines.   The branch
circuits BC1 and BC2 of the bridge circuit are
alternately rendered conductive to alternately apply
a positive voltage to opposing inputs of the input
winding W1 for generating a sine wave from the
positive-going pulses produced by timer circuit 16.
The two input windings are coupled in parallel as
are the output windings.

         The bell ring signal is selectively
supplied through movable switch arm SW1-1 of the
three-pole, double-throw switch SW1 described
hereinabove.

         The operation of the interface circuit of
the present invention is as follows:

         Assuming that the local facsimile is
desired to be operated in combination with the PC
and to function as a scanner, the switch SW2 is
moved from the normal position, in which the movable
switch arms are shown in solid line fashion, to the
dotted line position, simultaneously disconnecting
the PC modem and the local facsimile from the
telephone lines and directly connecting the PC
receive line, PCR1 to ground and the PC transmit
line PCT1 directly to stationary contact SW1-3.   The
local facsimile transmit line FXT2 is directly
connected to ground and the facsimile receive line
FXR2 is connected in common with line PCT1 to
stationary contact SW1-3 of switch SW1.   Switch SW3
may be either in the open or the closed position
when switch SW2 is moved to the scan mode.

- 9 -

Switch SW1 is *then* operated by pressing button B1 which is ganged to the movable switch arms SW1-1, SW1-4 and SW1-7 by a common linkage arm represented schematically by dotted line LA1. A biasing member or spring SWP1 normally biases the movable switch arms to the solid line position shown in Figure. By depressing switch button B1, the switch arms SW1-1, SW1-4 and SW1-7 are simultaneously moved to the dotted line positions shown in ~~the~~ Figure. Button B1 is maintained in the depressed position for a period preferably between one and two seconds. In the dotted line position, the nine volt (9V) DC source is coupled through *jumper JP5 and* switch arm SW1-4 to the VCC terminals of ring generator circuit 14, producing a 20 Hz sine wave of 90 volt amplitude and a current of 15 mils, *at the secondary winding W2* which is applied to the PC ~~receive~~ line PCR1, simulating what the PC believes is a request by a "remote" facsimile to transmit data thereto. The PC, which may be any type of computer (including but not limited to an Apple Macintosh, IBM PC, PCAT or PCXT) *and* is provided with either an internal or external group III facsimile interface board, *and* shifts to a receive mode for receiving what appears to the PC to be a facsimile transmission from a "remote" facsimile machine.

After holding the button B1 depressed for a time which need not exceed approximately two seconds, button B1 is released, causing the nine volt (9V) DC source to be coupled to input 12a of current generator circuit 12, which circuit applies the constant current to the facsimile receive line FXR2 to create what appears to the facsimile machine to be an off-hook condition. Simultaneously therewith, LED D3 lights indicating that the current generator circuit is presently in operation.

- 10 -

The local facsimile machine recognizes the constant current as representative of an off-hook condition preparing the local facsimile machine for transmission.

5      Thereafter, the conventional start button of the facsimile machine (not shown for purposes of simplicity) is pressed to start communication of the data scanned by the local facsimile machine from a document (or documents) placed within the facsimile

10     machine document input (also not shown for purposes of simplicity).

The facsimile machine may be either a group I, group II, or group III machine, although optimum document resolution can be obtained through

15     the use of a group III facsimile machine.

The conventional PC can store the transmitted data in its memory as a "picture" the resolution of the picture being 200 by 100 pixels for old facsimile machines, 200 by 200 pixels for

20     standard facsimile machines and 400 by 400 pixels for new facsimile machines.   Alternatively, a conventional OCR software package such as, for example, a CAERE OCR ↑may be employed program available from Bitsoftware. ↓Many alternative OCR software packages

25     may be utilized to convert the "picture" transmitted by the facsimile machine to binary character form for word processing use or the like.

Operation of the facsimile machine in combination with the PC wherein the facsimile

30     machine operates as a printer is as follows:

The ring generating circuit is not required to be operated in this mode and in applications where a facsimile machine is interfaced with a PC for use only as a printer, the ring

- 11 -

generating circuit and the cooperating spring bias
switch may be eliminated.

Switch SW2 shown in Fig. 1 is moved from
the solid line to the dotted line position
decoupling the PC and facsimile machine from the
telephone lines and coupling the PC and facsimile
machine together.

Switch SW1 is operated to power the
current generator circuit 12 causing both the PC and
the facsimile machine to see an off-hook condition.

The computer PC is operated either by
providing a switch such as a push button switch (not
shown for purposes of simplicity) to enter into a
standard protocol with the facsimile machine and
thereafter to transmit information in standard
facsimile machine format.  The facsimile machine
senses that it is communicating with a remote
facsimile machine and creates a document "in pixel" form
accordance with the data received from the PC.  The
PC may be provided with a standard program having a
print mode in which the facsimile machine is
identified in the printing routine as the specific
output device being utilized during such a print
mode.  Upon completion of printing mode, switch SW2
may be returned to the solid line position
decoupling the PC from the facsimile machine and
recoupling the PC and facsimile modems to their
associated telephone lines.

Figs. 2a-2e show various arrangements in
which the present invention may be utilized.

Noting, for example, Fig. 2a, the
circuitry 10 of the present invention is coupled
between a standard facsimile machine 30, a PC-type
computer 40 having a facsimile modem circuitry 41
and central office telephone lines 50 and 51.  In

- 12 -

the arrangement shown in Fig. 2a, the facsimile modem circuitry may be either internal or external to the PC-type computer 40.

5      Fig. 2b shows another alternative embodiment in which the circuitry of the present invention is incorporated into the PC-type computer and may be arranged on its own printed wiring board or on a printed wiring board which is common to the circuitry 10 of the present invention and the 10    facsimile modem circuitry 41. The arrangement of Fig. 2b is otherwise the same as that shown in Fig. 2a. The circuit 10 shown in Fig. 2b is provided with three RJ-11 telephone cable connections for respective connection with the facsimile machine 30 15    and telephone lines 50 and 51. If only one additional telephone cable is provided, the standard facsimile machine 40 and the internal facsimile modem 41 may share that cable.

     Fig. 2c shows another alternative 20    arrangement in which the circuitry 10 of the present invention is integrated into the standard facsimile machine 30. The operation of the arrangement of Fig. 2c is otherwise similar to those shown in Figs. 2a and 2b.

25      Fig. 2d shows an arrangement in which the circuitry 10 of the present invention is mounted upon its own printed wiring board and is arranged within the PC-type computer 40 and is electrically connected to the internal facsimile modem 41 by an 30    external RJ-11 cable as shown. The operation is otherwise the same as the embodiments of Figs. 2a-2c described hereinabove.

     The circuitry 10 of the present invention may alternatively be placed upon a printed circuit 35    card of approximately a credit card size for

13

- 13 -

insertion in a bus slot provided in present-day PCs enabling the circuit on the printed circuit card, inserted into a slot provided along the exterior of the PC, to be coupled to a PCMCIA bus which is an

5  additional bus that may be addressed by the PC.

Fig. 2e shows still another arrangement in which the PC-type computer 40 is coupled to external facsimile modem circuitry 41, for example, through an RS-232 cable.  The facsimile machine interfaces

10  to the external facsimile modem 41 through circuitry 10 by way of an RJ-11 telephone cable.  When in the normal mode of operation, circuitry 10 interfaces central office telephone lines 50 and 51 through the RJ-11 telephone cables as shown.  Cable 50 may be

15  employed for standard facsimile machine telephone communications while telephone line 51 is used for the external facsimile modem circuitry.  If only one central office telephone line is available, line 50 may be shared in the manner previously described.

20  To further automate the operation of the present invention, the circuitry 10 of Fig. 1 may be provided with device 25 which includes an automatic tone detector circuit for receiving a unique number dialed by either the facsimile machine or the PC

25  modem.  Upon recognition of the unique number, the tone receiver operates a driver circuit 26 for operating switch SW2 to decouple the PC and the facsimile machine from their associated telephone lines and for connecting the PC to the facsimile

30  machine.  Driver circuit 26 may be a relay or its equivalent for operating an armature (not shown) to move the switch arms between their two operating states.  Driver unit 27 which likewise may be a relay or its equivalent, operates the switch SW1 to

35  the position energizing the ringing circuit 14.  A

- 14 -

timer is set and when two seconds elapses, unit 27
is deenergized causing the off-hook signal to be
generated by current generator circuit 12 through
the release of the operating button.  When printing
5    or scanning is complete, the tone receiver unit is
reset.    A   simplified   flow   diagram   of   the
aforementioned operation is shown in Fig. 1a.

The circuitry of the present invention is
highly simplified in design and provides effective
10   communication between the PC and local facsimile
machine enabling the local facsimile machine to
provide    the    dual    functions    of    operating
independently for transmission or reception to
remote facsimile machines as well as functioning as
15   a scanner or printer with a local PC.  The circuitry
of the present invention provides all the necessary
signal conditions which lead the PC and local
facsimile   machine   to   believe   that   they   are
communicating with one another over a telephone
20   line.  The facsimile machine, although operating in
its normal fashion, functions very effectively as a
scanner or printer as and when needed and provides
a scanning or printing capability at a mere fraction
of the cost of conventional scanners or printers.
25   Simple switching of SW2 returns the PC and
facsimile machine to normal use.

The   novel   ring   circuit   provides   the
required   ring   signal   which   is   conventional   in
present-day   facsimile   transmission   application
30   through   the   employment   of   an   inexpensive,   low
voltage, DC battery or 9V power source and, through
the operation of two switches incorporated in the
novel interface circuitry of the present invention,
followed by operation of the facsimile start switch,
35   provides   an   interface   circuit   which   is   extremely

15

- 15 -

easy to use and which eliminates the need for more
complicated and expensive microprocessor-based
devices.

5          A latitude of modification, change and
substitution is intended in the foregoing
disclosure, and in some instances, some features of
the invention will be employed without a
corresponding use of other features. Accordingly,
10    it is appropriate that the appended claims be
construed broadly and in a manner consistent with
the spirit and scope of the invention herein
described.

16

- 16 -

(Infinity 3.0-001)

**WHAT IS CLAIMED IS:**

1.  Means for interfacing a facsimile machine with a personal computer, comprising:

first switch means having a normal mode position for electrically isolating the facsimile machine from the computer and a scan/print mode position for electrically connecting the facsimile machine to the computer;

second switch means normally biased to a first switch position and having a manually operable switch member for moving said second switch means against said bias to a second position;

a small, low voltage DC source;

current generator means having an input and an output coupled to said facsimile machine;

ring generating means for generating a sinusoidal ring signal of a predetermined frequency and amplitude when coupled to said DC source; and

said second switch means including means for coupling said DC source to said ring generating means and for coupling the ring signal of said ring generating means to said computer when said manually operable switch member is moved to said second position and for decoupling said DC source from said ring generating means and decoupling the ring generating means from said computer and for coupling said DC source to said current generating means responsive to return of said second switch means to said first position, upon release of said manually operable switch member;

- 17 -

(Claim 1 continued)

whereby the output of said ring generating means causes said computer to enter a scanning or print mode and subsequent application of said constant current to said facsimile machine simulates an off-hook condition enabling the facsimile machine to transmit data presented in a document scanned by the facsimile machine to said computer or to transmit data present in a document from said computer to be printed by the facsimile machine.

2. The interface means of claim 1 wherein said ring generating means further comprises:

means responsive to said low voltage DC source for generating an adjustably selectable output signal of a given frequency;

phase delay means for delaying said given frequency output signal;

step-up transformer means having primary and secondary transformer windings;

said secondary transformer winding being selectively coupled to said computer through said second switch means; and

bridge circuit means for alternately coupling said given frequency signal and said delayed given frequency signal to opposing inputs of said primary winding.

3. The interface means of claim 2 further comprising passive circuit element means for adjusting the output frequency of said adjustable pulse generating means.

- 18 -

4.  The interface means of claim 2 wherein said phase delay means comprises adjustable, one-shot multivibrator means.

5.  The interface means of claim 4 further comprising passive circuit elements for adjusting the phase delay magnitude of said phase delay means.

6.  The interface means of claim 2 wherein said bridge circuit means is comprised of first and second branch circuits;

first ends of said first and second branch circuits having a first end coupled in common to a current limiting resistor;

second ends of said first and second branch circuits being coupled in common to a ground potential;

each of said first and second branch circuits comprising first and second transistors connected in series, each having a control electrode;

each of said branch circuits being coupled to a respective input of said primary winding;

said given frequency pulse signal being coupled to a control electrode of a first transistor in said first branch circuit and being coupled to a control electrode of first transistor in said second branch circuit through inverter means; and

said delayed given frequency signal being coupled to the control electrode of the second transistor in said second branch circuit and being coupled to the control electrode of the second transistor in said first branch circuit through inverter means, whereby said first and second branch

- 19 -

(Claim 6 continued)

circuits are rendered conductive in an alternating
fashion and said step-up transformer means converts
said alternating pulses into a sinusoidal output
signal.

7.  The interface means of claim 2 wherein
said step-up transformer provides a ten to one
(10:1) ratio of output signal to input signal.

8.  The interface means of claim 2 wherein
said step-up transformer input winding comprises a
pair of windings coupled in parallel and said output
winding comprises a pair of windings coupled in
parallel.

9.  The interface means of claim 1 wherein
said ring generating means further comprises means
for generating positive-going pulses; and
        bridge circuit means and transformer means
cooperating to convert said positive-going pulses
into a substantially sinusoidal signal of a given
amplitude and frequency.

10.    The interface means of claim 1
wherein said current generator circuit comprises a
series circuit coupled between said first and second
switch means and includes semiconductor means and
current limiting means for generating a constant
current and light emitting means coupled in series
with said semiconductor means and being illuminated
when said second switch means is in said first
position.

11.   The interface means of claim 1 wherein said first switch means comprises a four-pole, double-throw switch assembly.

12.   The interface means of claim 1 wherein said second switch means comprises a three-pole, double-throw switch assembly.

13.   The interface means of claim 11 wherein said switch assembly further comprises four switch arms being ganged together to operate under the control of said operating member, and

biasing   means   normally   biasing   said operating member and said first, second and third movable switch arms to said first position.

14.   The interface means of claim 12 wherein said switch assembly further comprises three switch arms being ganged together to operate under the control of an operating member.

15.   Ring generating means comprising:

a low voltage DC source;

means responsive to said low voltage DC source for generating an adjustably selectable output signal of a given frequency;

phase delay means for delaying said given frequency output signal;

step-up transformer means having primary and secondary transformer windings;

said secondary transformer winding being selectively coupled to said computer through said second switch means; and

- 21 -

(Claim 15 continued)

        bridge circuit means for alternately
coupling said given frequency signal and said
delayed given frequency signal to opposing inputs of
said primary winding.

        16.   The interface means of claim 15
further comprising passive circuit element means for
adjusting the output frequency of said adjustable
pulse generating means.

        17.   The interface means of claim 15
wherein said phase delay means comprises adjustable,
one-shot multivibrator means.

        18.   The interface means of claim 15
wherein said bridge circuit means is comprised of
first and second branch circuits;

        first ends of said first and second branch
circuits having a first end coupled in common to a
current limiting resistor;

        second ends of said first and second
branch circuits being coupled in common to a ground
potential;

        each of said first and second branch
circuits comprising first and second transistors
connected in series, each having a control
electrode;

        each of said branch circuits being coupled
to a respective input of said primary winding;

- 22 -

(Claim 18 continued)

said given frequency pulse signal being
coupled to a control electrode of a first transistor
in said first branch circuit and being coupled to a
control electrode of first transistor in said second
branch circuit through inverter means; and

said delayed given frequency signal being
coupled to the control electrode of the second
transistor in said second branch circuit and being
coupled to the control electrode of the second
transistor in said first branch circuit through
inverter means, whereby said first and second branch
circuits are rendered conductive in an alternating
fashion and said step-up transformer means converts
said alternating pulses into a sinusoidal output
signal.

19.   The interface means of claim 15
wherein said step-up transformer provides a ten to
one (10:1) ratio of output signal to input signal.

20.   A method for interfacing a computer
with a facsimile machine, enabling use of the
facsimile machine as a scanner or printer,
comprising the steps of:

(a)   operating a first switch assembly
from a normal position electrically isolating the
computer from the facsimile machine to a scan/print
position coupling said computer to said facsimile
machine;

- 23 -

(Claim 20 continued)

(b) momentarily operating a second switch
assembly from a normally occupied first position to
a second position for activating a generating
circuit to generate a sinusoidal signal of a given
frequency and amplitude and applying said signal to
said computer to cause said computer to enter into
a scan mode for scanning or applying said signal to
the facsimile machine to enter into a print mode;

(c) releasing said second switch means
after a brief interval, preferably between one and
two seconds to remove said sinusoidal signal from
said computer and activating a constant current
generating circuit for generating a constant current
and applying said constant current to said facsimile
machine to simulate an off-hook condition; and

(d) operating a start button provided on
said facsimile machine to initiate a facsimile
transmission whereby said facsimile machine
transmits signals to said computer representative of
information on a document scanned by said facsimile
machine.

21. The method of claim 20 further
comprising the step of:

storing signals received by said computer
in memory means for subsequent use.

22. A method for interfacing a facsimile
machine with a computer to cause said facsimile
machine to operate as a scanning device, comprising
the steps of:

(a) coupling the facsimile machine to the
computer;

- 24 -

(Claim 22 continued)

(b)  generating a sine wave of a given frequency and amplitude representative of a standard facsimile machine call signal and applying said signal to said computer for a short given time interval, preferably between one and two seconds;

(c)  generating a constant current signal responsive to termination of said sinusoidal signal and applying said constant current signal to said facsimile machine to simulate an off-hook condition; and

(d)  operating a facsimile machine start button for initiating transmission of said facsimile machine for transmitting information to said computer representative of a document being scanned by said facsimile machine.

23.  The method of claim 22 further comprising the step of:

storing signals received by said computer in memory means for subsequent use.

24.  Means for interfacing a facsimile machine with a personal computer, comprising:

first switch means having a normal mode position for electrically isolating the facsimile machine from the computer and a print mode position for electrically connecting the facsimile machine to the computer;

second switch means normally having a first switch position and having a manually operable switch member for moving said second switch means to a second position;

- 25 -

(Claim 24 continued)

a small, low voltage DC source;

current generator means having an input and an output coupled to said facsimile machine; and

· said second switch means including means for coupling said DC source to said current generator when said manually operable switch member is moved to said second position;

whereby the output of said current generator means simulates an off-hook condition enabling the computer to transmit data from said computer for printing by the facsimile machine.

25. The interface means of claim 1 further comprising:

automatic tone detector circuit means for detecting a unique number dialed from either the facsimile machine or the PC modem to automatically activate first and second relay means;

said first relay means, when activated, operating said first switch means to said scan/print mode;

said second relay means, when activated, operating said second switch means to said second switch position;

timing means energized responsive to activation of said second relay means for generating a signal after a predetermined time interval, typically between one and two seconds; and

means for deactivating said second relay means responsive to timing out of said timing means whereby said second switch means returns to said first switch position.

- 26 -

26.   The interface means of claim 1 wherein said interface means is provided upon a circuit board arrangement positioned within said PC.

27.   The interface means of claim 26 wherein said circuit board arrangement includes a facsimile modem-type circuit card.

28.   The interface means of claim 1 being mounted upon a circuit board arrangement which is positioned within the facsimile machine.

29.   The interface means of claim 27 wherein said circuit board arrangement is a PC compatible printed circuit card.

30.   The interface means of claim 29 wherein said interface means is coupled to the facsimile machine by way of an RJ-11 telephone cable.

31.   The interface means of claim 1 being mounted upon a circuit board arrangement which is combined with standard circuitry of external facsimile modem interface means coupled to the computer by way of an RS-232 connecting means.

32.   The interface means of claim 1 wherein said interface means is provided upon a circuit board arrangement of standard PCMCIA card size for insertion into a card receiving slot in a PC for coupling the interface means to a PCMCIA bus provided in the PC.



(Infinity 3.0-001)

S.N. 08/226278

## ABSTRACT OF THE DISCLOSURE

      Apparatus for interfacing a conventional facsimile machine with a PC enabling the use of the facsimile machine as a scanner or printer. A first switch assembly selectively couples the PC modem and facsimile machine either to independent telephone lines in a normal mode or to one another in a scan/print mode. A manually operated switch assembly is depressed for a brief interval sufficient to activate a ringing circuit which converts DC power from a small battery source to a 20 Hz sine wave of 90 volt amplitude and applies the sine wave signal to the PC to cause the PC or facsimile to enter into a scan or print mode, respectively. The manually operable switch is then released to apply a constant current to the facsimile machine to simulate an off-hook condition. A facsimile machine start button is then operated to start the facsimile machine which scans documents provided therein and transmits the scanned data in a conventional facsimile transmission format or activate the PC to transmit a fax in conventional facsimile transmission format to utilize the facsimile machine as a printer. The PC may be equipped with a suitable software program for converting non-graphic, i.e. such as word-type information into a binary format suitable for use in word processing applications and may store the data in a memory for subsequent use. An automatic circuit (25) Automatic means may be provided to initiate a scanning or printing mode responsive to receipt of a unique number received from either the facsimile machine or the PC, thus eliminating the need for switches.

DOCKET:  INFINITY 3.0-001

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled *INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER*, the specification of which:

(check one)    __X__  is attached hereto.
               _____  was filed on _____
                      as App.Ser.No._____ _____
                      and was amended on_____
                        (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign                                      Priority
Application(s)                                      Claimed

| Number | Country | Day/Month/Year | Yes | No |
|--------|---------|----------------|-----|-----|
|        |         |                |     |     |

**Page 2**                              DOCKET:  INFINITY 3.0-001

I hereby claim the benefit under Title 35, United
States Code, $120 of any United States application(s)
listed below and, insofar as the subject matter of
each of the claims of this application is not
disclosed in the prior United States application in
the manner provided by the first paragraph of Title
35, United States Code, $112, I acknowledge the duty
to disclose material information as defined in Title
37, Code of Federal Regulations, §1.56(a) which
occurred between the filing date of the prior
application and the national or PCT international
filing date of the application:


| Application Serial Number | Filing Date | Status – (patented, pending, or abandoned) |
|---|---|---|
| | | |

I hereby appoint the following attorney(s) and/or
agent(s) to prosecute this application and to transact
all business in the Patent and Trademark Office
connected therewith:

    LOUIS WEINSTEIN, Reg. No. 20,477
    WEINSTEIN, SCHER & KIMMELMAN

Address all telephone calls to LOUIS WEINSTEIN at
telephone number: 215-928-4730.

Address all correspondence to:

    Louis Weinstein
    Weinstein, Scher & Kimmelman
    The Curtis Center
    One Independence Square West
    601 Walnut Street
    Suite 510 East
    Philadelphia, Pennsylvania 19106

**Page 3**                              DOCKET:   INFINITY 3.0-001

I hereby declare that all statements made herein of my
own knowledge are true and that all statements made on
information and belief are believed to be true; and
further that these statements were made with the
knowledge that willful false statements and the like
so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United
States Code and that such willful false statements may
jeopardize the validity of the application or any
patent issued thereon.


Full Name of Sole or
First Inventor: __BRUCE NACHMAN_____

Inventor's
Signature:_____    Date: _4/9/94___

Residence:___48 MAIN STREET_____
            __WAYNE, PENNSYLVANIA  19087____   PA

Citizenship:__UNITED STATES OF AMERICA_____

Post Office Address:____same as above_____

MAIL ROOM
APR
11
1994
PAT. & TRADEMARK OFF.

DOCKET:  INFINITY 3.0-001

APPLICANT OR PATENTEE: _____BRUCE NACHMAN_____
SERIAL NO. OR PATENT NO: _____
FILED OR ISSUED: _____
FOR: INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE
     COUPLED TO A PC AS A SCANNER

**VERIFIED STATEMENT (DECLARATION) CLAIMING
SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27(b))
INDEPENDENT INVENTOR**

As a below named inventor, I hereby declare that I
qualify as an independent inventor as defined in 37
CFR 1.9(c) for purposes of paying reduced fees under
Section 41(a) and (b) of Title 35, United States Code,
to the Patent and Trademark Office with regard to the
invention entitled *INTERFACE CIRCUIT FOR UTILIZING A
FACSIMILE COUPLED TO A PC AS A SCANNER* described in

   (X) the specification filed herewith
   ( ) application serial no._____,
                       filed_____
   ( ) patent no._____, issued_____

I have not assigned, granted, conveyed or licensed and
am under no obligation under contract or law to
assign, grant, convey or license, any rights in the
invention to any person who could not be classified as
an independent inventor under 37 CFR 1.9(c) if that
person had made the invention, or to any concern which
would not qualify as a small business concern under
37 CFR 1.9(d) or a nonprofit organization under 37 CFR
1.9(e).

Each person, concern or organization to which I have
assigned, granted, conveyed, or licensed or am under
an obligation under contract or law to assign, grant,
convey, or license any rights in the invention is
listed below:

   (X) no such person, concern or organization
   ( ) persons, concerns or organizations listed below*

*NOTE:  Separate verified statements are required from
each named person, concern or organization having
rights to the invention averring to their status as
small entities.  (37 CFR 1.27)

**Page 2**                    DOCKET:  INFINITY 3.0-001

FULL NAME: _____
ADDRESS: _____
( ) INDIVIDUAL  ( ) SMALL BUSINESS CONCERN
( ) NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or
patent, notification of any change in status resulting
in loss of entitlement to small entity status prior to
paying, or at the time of paying, the earliest of the
issue fee or any maintenance fee due after the date on
which  status  as  a  small  entity  is  no  longer
appropriate.  (37 CFR 1.28(b))

I hereby declare that all statements made herein of my
own knowledge are true and that all statements made on
information and belief are believed to be true; and
further that these statements were made with the
knowledge that willful false statements and the like
so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United
Stats Code, and that such willful false statements may
jeopardize the validity of the application, any patent
issuing thereon, or any patent to which this verified
statement is directed.


  BRUCE NACHMAN
NAME OF INVENTOR

SIGNATURE OF INVENTOR

  4/9/94
DATE

08/226278



FIG 1

7 FIGS

08/226278

Fig 2a











PC Type Computer

Internal Fax Modem / Present Invention Card  41

40

CKT. 10

Fax Modem Circuitry

Standard Fax Machine

30

RJ-11 Tel Cable

RJ-11 Tel Cable

RJ-11 Tel Cable

CO Tel 2

51

CO Tel 1

50

Fig 2b

08/226278



Fig 2c

08/226278



Fig 2d





Fig 2.C

External Fax Modem/
Present Invention Circuitry

CKT 10

40

PC Type Computer

RS-232 Cable

41

Fax Modem
Circuitry

30

Standard
Fax Machine

RJ-11 Tel Cable

RJ-11 Tel Cable

RJ-11 Tel Cable

50

CO Tel 1

51

CO Tel 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED



PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/226278

Fig 1a



PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/226278



PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/226278



Fig 2b

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/226278



PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/226278



Fig 2d

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/226278



Fig 2e

40

PC Type Computer

RS-232 Cable

External Fax Modem/
Present Invention Circuitry

41

CKT 10    Fax Modem
          Circuitry

RJ-11 Tel Cable

RJ-11 Tel Cable

51

CO Tel 2

30

Standard
Fax Machine

RJ-11 Tel Cable

50

CO Tel 1