# Exhibit A

Case 1:18-cv-00463-LPS   Document 125-1   Filed 09/05/18   Page 2 of 7 PageID #: 2184

# *AIPLA*

# 2017 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee



**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, Virginia 22202
www.aipla.org

Case 1:18-cv-00463-LPS   Document 125-1   Filed 09/05/18   Page 2 of 7 PageID #: 2184

## Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

**Litigation-Patent Infringement, All Varieties <$1M Initial case management (000s) by Type of Practice (Q36Aa)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 109 | 18 | 27 | 27 | 28 | 7 |
| Mean (Average) | $41 | $35 | $41 | $39 | $49 | $24 |
| 10th Percentile 10% | $10 | $10 | $5 | $10 | $15 | ISD |
| First Quartile 25% | $15 | $14 | $10 | $20 | $30 | $10 |
| Median (Midpoint) | $25 | $23 | $20 | $25 | $50 | $10 |
| Third Quartile 75% | $50 | $43 | $50 | $50 | $50 | $40 |
| 90th Percentile 90% | $100 | $103 | $150 | $100 | $100 | ISD |

**Litigation-Patent Infringement, All Varieties <$1M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q36Ab)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 104 | 18 | 28 | 25 | 27 | 5 |
| Mean (Average) | $306 | $233 | $285 | $289 | $418 | $168 |
| 10th Percentile 10% | $81 | $43 | $59 | $100 | $100 | ISD |
| First Quartile 25% | $150 | $120 | $105 | $213 | $250 | $70 |
| Median (Midpoint) | $250 | $200 | $238 | $250 | $400 | $150 |
| Third Quartile 75% | $400 | $325 | $438 | $380 | $500 | $275 |
| 90th Percentile 90% | $525 | $550 | $565 | $470 | $800 | ISD |

**Litigation-Patent Infringement, All Varieties <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q36Ac)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 101 | 16 | 26 | 26 | 27 | 5 |
| Mean (Average) | $627 | $472 | $583 | $574 | $754 | $990 |
| 10th Percentile 10% | $130 | $107 | $118 | $170 | $100 | ISD |
| First Quartile 25% | $300 | $270 | $238 | $325 | $400 | $275 |
| Median (Midpoint) | $500 | $450 | $400 | $500 | $650 | $650 |
| Third Quartile 75% | $850 | $613 | $863 | $656 | $1,200 | $1,875 |
| 90th Percentile 90% | $1,240 | $1,000 | $1,500 | $895 | $1,340 | ISD |

## Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

**Litigation-Patent Infringement, All Varieties <$1M Cost of mediation (000s) by Type of Practice (Q36Ad)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 91 | 16 | 24 | 23 | 24 | 3 |
| Mean (Average) | $50 | $78 | $41 | $39 | $43 | $120 |
| 10th Percentile 10% | $10 | $12 | $6 | $10 | $15 | ISD |
| First Quartile 25% | $15 | $16 | $10 | $10 | $21 | ISD |
| Median (Midpoint) | $25 | $25 | $25 | $25 | $30 | $50 |
| Third Quartile 75% | $50 | $105 | $58 | $50 | $50 | ISD |
| 90th Percentile 90% | $116 | $315 | $110 | $75 | $88 | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Initial case management (000s) by Type of Practice (Q36Ae)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 109 | 17 | 25 | 26 | 30 | 11 |
| Mean (Average) | $81 | $52 | $63 | $64 | $111 | $126 |
| 10th Percentile 10% | $15 | $10 | $8 | $25 | $25 | $15 |
| First Quartile 25% | $29 | $20 | $18 | $30 | $60 | $25 |
| Median (Midpoint) | $60 | $40 | $40 | $50 | $75 | $60 |
| Third Quartile 75% | $100 | $78 | $88 | $85 | $150 | $150 |
| 90th Percentile 90% | $150 | $115 | $200 | $129 | $250 | $530 |

**Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q36Af)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 103 | 17 | 25 | 25 | 27 | 9 |
| Mean (Average) | $702 | $487 | $483 | $817 | $921 | $741 |
| 10th Percentile 10% | $150 | $100 | $100 | $228 | $260 | ISD |
| First Quartile 25% | $300 | $243 | $225 | $375 | $500 | $200 |
| Median (Midpoint) | $550 | $350 | $450 | $550 | $750 | $750 |
| Third Quartile 75% | $800 | $675 | $600 | $825 | $1,300 | $1,200 |
| 90th Percentile 90% | $1,500 | $1,340 | $1,140 | $2,520 | $1,680 | ISD |

# Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

### Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q36Ag)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 103 | 17 | 25 | 24 | 28 | 9 |
| Mean (Average) | $1,456 | $938 | $990 | $1,429 | $1,936 | $2,311 |
| 10th Percentile 10% | $300 | $229 | $260 | $375 | $380 | ISD |
| First Quartile 25% | $500 | $498 | $400 | $550 | $925 | $1,000 |
| Median (Midpoint) | $1,000 | $800 | $750 | $1,000 | $1,875 | $1,500 |
| Third Quartile 75% | $2,000 | $1,150 | $1,400 | $1,575 | $2,875 | $3,750 |
| 90th Percentile 90% | $3,060 | $2,100 | $2,360 | $3,700 | $3,175 | ISD |

### Litigation-Patent Infringement, All Varieties $1-$10M Cost of mediation (000s) by Type of Practice (Q36Ah)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 87 | 15 | 22 | 21 | 25 | 4 |
| Mean (Average) | $82 | $80 | $101 | $55 | $82 | $116 |
| 10th Percentile 10% | $20 | $16 | $10 | $21 | $20 | ISD |
| First Quartile 25% | $25 | $25 | $19 | $28 | $40 | $26 |
| Median (Midpoint) | $50 | $40 | $38 | $50 | $60 | $48 |
| Third Quartile 75% | $100 | $100 | $139 | $73 | $100 | $275 |
| 90th Percentile 90% | $200 | $270 | $340 | $100 | $160 | ISD |

### Litigation-Patent Infringement, All Varieties $10-$25M Initial case management (000s) by Type of Practice (Q36Ai)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 95 | 14 | 18 | 25 | 26 | 11 |
| Mean (Average) | $122 | $77 | $95 | $98 | $158 | $184 |
| 10th Percentile 10% | $20 | $10 | $10 | $26 | $20 | $30 |
| First Quartile 25% | $40 | $35 | $19 | $45 | $75 | $50 |
| Median (Midpoint) | $100 | $50 | $43 | $100 | $113 | $150 |
| Third Quartile 75% | $200 | $100 | $200 | $100 | $213 | $250 |
| 90th Percentile 90% | $250 | $225 | $255 | $220 | $325 | $480 |

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q36Aj)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 94 | 14 | 18 | 24 | 26 | 11 |
| Mean (Average) | $1,230 | $798 | $864 | $1,288 | $1,586 | $1,391 |
| 10th Percentile 10% | $300 | $245 | $98 | $550 | $370 | $400 |
| First Quartile 25% | $525 | $450 | $338 | $675 | $750 | $1,000 |
| Median (Midpoint) | $1,000 | $500 | $638 | $1,000 | $1,225 | $1,200 |
| Third Quartile 75% | $1,550 | $850 | $1,500 | $1,438 | $2,000 | $1,750 |
| 90th Percentile 90% | $2,500 | $2,500 | $2,020 | $3,250 | $3,440 | $2,700 |

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q36Ak)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 95 | 14 | 18 | 24 | 28 | 10 |
| Mean (Average) | $2,374 | $1,568 | $1,742 | $2,383 | $3,254 | $2,245 |
| 10th Percentile 10% | $500 | $475 | $280 | $625 | $495 | $570 |
| First Quartile 25% | $1,000 | $688 | $575 | $1,000 | $1,338 | $1,238 |
| Median (Midpoint) | $2,000 | $1,100 | $1,300 | $1,750 | $3,000 | $2,250 |
| Third Quartile 75% | $3,500 | $2,125 | $2,813 | $3,000 | $4,844 | $3,125 |
| 90th Percentile 90% | $4,925 | $4,000 | $3,550 | $5,875 | $6,050 | $3,950 |

**Litigation-Patent Infringement, All Varieties $10-$25M Cost of mediation (000s) by Type of Practice (Q36Al)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 81 | 12 | 17 | 21 | 25 | 5 |
| Mean (Average) | $135 | $107 | $118 | $133 | $142 | $254 |
| 10th Percentile 10% | $25 | $25 | $12 | $28 | $28 | ISD |
| First Quartile 25% | $40 | $33 | $15 | $50 | $50 | $35 |
| Median (Midpoint) | $75 | $65 | $25 | $50 | $75 | $250 |
| Third Quartile 75% | $150 | $175 | $200 | $100 | $113 | $475 |
| 90th Percentile 90% | $300 | $300 | $300 | $430 | $350 | ISD |

## Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

**Litigation-Patent Infringement, All Varieties >$25M Initial case management (000s) by Type of Practice (Q36Am)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 86 | 11 | 18 | 19 | 24 | 14 |
| Mean (Average) | $209 | $140 | $117 | $159 | $224 | $426 |
| 10th Percentile 10% | $20 | $13 | $10 | $35 | $33 | $50 |
| First Quartile 25% | $61 | $40 | $20 | $75 | $100 | $91 |
| Median (Midpoint) | $138 | $100 | $58 | $150 | $150 | $250 |
| Third Quartile 75% | $250 | $150 | $200 | $250 | $250 | $625 |
| 90th Percentile 90% | $500 | $470 | $275 | $350 | $575 | $1,250 |

**Litigation-Patent Infringement, All Varieties >$25M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q36An)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 83 | 11 | 18 | 18 | 23 | 13 |
| Mean (Average) | $2,000 | $983 | $1,324 | $2,100 | $2,580 | $2,635 |
| 10th Percentile 10% | $446 | $400 | $145 | $770 | $380 | $700 |
| First Quartile 25% | $750 | $410 | $650 | $950 | $950 | $1,500 |
| Median (Midpoint) | $1,700 | $600 | $950 | $1,850 | $2,500 | $2,250 |
| Third Quartile 75% | $3,000 | $1,000 | $2,100 | $3,000 | $3,500 | $3,500 |
| 90th Percentile 90% | $4,000 | $3,200 | $3,040 | $5,000 | $4,980 | $5,600 |

**Litigation-Patent Infringement, All Varieties >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q36Ao)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 86 | 11 | 18 | 18 | 25 | 14 |
| Mean (Average) | $3,831 | $2,434 | $2,690 | $3,886 | $4,992 | $4,254 |
| 10th Percentile 10% | $535 | $554 | $465 | $465 | $500 | $1,275 |
| First Quartile 25% | $1,500 | $1,000 | $1,088 | $1,425 | $1,750 | $2,750 |
| Median (Midpoint) | $3,000 | $1,500 | $2,000 | $2,750 | $5,500 | $3,750 |
| Third Quartile 75% | $5,850 | $4,000 | $4,250 | $5,725 | $6,750 | $7,000 |
| 90th Percentile 90% | $7,650 | $6,000 | $5,750 | $7,800 | $8,800 | $8,000 |

AIPLA Report of the Economic Survey 2017
I-122