# Exhibit C

# DiNovoPrice

DiNovo Price LLP
7000 N. MoPac Expressway
Suite 350
Austin, TX 78731

512.539.2626   (o)
512.539.2627   (f)
www.dinovoprice.com

Gabriel R. Gervey
ggervey@dinovoprice.com

August 15, 2018

**Via E-mail**

John W. Shaw
Shaw Keller LLP
I.M. Pei Building
1105 N. Market Street
12th Floor
Wilmington, Delaware 19801

> Re:     **Infinity Computer Products Inc. v. Oki Data Americas – Technical
> Document Disclosure**

Dear John:

I write to address deficiencies in Oki Data Americas, Inc.'s ("Oki Data") core technical document disclosures under Paragraph 7(b) of the Court's Scheduling Order (D.I. 107.)  To summarize, Plaintiff Infinity Computer Products Inc. ("Infinity") has identified over 100 accused Oki Data products, but Oki Data has produced core technical documents for only one (1) such accused product.

Paragraph 7(b)of the Court's scheduling order requires Oki Data to

> produce core technical documents related to **the accused product(s)**, sufficient to show how **the accused product(s)** work(s), including but not limited to non-publicly available operation manuals, product literature, schematics, and specifications. Defendant shall also produce sales figures for the **accused product(s)**.

On June 8, 2018, Plaintiff Infinity Computer Products Inc. served its Paragraph 7(a) disclosures identifying over 100 accused Oki Data products.  Infinity thereby triggered Oki Data's obligation to produce core technical documents for each such product.  In reviewing Oki Data's disclosures, Infinity has received the required core technical information for only one (1) such accused product, the Oki Data MC160 MFP.

August 15, 2018
Page 2 of 2


       To the extent Oki Data has not produced core technical documents for any accused product identified in Infinity's Paragraph 7(a) disclosures, Oki Data should do so by August 22, 2018.  If Oki Data is unwilling to produce any of these documents, I am available to meet and confer on August 23, 2018 from 9:30 am – 10:30 am CT and after 2:00 pm CT, or on August 24, 2018, after 1:00 pm CT.  Please let me know when works best for you.

                        Sincerely,

                        Gabriel R. Gervey