# Exhibit D



Andrew E. Russell
I.M. Pei Building
1201 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0704 - Direct
arussell@shawkeller.com

August 23, 2018

**<u>Via E-mail</u>**
Gabriel R. Gervey
DiNovo Price LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
(512) 539-2626
ggervey@dinovoprice.com

   Re: *Infinity Computer Products, Inc. v. Oki Data Americas, Inc.,*
     C.A. No. 18-463–LPS-CJB

Dear Gabriel:

   I write in response to your August 15, 2018 letter. Your letter states that Infinity has "identified over 100 accused Oki Data products."  On the contrary, Infinity's June 8, 2018 disclosure identified "Relevant Products" and did not identify any Oki Data Americas, Inc. product as "accused" or allege that any activity with regard to any "Relevant Product" constitutes direct infringement.

   As such, we did not understand Infinity's listing of "Relevant Products" on June 8 to be a list of products about which Infinity had formed a good faith basis of infringement.  Infinity's August 20, 2018 contentions stated, however, that "Plaintiff accuses Oki Data Americas, Inc. . . . of infringement by making, using, selling, offering for sale and importation [of] the Oki Data Relevant Products identified concurrently herewith."  Because it appears that Infinity has formed a good faith conclusion that each of the listed products infringe, ODA will search for and produce the associated core technical documents.

             Respectfully,

             */s/ Andrew E. Russell*

             Andrew E. Russell (No. 5382)

cc:  All Counsel of Record (via e-mail)