# Exhibit F

## Goes to Soros Management

correctly saw that optimism last year about the strength of the American economy after the Persian Gulf war was overstated, meaning that the dollar was destined to fall in value once the underlying economic weakness became apparent.

Similarly, when the British pound surged this year after the Conservative Prime Minister, John Major, was re-elected, defying the predictions of opinion polls, Mr. Johnson again thought the currency move was unjustified and would be reversed after the post-election euphoria wore off. Once more, Mr. Johnson's judgment was on target.

**Predictions Not Infallible**

Yet he says he expected German interest rates to peak this year perhaps four months sooner than they did, in July. And he recalls saying in a speech in Tokyo last December that the retreat of the Tokyo market had gone about as far as it should. Instead, the Tokyo market retreated a further 30 percent or so, before turning around in mid-August. "Perhaps there was too much economist in me and not enough trader," Mr. Johnson said.

Mr. Johnson, who earned his doctorate in economics from Princeton University, was the chief economist of the Senate Banking Committee before he joined Bankers Trust four years ago. An officer at Bankers Trust said Mr. Johnson's departure was amicable, adding that he was "highly thought of" at the bank.

At Bankers Trust, Mr. Johnson paid particular attention to smaller foreign exchange markets, including New Zealand, Finland, Malaysia and Thailand. The opportunities in the



*Greene Studio*

## Joining gamblers on longer-term foreign exchange trends.

smaller markets, he says, can often be greater than in the currencies of major nations, which are more widely followed by analysts.

Looking ahead, Mr. Johnson says the dollar now appears to be undervalued compared with the major European currencies. So on the basis of currency values as well as underlying industrial competitiveness, the dollar and the dollar-linked currencies of Asian nations like Thailand, Malaysia, South Korea, Taiwan, Singapore and Hong Kong seem attractive, Mr. Johnson says.

### Thomson-CSF Award

*By Bloomberg Business News*

PARIS, Sept. 28 — The French military electronics company Thomson-CSF said today that it had won a contract worth 90 million francs, or $18 million, to design and produce a satellite and mission control site for the Meteosat Transition Program. Eumetsat, a European organization, awarded the contract as part of its program to develop the communications system of its weather satellite network.

## New Product From Okidata

MOUNT LAUREL, N.J., Sept. 28 (AP) — Okidata introduced a desktop office machine today that combines the functions of a laser printer, scanner, copier and facsimile machine.

The machine, called DOC-IT, uses digital technology to combine the functions of all four products for the price of about two of the separate devices, said Eugene Grunza, an Okidata senior product manager.

Other companies have marketed products that combine more than two of the functions, but Okidata is the first to compress all four into one unit, said Marco Boer, an analyst with the International Data Corporation in Framingham, Mass., which does market research for the computer industry.

Much of the product's hardware will be manufactured in Japan by Okidata's parent company, the Oki Electric Industries Company, but the personal computer board needed to operate the unit will be made by an American subcontractor, Mr. Grunza said. He refused to name the subcontractor.

Okidata, based in Mount Laurel, will offer two models of DOC-IT, for $4,000 and $5,000, depending on the quality of the laser printer.

Mr. Grunza said Okidata projects sales of 30,000 to 60,000 units, mostly to larger businesses, in the next 12 months.

## Slump Seen By Goodrich

AKRON, Ohio, Sept. 28 (AP) — B. F. Goodrich Inc. said today that the continued economic slowdown had undercut its performance and that it would report third-quarter 1992 earnings below what had been expected.

The specialty chemicals and aerospace company said its third-quarter results would be significantly below results from the second quarter and below the levels analysts had projected. The company said it expected to report only a modest profit for the third quarter. It did not provide dollar-figure estimates.

"Our specialty chemicals and polyvinyl chloride businesses depend in large measure on the strength and vitality of the economy, and improved results have been difficult to sustain under current conditions," the chairman, John Ong, said in a statement.

Goodrich said it had continued to take steps toward increased profitability, including cost-cutting measures and limited capital spending.

"When the economy rebounds, our businesses are well positioned to respond very positively," Mr. Ong said.

Goodrich's shares lost 50 cents each today to close at $41.75 on the New York Stock Exchange.

