# Exhibit G

**CIRCULATING COPY**

Please Return Promptly



# PC MAGAZINE

**First Looks:** Print, Fax, and Scan with Okidata's All-Purpose DOC•IT

**Software That Makes Tax Time Less Painful**

**Free Utility:** DEFRAGR Gives Your Hard Disk New Life

**Designer's Choice:** 21 CAD Packages Offer Something For Everyone

# Power and Performance For Less than $2,000

◄ **Amax 486DX2/50 ISAmax Power Station**

**PC Labs tests 61 PCs that give you affordable performance**



**Editor-in-Chief** Michael J. Miller

**Editor** Joel Dreyfuss
**Executive Editors** Bill Howard, Robin Raskin

**Director, PC Labs** C. James Galley III **Art Director** David Herbick

**Senior Networking Editor** Frank J. Derfler, Jr.
**Senior Editors** Christopher Barr (West Coast), Trudy Neuhaus (Technical Columns), Don Willmott (First Looks)

**Managing Editor** Paul B. Ross
**Assistant Managing Editor** Dianne H. McDonald

**Manager, Copy Edit** Karen A. Carter **Associate Editors** Sheryl Canter (Applications Development), Julie Cohen (After Hours), Mary Kathleen Flynn (Trends), David Greenfield (Networking and Communications), Lori Grunin (Graphics), Brian Nadel (PCs), Ted Stevenson (Software), Sharon Terdeman (Technical Columns), Jennifer Zaino (Hardware) **Technical Editor** Neil J. Rubenking **Production Editors** Shari L. Girouard, Kim Schueler **Copy Chief** Glen Boisseau Becker **Staff Editors** Michael Cohn, Gayle C. Ehrenman, Angela Gunn, Catherine Kunkemueller, Carol Levin, Michael W. Muchmore, Ann Ovodow, Craig L. Stark, Emerson A. Torgan, Lance N. Ulanoff **Senior Writer** Robert S. Anthony **Staff Writer** Oliver Rist **Copy Editors** Jeanne Albrecht, Robin B. Bornstein, Jamie M. Bsales, Kimberly Lee, Jill Léger, Bob Sillery **Assistant Copy Editor** N. Jeanne Smith **Assistant Editors** Brad Grimes, Ellyn McCasland **Layout Manager** Linda Harms **Assistant Layout Manager** Shelly Fierston **Senior Layout Editors** Thomas DeVito, Lillian Gaffney **Layout Editor** Michael L. Graham **Librarian** Thomas W. Giebel **Library Assistant** Dolores Williams **Editorial Researchers** Daniel A. Begun, Camille N. Cline, Angela Hickman, Adam A. Hicks, Andrew C. Kantor, Brad Stilwell, Anush Yegyazarian **Editorial Assistant** Tin Albano **Business Manager** Justice Casey Gaeta **System Support Manager** Craig Ellison **PC Support Analyst** Melvin Acevedo **Production Support Manager** Pat Perkowski **Communications Manager** Allison Playford **Assistant to the Editor-in-Chief** Tara Hoffinger **Assistant to the Editor** Rita Aprahamian **Assistant to the Executive Editors** Christina M. Evelyn **Administrative Assistant** Christina Okang **Support Associate, PC MagNet** Louise Laberge **Sysop, PC MagNet** Ken Hipple

**Contributing Editors** Bill Machrone (Publishing Director), Douglas Boling, Bruce Brown, Ray Duncan, John C. Dvorak, Mitt Jones, Michael J. Mefford, Edward Mendelson, Bill O'Brien, Charles Petzold, Alfred Poor, Jeff Prosise, Sal Ricciardi, Winn L. Rosch, Joe Salemi, Jim Seymour, Richard Hale Shaw, Barry Simon, Luisa Simone, Craig Stinson, M. David Stone, Ethan Winer

**Associate Art Directors** Heidi Antman, Charles Conover, Donna Panagakos, Lisa A. Sergi **Assistant Graphics Director** David Foster **Graphic Artists** Robin L. Malik, Josef Pusedu **Assistant to the Art Director** Frieda T. Smallwood

**Technical Directors** Rick Ayre (Software), Nick Stam (Hardware) **Project Leaders** Richard Brady (Networking and Communications), Ben Z. Gottesman (Software), Jonathan Hill (PCs), Jeff Mace (Graphics), Stephen W. Plain (Applications Development), Michael J. Zulich (Hardware) **Sr. Programmer** Stuart R. Greenberg **Programmer** Bradley G. Epranian **Product Testing Manager** Charles Rodriguez **Tech. Analysts** Mario Baldasserini, Jimmy Beltran, Richard Fisco, Margaret A. Piemonte, Amarendra Singh **Support Technicians** Thomas M. Amoroso, Paul Y. Chin, Laura Cox, William P. Flanagan, Constantine Fotopoulos, Dan Smith **Operations Manager** John R. Delaney **Inventory Control Coordinators** Peter Bastide, Rob Graydon, John Jones **Administrative Assistant** Angela M. Collins

**Publisher** Jeff Ballowe

**Associate Publishers** Anna Zornosa (West Coast), Daniel Rosensweig, Michael Perkowski (Marketing) **Advertising Director, East Coast** Lon Otremba **Promotion Manager** Stacy O'Connell **Publishing Services Manager** Bill Stephen **Client Services Managers** Mark Malloy (Direct Marketing), Michael Weiner (Networking), Steve Robinson (PCs) **Events Manager** John Wisdom **Research Director** Michael Van Engen **Research Associate** Theresa McKenty **Special Projects Director** Karla Spormann

**Senior Advertising Production Manager** Lori Iacono **Advertising Production Manager** Pamela Berkowitz **Assistant Advertising Production Managers** Susan Conrad, Allen Grady **Editorial Production Coordinators** Kevin S. Fagan, Jo-Ann Hirschel

**Advertising Office:** One Park Ave., New York, NY 10016; 800 33 MAG AD, 212-503-5100

Ziff-Davis Publishing Company
**Chairman and CEO** Eric Hippeau
**President** J. Scott Briggs
**Executive Vice Presidents** Ronni Sonnenberg, Mike Edelhart
**Group Vice President** J. Samuel Huey
**Group Vice President, Direct Publications** Jim Stafford
**Senior Vice President, Marketing** Paul H. Chook
**Senior Vice President** Kenneth Beach
**Senior Vice President, International Development** J. B. Holston III
**Vice President & General Manager** Louis B. Dotti, Jr.

**Vice Presidents** Baird Davis (Operations), Howard D. Sckolnik (Controller), Herbert Stern (Creative Services), Rolf Wulfsberg (Research), Bert Lacey (Classified), James F. Ramaley (Circulation Services), Ann Pollak Adelman (Marketing Services), Roger Herrmann (Production), Alan Power (Asia-Pacific), Frank Kelcz (Europe), William B. Machrone (Technology), Paul Stafford (Central Advertising Sales), Marian O. White (ZD Magazine Networks), Rayna Brown (Human Resources), William L. Phillips, Claude P. Sheer **Executive Director, Information Systems** John Helliwell **National Managing Director, Magazine Networks** Joseph Gillespie **Directors** Jean Lamensdorf (Licensing), Gary A. Gustafson (Planning), Walter J. Terlecki (Production), Dan Lonetti (Sales Training), Susan Delman (Corporate Marketing), Lewis D'Vorkin (Editorial Director), Alicia Marie Ivans (Direct Marketing Programs), Gregory M. Jarboe (Public Relations) **Business Manager, Publishing Operations** Tom McGrade

Ziff Communications Company
**Chairman** William B. Ziff, Jr.
**President** Philip B. Korsant
**Executive Vice Presidents** Philip Sine, E. C. "Mick" Prokopis
**Senior Vice Presidents** Hugh Tietjen, Steven C. Feinman
**Vice President, General Counsel, and Secretary** J. Malcolm Morris
**Vice President, Controller, and Treasurer** Patrick J. Burke, Jr.
**Vice President, Human Resources** Frederick K. Staudmyer
**Vice President** Seth R. Alpert
**Vice President, Business Manager** T.L. Thompson
**Vice President, Chief Information Officer** Thor Olson
**Vice President, Electronic Editorial Director** Michael Kolowich
**Vice President of Market Development** Robert G. Brown

## Subscription Inquiries, Address Changes

**Subscription Services:** For subscription service questions, address changes, or ordering information, call toll-free 800-289-0429 in the U.S. and Canada; all other countries, please contact Art Junod: 353-61411466 or fax 353-61419457. Or write to PC Magazine, P.O. Box 54093, Boulder, CO 80322-4093.

**Subscription Rate:** The subscription rate is $44.97 for a one-year subscription (22 issues). Canada and all other countries, please add an additional $32.00 for postage. GST Registration Number: R-123669673.

**Back Issues:** For back issues (subject to availability), $8 per issue ($9 outside the U.S.), send check or money order to Back Issues Dept., Ziff-Davis Publishing Company, P.O. Box 53131, Boulder, CO 80322-3131.

## How to Contact the Editors

We welcome letters. However, we cannot look up stories from past issues, recommend products, or diagnose problems with your PC by phone. Send your written questions, complaints, and compliments to PC Magazine, One Park Avenue, New York, N.Y. 10016. Please include a daytime telephone number. Send electronic mail to MCI Mailbox 157-9301 or to PC MagNet (see below). PC Magazine's general number is 212-503-5255. The West Coast Operations number is 415-378-5500.

If you are dissatisfied with a product advertised in PC Magazine and cannot resolve the problem with the vendor, write (do not call) Julie Eigo, Advertising Department at the above address. Include copies of your correspondence with the vendor.

PC Magazine does not accept unsolicited manuscripts. We will pay $50 for Solutions and Programming user tips and for Abort, Retry, Fail? submissions. If you submit artwork or newspaper clippings with Abort, Retry, Fail?, mark up the photocopy, not the original.

## PC MagNet

PC Magazine operates PC MagNet, an on-line service of ZiffNet, hosted by CompuServe. To join, set your communications software for 300, 1,200, 2,400, or 9,600 bits per second (bps), 7 data bits, even parity, 1 stop bit, and full duplex. To find the number nearest you, dial 800-346-3247. (In Canada, dial 800-635-6225, voice only.) When the modem connects, press Enter. At the Host Name prompt, enter PHONES. Follow the menus, note the number closest to you, then hang up and dial the number you have just found.



To obtain the utility without ZiffNet connect charges, at the HOST NAME prompt, enter CIS. At the USER ID prompt, enter 60116.1. At the PASSWORD prompt, enter PCMAGUTIL. To join ZiffNet, at the Host Name prompt, enter CIS. At the USER ID prompt, enter 177000,5000. Enter PC*MAGNET at the PASSWORD prompt and Z11D9200 at the ENTER AGREEMENT NUMBER prompt. CompuServe members may join by typing GO PCMAG at any CIS prompt. For Customer Service, call 800-848-8990. ZiffNet membership is $2.50 a month, which includes access to PC Magazine Editors' Choice Awards, Product Reviews Index, weekly news from PC Week, Buyers' Market, and ZiffNet Highlights and Information. Hourly connect charges are $6.30 for 300 bps, $12.80 for 1,200 or 2,400 bps, or $22.80 for 9,600 bps.

## Permissions, Reprints

Material in this publication may not be reproduced in any form without permission. If you want to quote from an article or use PC Magazine's logo in conjunction with an Editors' Choice designation, write Chantal Lavelanet; for information on reprints in quantities of 500 or more, write Claudia Crichlow.

## PC Magazine Reviews

Except where noted: All PC Magazine reviews are of currently available products. Benchmark and performance tests are run on Compaq Deskpro 386/25s and 25e's.

**Editorial and Business Office:** One Park Ave., New York, NY 10016. Editorial: 212-503-5255; Advertising: 800 33 MAG AD, 212-503-5100. PC Magazine is an independent journal, not affiliated in any way with International Business Machines Corp. IBM is a registered trademark of International Business Machines Corp. Entire contents copyright ©1993 Ziff-Davis Publishing Company, a division of Ziff Communications Company. All rights reserved; reproduction in whole or in part without permission is prohibited. The following are registered trademarks of Ziff Communications Company: PC, PC Magazine, PC Labs, PC MagNet, PC Magazine Award for Technical Excellence, PC Magazine Editors' Choice Award. The following are trademarks of Ziff Communications Company: Abort, Retry, Fail?; Connectivity; Databases; Direct Marketing Connection; First Looks, New and Improved; Advisor; Lab Notes; PC Marketplace; Pipeline; Trends; Tutor; The PC Utilities; Power Programming; Power User; Read Only; Spreadsheets; User-to-User; The Working Word.




Copyrighted material

# First Looks

## HANDS-ON EVALUATIONS OF THE NEWEST SHIPPING PRODUCTS

### ■ PCs

# Dell's Creative New 486 Designs Stand Out

*BY TIN ALBANO*

As prices begin to level off, PC vendors are looking for new ways to compete. Dell Computer Corp., one of the most competitive of the direct-channel vendors, is focusing its attention on enhancing overall system performance while continuing to maintain its price points. By revamping all of its 486-based desktop PCs, Dell is staying in the thick of the fight.

Dell's new 486 lineup includes four different families. The 486/L line has five ISA-based slimline models. The five midsize 486/M units and the three tower units that make up the 486/T family are also ISA-based. The five 486/ME models are midsize EISA-based units, and the first PCs we've seen that



**466/ME:** *Dell's fastest EISA-based computer yet.*

will be upgradable to be compatible with some form of Intel's Pentium microprocessor technology when it becomes available.

As a response to the growing need for faster graphics performance, Dell has equipped the new systems with integrated local-bus video. Also added are buffered serial ports, widely used by other manufacturers but missing from previous Dell PCs. Buffered serial ports guard against data loss during communications operations by providing a memory buffer, where in-

formation can be stored until it's ready to be processed by the CPU. The end result is a family of PCs that proves to be very competitive with other 486-based PCs.

**PROBLEM SOLVER**

One sensible new feature, embedded system diagnostics, is found only in the ISA-based units. Unlike common disk-based diagnostic programs, which are useless when a computer can't boot its operating system, Dell's diagnostic programs are stored in flash memory and are capable of detecting system failures even when the problem prevents the

• Continues on page 38

---

### ■ Multifunction Devices

# Print, Fax, Copy, and Scan with Okidata's All-In-One DOC•IT

*BY BRUCE BROWN*

When multifunction document processing devices were first discussed, they were seen as the key to the paperless office. Of course, we all know offices will never be paperless, but even if we can't save paper, we can save desk space. By combining four document-processing devices into one, Okidata's $4,999 DOC•IT 4000 is a peripheral with convenience written all over it.

The DOC•IT unites the functions of a standalone laser printer, a plain-paper fax machine, a midlevel personal copier, and a scanner with an automatic document feeder and a removable head for hand-held scanning. Included Microsoft Windows–based document-



**FOUR IN ONE:** *The $4,999 Okidata DOC•IT 4000 is very compact.*

processing software helps when using the device's multiple functions either individually or in unison to create or disseminate documents.

While it's not the first device to offer more than one function (many fax machines and some page printers can do some copying), the DOC•IT is the first of the so-called "hydra" devices to combine printing, copying, faxing, and scanning. Installing and configuring the DOC•IT is a bit tricky and at first glance the price seems high, but the DOC•IT's individual functions are at as good a quality or better than those provided by most standalone products.

**TWO MODELS**

Okidata sells two DOC•IT models. The HP LaserJet IIP-compatible DOC•IT 3000 lists for $3,999, while the more powerful HP LaserJet III- and PostScript-compatible DOC•IT 4000, which we tested, retails for $4,999. With actual selling prices closer to $3,000 for the DOC•IT 3000 and $3,500 for the DOC•IT 4000, the more powerful 4000 model is clearly the

• Continues on page 39

► **IN FIRST LOOKS**

*UnInstaller, Version 1.0 ........ 40*
*NvMail ................................. 40*
*Norton Commander for*
*OS/2, Version 1.0 .................... 42*
*The Wire, Version 1.0 .......... . 44*
*Direct Access DeskTop,*
*Version 1.0 ........................... .44*
*TyIN2000 PC*
*Communications Center ...... 46*
*WordPerfect Presentations,*
*Version 2.0 ........................... 52*
*Microsoft Open EIS Pak ...... 53*
*The SCSI Master Plus .......... 56*
*PrinterFax ............................ 57*
*Macsyma, Version 417.125 .. 58*
*Digital Soup Sound*
*Professional, Version 1.0 ..... 59*
*Zenith ZLite 320L ................ 59*

Photography by Thom O'Connor

Copyrighted material

# First Looks

## Okidata

CONTINUED FROM PAGE 37

smarter choice for you to make.

The unit is about the size of an average desktop laser printer, 8.5 by 17.8 by 16.9 inches (HWD), and weighs 36 pounds. The included expansion card that you add to your PC holds DOC•IT's image memory (7MB is standard for the 4000) and has a 32-bit Intel i960 RISC processor, proprietary ASIC chips, a fax module, and a video bus.

### PRINTING

The printer component uses an 8-page-per-minute LED printing system with a 16,000-page monthly duty cycle. The printer's consumables, a 2,500-page toner cartridge and a 15,000-page image drum, are identical to those used in Okidata's OL800 page printers, so the availability of replacements isn't a problem.

The DOC•IT 4000 has a maximum printing resolution of 400 dpi, and it comes with 13 TrueImage PostScript–compa-

typical printing with a U-shaped paper path, the printer can hold up to 200 sheets of output. Straight-through paper path printing is also possible; the rear-mounted output tray holds 100 sheets face up.

### FAXING

For faxing and copying, the DOC•IT uses a front-mounted, 25-sheet automatic document feeder and document-scanning device. You manage copying and faxing with DOC•IT's control panel and can do either while the attached computer is turned off or busy with other applications. You can also send faxes directly from computer files using included Windows and DOS software.

The Group 3 plain-paper fax component sends and receives faxes up to 9,600 bits per second. Standard 200- by 100-dot-per-inch and fine 200- by 200-dpi modes are both supported for faxing to other devices; you can also fax at 400- by 400-dpi to other DOC•IT 4000 users or 300- by 300-dpi to DOC•IT 3000 users.

┌─────────────────────────────┐
│ ► F A C T   F I L E          │
│                              │
│ **Okidata DOC•IT 4000**      │
│ *Okidata, 532 Fellowship Rd.,* │
│ *Mount Laurel, NJ 08054; 800-* │
│ *654-3282, 609-235-2600*     │
│                              │
│ List price: $4,999.          │
│ Requires: 2MB RAM (4MB recom-│
│ mended), 7MB hard disk space, Mi-│
│ crosoft Windows 3.0 or later.│
│ In short: Okidata's DOC•IT is a conve-│
│ nient, space-saving document process-│
│ ing peripheral that combines better-│
│ than-average laser printing, plain-paper│
│ faxing, copying, and scanning in one de-│
│ vice. But even with hefty discounts,│
│ DOC•IT's price may be hard to justify for│
│ a single user.                │
│ (425) ON READER SERVICE CARD │
└─────────────────────────────┘

features include text, photo, or mixed-image modes, and 2-up and merge copy modes.

The 2-up copy mode lets you feed two full-sized sheets, hold them in memory, and then print them reduced, side-by-side, in landscape orientation. The merge copy mode lets you feed two sheets and have the contents combined on a single copy output sheet, a useful feature for combining text with borders or letterhead.

### SCANNING

The built-in 8.5-inch-wide scanner head is HP ScanJet Plu–compatible and can scan up to ten pages per minute when used with the automatic document feeder. For originals that you can't or don't want to send through the feeder, you can remove the scanning head easily (it has a permanent coiled cord) and use it as a hand scanner to scan book or magazine pages or other originals. Scanning can be done at bilevel mode for text or line drawings, or in 16 or 64 gray-scale modes.

The Windows-based DOC•IT Manager provides a common interface for DOC•IT functions and also includes an image editor that can be used with received faxes and scanned documents. DOC•IT Manager lets you combine tasks for efficient document processing. For ex-

ample, you could import text from a stored word processing file, scan and add graphic elements such as logos or photographs to the document, and then transmit the finished document to one or a group of fax recipients.

### TRICKY SETUP

Physically installing the DOC•IT board and software is simple, but getting all of the components to work properly is complicated by proper port assignments, IRQ settings, and system memory conflicts. Improved installation software that could detect conflicts and suggest or implement corrections would be a big help.

Distribution for the DOC•IT is currently limited to ComputerLand retail stores and selected value-added resellers, and the unit's relatively high price and current finicky installation warrant the sales and support assistance that you'll get through those channels. The unit comes with a one year warranty on the full machine and five years on the LED print head.

The DOC•IT best serves someone who regularly needs a printer, scanner, copier, and fax machine, or at least three out of four, as long as one of the three is a printer. A small group of people can effectively share the DOC•IT as well, but the unit is not networkable. Don't make the mistake of assuming that you can justify the cost of the system by spreading it among 20 users. That's not what the DOC•IT is designed for.

The multifunctionality of Okidata's DOC•IT 4000 hints at the direction in which new page printers will develop. Space-saving peripherals with increased document-handling convenience and efficiency have an obvious advantage over separate devices. Current price levels exclude many mainstream buyers, but as more models appear and prices begin to fall, the DOC•IT 4000 and its competitors will start to show up on uncrowded desks everywhere. □



**CONTROL CENTER:** *Windows-based software manages all four of the DOC•IT's functions*

tible resident scalable fonts as well as 8 resident scalable and 14 resident bitmap HP PCL 5–compatible fonts. A TrueImage Fonts Plus option with 22 additional PostScript-compatible fonts costs $99.

The standard paper cassette holds 200 sheets of paper. For

### COPYING

The system's copying facilities surpass those found in most personal copy machines except for DOC•IT's lack of typical reduction or enlargement zooming. You automatically can feed up to 25 originals and get up to 99 copies each. Other attractive

Copyrighted material