# Exhibit H

# DOC•IT™



**DESKTOP DOCUMENT PROCESSOR**

## User's Guide



Every effort has been made to ensure that the information in this document is complete, accurate, and up-to-date. OKIDATA assumes no responsibility for the results of errors beyond its control. OKIDATA also cannot guarantee thatchanges in software and equipment made by other manufacturers and referred to in this manual will not affect the applicability of the information in this manual. Mention of software products manufactured by other companies does not necessarily constitute endorsement by OKIDATA.

©1992, 1993 by OKIDATA

Second edition July 1993

OKIDATA is a registered trademark of Oki Electric Company, Ltd.; marque deposee de Oki Electric Company, Ltd.; Marca Registrada, Oki Electric Company, Ltd.

DOC-IT is a trademark of Oki Electric Company, Ltd.

Microsoft and MS-DOS are registered trademarks and Windows, TrueImage, and TrueType are trademarks of Microsoft Corporation.

HP, LaserJet, and ScanJet are registered trademarks of Hewlett-Packard Corporation.

PostScript is a trademark of Adobe Systems, Incorporated, which may be registered in certain jurisdictions.

Text Tool .................................................. 65
Using Special Effects ............................................ 68
    Flipping an Object ............................................. 68
    Inverting the Page ............................................ 71
Saving Changes ................................................. 72
Converting to Another Format .................................... 74
 Working With Multiple Files At One Time ........................ 78

**5. Printing** ..................................................... 81
An Overview of DOC-IT Printing .................................. 81
    DOC-IT 3000 Configuration ................................... 82
    DOC-IT 4000 Configuration ................................... 82
    What Do These Configurations Mean? .......................... 82
    Printer Drivers .............................................. 84
    Ports ....................................................... 84
Printing from DOC-IT Manager ................................... 85
    Setting Up the Printer ....................................... 85
Printing the Document .......................................... 89
    Printing Through Windows .................................... 89
    Printing from Another Windows Application ................... 91
    Printing From DOS ........................................... 92
    Printing Across a Network ................................... 92
Switching Between Emulations ................................... 93
    Choosing a New Printer Emulation ............................ 93
Using the Port Manager ......................................... 94
    Port Manager vs. Print Manager .............................. 95
    Opening the Port Manager .................................... 95
    The View Menu ............................................... 98

# *DOC•IT*™



DESKTOP DOCUMENT PROCESSOR

# Installation Instructions



## Federal Communications Commission
## Radio Frequency Statement

This equipment has been tested and found to comply with the limits for a Class A digital device, pursuant to Part 15 of the FCC rules. These limits are designed to provide reasonable protection against harmful interference when the equipment is operated in a commercial environment. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instruction manual, may cause harmful interference to radio communications. Operation of this equipment in a residential area is likely to cause harmful interference in which case the user will be required to correct the interference at his own expense.

Changes or modifications not expressly approved by Okidata may void your authority to operate this device.

## Canadian Department of Communications
## Radio Interference Statement

This apparatus complies with the Class A limits for radio interference as specified in the Canadian Department of Communications Radio Interference Regulations.

Cet appareil est conforme aux normes Class A d'interference radio tel que specifier par le Ministere Canadien des Communications dans les Reglements D'Interference Radio.



> Changes or modifications not expressly approved by OKIDATA may void your authority to operate this device.



OKIDATA is a registered trademark of Oki Electric Industry Company, Ltd.; marque déposée de Oki Electric Industry Company, Ltd.; marca registrada, Oki Electric Industry Company, Ltd.
IBM is a registered trademark of International Business Machines Corporation.
Microsoft is a registered trademark and Windows is a trademark of Microsoft Corporation.

© Okidata, March, 1993