IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-463-LPS-CJB |
| | ) |
| OKI DATA AMERICAS, INC., | ) |
| | ) |
| Defendant. | ) |

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Oki Data Americas, Inc. hereby certifies that a reasonable effort has been made to reach agreement with plaintiff on the matter set forth in Motion for Leave to File a Motion for Summary Judgment.  Plaintiff opposes the motion.

OF COUNSEL:
Marc R. Labgold, Ph.D.
Patrick J. Hoeffner
NAGASHIMA HASHIMOTO & YASUKUNI
12005 Sunrise Valley Drive, Suite 203
Reston, VA 20191
(703) 901-8860

Dated: September 5, 2018

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
arussell@shawkeller.com
*Attorneys for Oki Data Americas, Inc.*