# EXHIBIT 2

| | |
|---|---|
| **From:** | Shannon Mason |
| **To:** | mlabgold@labgoldlaw.com; John Shaw; Andrew Russell; SKOkiInfinity@shawkeller.com; phoeffner@labgoldlaw.com; Jeff Castellano; Dominic Fanelli |
| **Cc:** | Andrew DiNovo; Nicki Glauser; Gabriel Gervey; William Rhodunda; Chandra Williams; Judy DiFonzo |
| **Subject:** | Infinity v. Oki Data |
| **Date:** | Monday, August 20, 2018 4:21:00 PM |

Counsel,

Pursuant to paragraph 7(c) of the Scheduling Order (Dkt. 107), please use the link below to access Plaintiff's claim charts and list of relevant products.

https://spaces.hightail.com/receive/Fk8sJoXmuR

Thank you.
Shannon

Shannon Mason | Senior Paralegal | **DiNovo Price LLP**
7000 N. MoPac Expy., Ste. 350 | Austin, TX 78731
Direct: 512.539.2623 | Main: 512.539.2626 | Fax: 512.539.2627
smason@dinovoprice.com | www.dinovoprice.com

# INFRINGEMENT OF THE 6,894,811 PATENT BY OKI DATA AMERICAS, INC.'S MB472W DEVICE

**Overview**

Plaintiff accuses Oki Data Americas, Inc. ("Oki Data" or "Defendant") of infringement by making, using, selling, offering for sale and importation the Oki Data MB472w (the "Accused System"), and all substantially similar Oki Data multi-function fax/scan/print products, including without limitation the Oki Data Relevant Products identified concurrently herewith. The term "Accused System" includes the associated computer hardware and internal semiconductors, software and data, and processes and methods related thereto.

The Accused System is accused of directly infringing U.S. Patent No. 6,894,811 (the "'811 Patent"). The term "Accused System" includes the associated hardware, computer hardware, internal semiconductors, software and data, and processes and methods related thereto. The asserted claims include elements that are implemented, at least in part, by proprietary electronics and software in the Accused System and Method. The precise designs, processes, and algorithms used in them are held secret, at least in part, and are not publicly available in their entirety. An analysis of Oki Data's documentation and/or source code may be necessary to fully and accurately describe all infringing features and functionality of the Accused System and, accordingly, Plaintiff reserves the right to supplement these contentions once such information is made available to Plaintiff. Furthermore, Plaintiff reserves the right to revise these contentions, including as discovery in the case progresses, in view of the Court's final claim construction in this action and in connection with the provision of its expert reports.

The asserted claims include elements that are implemented, at least in part, by proprietary electronics and software in the Accused System and Method. The precise designs, processes, and algorithms used in them are held secret, at least in part, and are not publicly available in their entirety. An analysis of Oki Data's documentation and/or source code may be necessary to fully and accurately describe all infringing features and functionality of the Accused System and, accordingly, Plaintiff reserves the right to supplement these contentions once such information is made available to Plaintiff. Furthermore, Plaintiff reserves the right to revise these contentions, including as discovery in the case progresses, in view of the Court's final claim construction in this action and in connection with the provision of its expert reports.

**Oki Data Relevant Products**

1. Oki Data B2520MFP
2. Oki Data B2540MFP
3. Oki Data B4545MFP
4. Oki Data C3530nMFP
5. Oki Data C5550nMFP
6. Oki Data CX2032MFP
7. Oki Data CX2033MFP
8. Oki Data CX2033MFP+
9. Oki Data CX2633MFP
10. Oki Data CX2731MFP
11. Oki Data DOC-IT3000
12. Oki Data DOC-IT4000
13. Oki Data ES4172LP-Y
14. Oki Data ES5162
15. Oki Data ES5162LP
16. Oki Data ES5462
17. Oki Data ES5462dw
18. Oki Data ES5473
19. Oki Data ES8473
20. Oki Data MB280MFP
21. Oki Data MB290MFP
22. Oki Data MB451MFP
23. Oki Data MB451wMFP
24. Oki Data MB470MFP
25. Oki Data MB471MFP
26. Oki Data MB471wMFP
27. Oki Data MB472w
28. Oki Data MB480MFP
29. Oki Data MB491MFP
30. Oki Data MB491+
31. Oki Data MB491+LP
32. Oki Data MB491 State of NY
33. Oki Data MB492
34. Oki Data MB562w
35. Oki Data MB760
36. Oki Data MB760+
37. Oki Data MB770
38. Oki Data MB770+
39. Oki Data MB770 + wireless
40. Oki Data MB770f
41. Oki Data MB770f+
42. Oki Data MB770fx
43. Oki Data MB770fx+
44. Oki Data MB780

45. Oki Data MB790f
46. Oki Data MB790m
47. Oki Data MC160MFP
48. Oki Data MC360MFP
49. Oki Data MC361MFP
50. Oki Data MC362w
51. Oki Data MC363dn
52. Oki Data MC342dn
53. Oki Data MC342dnw
54. Oki Data MC362dn
55. Oki Data MC560MFP PLUS
56. Oki Data MC560nMFP
57. Oki Data MC561MFP
58. Oki Data MC562w
59. Oki Data MC562dnw
60. Oki Data MC562dn
61. Oki Data MC573dn
62. Oki Data MC770
63. Oki Data MC770+
64. Oki Data MC780
65. Oki Data MC780+
66. Oki Data MC780f
67. Oki Data MC780f+
68. Oki Data MC780fx
69. Oki Data MC780fx+
70. Oki Data MC860MFP-1 Tray
71. Oki Data MC860MFP-2 Tray
72. Oki Data MC860MFP-3 Tray
73. Oki Data MC873dn
74. Oki Data MPS2731MC
75. Oki Data MPS3537mc
76. Oki Data MPS3537mc+
77. Oki Data MPS4200mb
78. Oki Data MPS4242mc
79. Oki Data MPS4242mc+
80. Oki Data MPS4242mcf
81. Oki Data MPS4242mcf+
82. Oki Data MPS4242mcfx
83. Oki Data MPS4242mcfx+
84. Oki Data MPS4700mb
85. Oki Data MPS480mb
86. Oki Data MPS5500mb
87. Oki Data MPS5500mbf
88. Oki Data MPS5502mb
89. Oki Data MPS5502mb+
90. Oki Data MPS5502mb+ wireless

91. Oki Data MPS5502mbf
92. Oki Data MPS5502mbf+
93. Oki Data MPS5502mbfx+
94. Oki Data ES4192
95. Oki Data ES4191MFP
96. Oki Data MB760+ Mono MFP
97. Oki Data OKIOFFICE44
98. Oki Data OKIOFFICE84
99. Oki Data MB472dn
100. Oki Data MB472dnw
101. Oki Data MB790B
102. Oki Data CX2633MFP-1 Tray
103. Oki Data CX2633MFP-2 Tray
104. Oki Data CX2633MFP-3 Tray