# EXHIBIT 3

Case 1:18-cv-00463-LPS   Document 128-3   Filed 09/19/18   Page 2 of 5 PageID #: 2268

 **Okidata DOC-IT 3000\4000 Press Release**

## PRINT, FAX, SCAN AND COPY-- ALL FROM A SINGLE DESKTOP PERIPHERAL CALLED DOC-IT

MT. LAUREL, N.J., Sept. 28, 1992-- Okidata today announced the industry's first product that integrates business-quality printing, faxing, copying and scanning capabilities into one compact, desktop unit. Called DOC-IT, it is the first product in a new category of highly integrated peripherals that are making it possible for users to create, manage and communicate documents of all formats with ease.

DOC-IT represents Okidata's first entry into the emerging Desktop Document Processing (DDP) market- a market analysts believe shows strong growth potential.

Designed around open computing standards, DOC-IT runs under Microsoft Windows and MS-DOS, thereby providing users with complete compatibility to existing Windows applications and thousands of DOS software programs. The new Okidata product comes in two models, the DOC-IT 3000 for presentation-quality printing and copying and the DOC-IT 4000 for higher quality output.

"DDP products such as DOC-IT promise to merge the paper- and electronic based worlds. As that takes place, information will finally begin flowing as easily into computers as it does out of them. Information and its dissemination will finally take on importance as it should," said John Ring, director of desktop document processing at Okidata. "Individuals who create multisource documents from a variety of sources-- whether in text, graphics, image or facsimile form-- can now access and manipulate information regardless of the computer format. They can create new documents from that multisourced information, and then distribute it --all without leaving their desk." For example, DOC-IT lets a user scan a graphic ,"cut and paste" it into an existing word processing document, and then fax the document to multiple sites. At the same time, a colleague can make several copies with DOC-IT.

### DOC-IT -- The First Desktop Document Processor

Designed for use with the MS-DOS and Windows-based personal computers, the DOC-IT system consists of three elements: a desktop document processor (DOC-IT DDP); a controller processor board (DOC-IT Controller) -- for insertion into a PC/AT-compatible personal computer; and DDP management software (DOC-IT Manager).

Case 1:18-cv-00463-LPS   Document 128-3   Filed 09/19/18   Page 3 of 5 PageID #: 2269

The desktop document processor, called DOC-IT DDP, is based on
Okidata's own LED (Light Emitting Diode) print engine for printing and
"walk up" copying. An image scanner is also incorporated into the device
for scanning, copying, and faxing of documents. All functions use the 25-page
automatic document feeder. In addition, the image scanner can be removed and
used as a hand scanner for newspapers, books and other oversized documents.
The DOC-IT DDP is small in size and looks much like a typical desktop laser
printer. It weighs 36 pounds and measures 8.5 inches high by 17.5 inches wide
by 22.5 inches long.

The second element of the system is the DOC-IT Controller, a
full-sized 16-bit industry standard architecture (ISA) board features a
32-bit Intel i960 reduced instruction set computing (RISC) microprocessor.
The controller includes proprietary ASIC chips (developed by OKI
Semiconductor Group), image memory, a fax module and a video bus to achieve
high performance and high data transfer rates. In addition, the controller
directs received faxes to the PC's hard disk drive for storage. The DOC-IT
Controller is optimized for image processing to ensure all PC resources are
completely available for the user's application programs.

The last element of the system is DOC-IT Manager, a graphical user
interface (GUI) and software application that controls DOC-IT's four
integrated document processing functions. With a GUI interface, users can
take advantage of the pull-down menus, dialog boxes and icons to easily
manipulate the functions and manage the files created by the desktop document
processor.

**Desktop Document Processing Market Growth Opportunities**

Since 1970, the amount of paperwork in the office has increased by
600 percent, according to Priority Management Systems. Computers have added
to this burden of information exponentially. People have become so overwhelmed
with information and its dissemination that they've become unproductive. As a
result, computer products that help companies better manage their information
resources are in demand. According to BIS Strategic Decisions, Norwell, Mass.,
the US multiple function product market is expected to be valued at $3 billion
by 1995. (This figure does not include plain paper (fax/copiers).

"The office of the future is changing so fast that by the end of the
1990's your office will seem more like an information control room than a
place to rest your feet or write memos," said Samuel Bleecker, workplace
expert from Boca Raton, Fla. "The new class of integrated information
appliances, like DOC-IT, will trigger a major paradigm shift in the workplace.
These increasingly intelligent information appliances will help convert lowly
office peripherals into pivotal document processing and management devices."

**Okidata DOC-IT Partners**

Okidata has partnered with three key independent software vendors to demonstrate the versatility and power of Desktop Document Processing solutions. Each company represents once complete solution of the many potential applications of Desktop Document Processing.

Delrina, Toronto, Ontario - Delrina publishes and markets PC software products which improve individual and office performance. The company is the recognized technical and market leader in PC forms and fax software sold worldwide. Delrina's family of products include PerForm PRO and PerForm PRO Plus which are forms automation software that run under Microsoft Windows.

Keyfile, Nashua NH - Keyfile develops and markets full-function, PC-based integrated document management software. Keyfile Version 2.0 is a thorough enhancement of the original Keyfile integrated document management software package. Keyfile 2.0 incorporates more than 50 new features and, with DOC-IT, allows users to file retrieve, share, edit and distribute all office documents -- both paper and electronic -- using industry standard PC's , networks, and office technologies.

Micrographix, Richardson, Texas - Micrographx develops graphics and system software for Windows and OS/2. Its products include Micrographx Designer, Windows Draw, Picture Publisher, Charisma, Windows OrgChart and ABC Flowcharter. Picture Publisher 3.1 not only takes full advantage of the scanner component of DOC-IT, but also has the capacity to produce high quality results through the use of the 400 dpi resolution of the printer system.

**Pricing and Availability**

DOC-IT will be sold through JWP Information Systems and selected Computerland locations in major metropolitan markets. DOC-IT 3000 includes Hewlett Packard Laserjet II series compatibility and has a suggested retail price of $3,999. DOC-IT 4000 includes HP Laserjet® III series compatibility, Microsoft TrueImage, a Postscript-compatible page description language, and has a suggested retail price of $4,999. Both products include a one-year warranty and a five-year warranty for the LED print head. Both products will be available in October 1992.

Okidata, a division of OKI America, Inc., is a full line supplier of PC peripheral equipment including serial impact dot matrix printers, LED page printers, facsimile equipment and Desktop Document Processing products. Its parent company, OKI Electric, a $5 billion multinational corporation with headquarters in Tokyo, is a world leader in information processing systems, telecommunication and electronics.

For literature about DOC-IT and Desktop Document Processing, please call 1-800-OKI-DATA. Okidata is located a 532 Fellowship Road, Mount Laurel, NJ 08054.

*Page Last Revised: 06/12/1997*
Oki Data has taken care to insure that the information is complete, accurate and up-to-date. However, Oki Data assumes no responsibility for errors or omissions which may occur. All the information provided is subject to change from time to time at the sole discretion of Oki Data.