# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., § § *Plaintiff*, § § v. § § OKI DATA AMERICAS, INC., § § *Defendant.* § § | CIVIL ACTION NO. 18-463-LPR-CJB |

**[PROPOSED ORDER] DENYING DEFENDANT OKI DATA AMERICAS, INC.'S MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT**

ON THIS _____ day of _____, 2018, having considered Defendant Oki Data Americas, Inc.'s ("Defendant") Motion for Leave to file a Motion for Summary Judgment and Plaintiff Infinity Computer Products, Inc.'s Response in Opposition, it is hereby ORDERED that Defendant's Motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE