IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-463-LPS |
| | ) | |
| OKI DATA AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Scheduling Order in this action, D.I. 107, Plaintiff Infinity Computer Products, Inc. and Defendant Oki Data Americas, Inc. hereby provide the attached joint claim construction chart for U.S. Patent Nos. 6,894,811 ("the '811 Patent"), 7,489,423 ("the '423 Patent"), 8,040,574 ("the '574 Patent"), and 8,294,915 ("the '915 Patent").

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| "facsimile machine"<br><br>"fax machine" | '811, cl. 1, 2, 4, 6, 7, 18-20<br>'423, cl. 1-4, 6<br>'574, cl. 1, 2, 4, 5, 7, 8<br>'915, cl. 1, 7-9, 15 | No construction necessary<br><br>or<br><br>"a device that is capable of sending and receiving a fax, including associated scan and print functionality"<br><br>**Supporting Intrinsic Evidence**:[1] [2]<br><br>'811 patent, 1:17-38; 1:39-45; 2:20–32; 3:1-10; 4:27; 4:28-41; 5:8-21; 5:32-6:5; 6:51-67; 7:14-21; 7:32-45; 7:46-55; 8:4-14; 8:56–63; 9:59-60; 10:13– 14; 10:53–54; 11:32–35; 12:26–27.<br><br>Claims of '811 patent;<br><br>Claims of '423 patent;<br><br>Claims of '574 patent; | "a standard facsimile machine" or "a conventional facsimile machine"<br><br>Supporting Intrinsic Evidence:[4]<br>'811 patent at Abstract, 1:10-9:8, claims 1-20; Figs. 2a-2j; *see also*, '811 patent, Certificate of Correction dated May 17, 2005—resubmitting Figure 2j.<br><br>File Wrapper for 08/266,278, Feb. 21, 1995 Information Disclosure Statement at 1-2.[5] (Exh. 1).<br><br>File Wrapper for 08/266,278, July 5, 1995 Office Action at 6-8. (Exh. 1).<br><br>File Wrapper for 08/266,278, Nov. 6, 1995 Amendment at 22-34. (Exh. 1).<br><br>File Wrapper for 08/669,056, Apr. 29, 2004 Amendment at 24. (Exh. 2). |

[1] For consistency, intrinsic evidence citations to the patent specification are made to the '811 patent unless otherwise indicated.

[2] Plaintiff hereby incorporates all citations to intrinsic and extrinsic evidence by Defendants and reserves the right to rely on all such evidence.

[4] The patents in suit are related and share the same specification. Thus, for any cited portions of the specification and file history, the parties reserve the right to rely on corresponding portions of the specifications and file history of the other patents in suit.

[5] Defendant reserves the right to rely on the references cited in the portions of the file history cited herein, including for example U.S. Patent No. 5,598,533 to Yokota et al.; U.S. Patent No. 5,218,458 to Kochis et al.; U.S. Patent No. 4,991,200 to Lin; and U.S. Patent No. 5,452,106 to Perkins. Defendant further reserves the right to rely on the citations provided by Plaintiff.

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | Claims of '915 patent;<br><br>Fig. 1, Fig. 2a, Fig. 2b, Fig. 2c, Fig. 2d, Fig. 2e, Fig. 2f, Fig. 2g, Fig. 2h, Fig. 2i<br><br>June 19, 2014 Reexam Determination[3]<br><br>*Ex Parte* Reexamination Advisory Action dated May 7, 2015<br><br>July 19, 2016 Decision on Appeal<br><br>Declaration One of Dr. Marc E. Levitt dated Dec. 27, 2013 ("Levitt Decl. 1").<br><br>Declaration Two of Dr. Marc E. Levitt dated Dec. 27, 2013 ("Levitt Decl. 2").<br><br>Declaration One of Dr. Marc E. Levitt dated Nov. 2, 2014 ("Levitt Decl. 3"). | File Wrapper for 90/009,901, Nov. 20, 2011 Amendment in Response Office Action of September 21, 2011 at 9. (Exh. 3).<br><br>File Wrapper for 90/009,901, Nov. 20, 2011 Patent Owner Statement of the Interview Under 37 C.F.R. § 1.560 at 1. (Exh. 4).<br><br>File Wrapper for 90/012,816, Apr. 24, 2013 Office Action at 4, 6. (Exh. 5).<br>File Wrappers for 90/012,816; 90/012,815; 90/012,817; 90/012,818, June 10, 2013 Proposed Interview Agenda at 7-26, 31-32. (Exh. 6).<br><br>File Wrapper for 90/012,816; 90/012,815; 90/012,817; 90/012,818, June 17, 2013 Interview slides at 8. (Exh. 7).<br><br>File Wrapper for 90/012,815; 90/012,816; 90/012,817; 90/012,818, July 17, 2013 Interview Slides at 1. (Exh. 8).<br><br>File Wrappers for 90/012,816; 90/012,815; 90/012,817; 90/012,818, |

[3] The parties generally designate all discussion of the subject terms in the prosecution histories of the patents-in-suit, but have provided exemplary references herein. Plaintiff further reserves the right to rely on and specifically incorporates the passages cited in Defendants' identification.

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | | Nov. 18, 2013 Interview Request, at 2. (Exh. 9).<br><br>File Wrapper for 90/012,816; 90/012,815; 90/012,817; 90/012,818, Dec. 5, 2013 Agenda for Meeting at 2-3. (Exh. 10).<br><br>File Wrapper for 90/012,816; 90/012,815; 90/012,817; 90/012,818, Dec. 10, 2013 Interview Handouts. (Exh. 10).<br><br>File Wrapper for 90/013,208, Dec. 27, 2013 Declaration One of Dr. Marc E. Levitt ("Levitt Decl. 1"). (Exh. 11).<br><br>File Wrapper for 90/013,208, Dec. 27, 2013 Declaration Two of Dr. Marc E. Levitt ("Levitt Decl. 2"). (Exh. 12).<br><br>File Wrapper for 90/012,816, Jan. 16, 2014 Supplemental Patent Owner Statement of Interview, at 2. (Exh. 13).<br><br>File Wrapper for 90/013,208, Nov. 2, 2014 Declaration One of Dr. Marc E. Levitt ("Levitt Decl. 3"). (Exh. 14).<br><br>File Wrapper for 90/013,208, Mar. 23, 2015 Proposed Interview Agenda at 1. (Exh. 15). |

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | | File Wrapper for 90/013,208, Mar. 26, 2015 Interview Summary at 2. (Exh. 16).<br><br>File Wrapper for 90/013,208, Apr. 13, 2015 Response to Final Office Action of February 11, 2015 at 5-7. (Exh. 17).<br><br>File Wrapper for 90/013,208, Apr. 20, 2015 Supplemental Response to Final Office Action of February 11, 2015 at 3. (Exh. 18).<br><br>File Wrapper for 90/013,208, Dec. 7, 2015 Examiner's Answer at 30-31. (Exh. 19). |
| "passive link" | '811, cl. 1, 2, 6, 7, 18-20<br>'423, cl. 1, 2, 6<br>'574, cl. 1, 7, 8<br>'915, cl. 1, 9 | "a link where the initiation of data flow is activated from a setup procedure within the PC and/or the facsimile machine, and the data is transferred with no intervening apparatus or signal interception by a processing element or any active component, along the path of an unbroken direct connection between the PC and facsimile machine, for purposes of providing scanning and/or printing data"<br><br>**<u>Supporting Intrinsic Evidence</u>**:<br><br>'811 patent, 1:17-38; 1:39-45; 2:12; 2:20–32; 2:58-63; 3:1-10; 4:27; 4:28-41; 5:8-21; 5:32-6:5; 6:51-67; 7:14-21; 7:32- | Indefinite.<br><br>Alternatively, "a link where the initiation of data flow is activated from a set-up procedure within the PC and/or the facsimile machine, and said data is transferred, with no intervening apparatus or signal interception by a processing element or any active component, along the path of an unbroken direct connection between the PC and the facsimile machine"<br><br><u>Supporting Intrinsic Evidence:</u><br>'811 patent at Figs. 2b-2d. |

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | 45; 7:46-55; 8:4-14; 8:56–63; 9:59-60; 10:13– 14; 10:53–54; 11:32–35; 12:26–27; Figs. 1-2i<br><br>Claims of '811 patent;<br><br>Claims of '423 patent;<br><br>Claims of '574 patent;<br><br>Claims of '915 patent;<br><br>June 19, 2014 Reexam Determination<br><br>*Ex Parte* Reexamination Advisory Action dated May 7, 2015<br><br>July 19, 2016 Decision on Appeal Declaration One of Dr. Marc E. Levitt dated Dec. 27, 2013 ("Levitt Decl. 1").<br><br>Declaration Two of Dr. Marc E. Levitt dated Dec. 27, 2013 ("Levitt Decl. 2").<br><br>Declaration One of Dr. Marc E. Levitt dated Nov. 2, 2014 ("Levitt Decl. 3"). | File Wrapper for 08/669,056, June 24, 1996 Patent Application at 20-27. (Exh. 20).<br><br>File Wrapper for 08/669,056, July 20, 1999 Office Action at 6-9. (Exh. 21).<br><br>File Wrapper for 08/669,056, Oct. 20, 1999 Amendment at 9, 10. (Exh. 22).<br><br>File Wrapper for 08/669,056, Apr. 17, 2000 Amendment at 14-15. (Exh. 23).<br><br>File Wrapper for 08/669,056, Jan. 17, 2002 Amendment at 16-17. (Exh. 24).<br><br>File Wrapper for 08/669,056, May 25, 2002 Amendment, at 7-12. (Exh. 25).<br><br>File Wrapper for 08/669,056, July 17, 2002 Amendment, at 8-12. (Exh. 26).<br><br>File Wrapper for 08/669,056, Apr. 29, 2004 Amendment at 18. (Exh. 2).<br><br>File Wrapper for 08/669,056, Nov. 11, 2004 Amendment at 10, 15, 16. (Exh. 27).<br><br>File Wrapper for 90/009,901, Sept. 21, 2011 Office Action at 2-3. (Exh. 28). |

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | | File Wrapper for 90/009,901, Nov. 16, 2011 Interview Summary. (Exh. 29).<br><br>File Wrapper for 90/013,208, June 19, 2014 Decision Granting Reexam at 20-21, 24. (Exh. 30).<br><br>File Wrapper for 90/013,208, Sep. 12, 2014 Office Action at 6-7. (Exh. 31).<br><br>File Wrapper for 90/013,208, Oct. 7, 2014 Interview Agenda at 1. (Exh. 32).<br><br>File Wrapper for 90/013,208, Oct. 14, 2014 Support Chart at 12. (Exh. 34).<br><br>File Wrapper for 90/013,208, Oct. 31, 2014 Interview Summary at 1-3, 12. (Exh. 35).<br><br>File Wrapper for 90/013,208, Nov. 2, 2014 Levitt Decl. at 7-8. (Exh. 14).<br><br>File Wrapper for 90/013,208, Nov. 12, 2014 Response to Office Action at 6-8; Appendix A at 7-8. (Exh. 33).<br><br>File Wrapper for 90/013,208, Nov. 12, 2014 PO Statement of Interview at 1, 2. (Exh. 36). |

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | | File Wrapper for 90/013,208, Feb. 11, 2015 Final Office Action at 21, 23-24. (Exh. 37).<br><br>File Wrapper for 90/013,208, July 19, 2016 Decision on Appeal at 8. (Exh. 38). |

| | | | |
|---|---|---|---|
| "computer" | '811, cl. 1, 2, 4, 6, 7, 18-20<br>'423, cl. 1-4, 6<br>'574, cl. 1, 2, 4, 5, 7, 8<br>'915, cl. 1, 9 | No construction necessary; not indefinite.<br><br>**Supporting Intrinsic Evidence**:<br><br>'811 patent, 1:17-38; 1:39-45; 2:12; 2:20–32; 2:58-63; 3:1-10; 4:27; 4:28-41; 5:8-21; 5:32-6:5; 6:51-67; 7:14-21; 7:32-45; 7:46-55; 8:4-14; 8:56–63; 9:59-60; 10:13– 14; 10:53–54; 11:32–35; 12:26–27; Figs. 1-2i<br><br>Claims of '811 patent;<br><br>Claims of '423 patent;<br><br>Claims of '574 patent;<br><br>Claims of '915 patent;<br><br>June 19, 2014 Reexam Determination<br><br>*Ex Parte* Reexamination Advisory Action dated May 7, 2015<br><br>July 19, 2016 Decision on Appeal<br><br>Declaration One of Dr. Marc E. Levitt dated Dec. 27, 2013 ("Levitt Decl. 1").<br><br>Declaration Two of Dr. Marc E. Levitt dated Dec. 27, 2013 ("Levitt Decl. 2"). | Indefinite.<br><br>Supporting Intrinsic Evidence:<br>'811 patent at Figs. 2b-2d.<br><br>File Wrapper for 08/669,056, June 24, 1996 Patent Application at 20-27. (Exh. 20).<br><br>File Wrapper for 08/669,056, July 20, 1999 Office Action at 6-9. (Exh. 21).<br><br>File Wrapper for 08/669,056, Oct. 20, 1999 Amendment at 9, 10. (Exh. 22).<br><br>File Wrapper for 08/669,056, Apr. 17, 2000 Amendment at 14-15. (Exh. 23).<br><br>File Wrapper for 08/669,056, Jan. 17, 2002 Amendment at 16-17. (Exh. 24).<br><br>File Wrapper for 08/669,056, May 25, 2002 Amendment, at 7-12. (Exh. 25).<br><br>File Wrapper for 08/669,056, July 17, 2002 Amendment, at 8-12. (Exh. 26).<br><br>File Wrapper for 08/669,056, Apr. 29, 2004 Amendment at 18. (Exh. 2).<br><br>File Wrapper for 08/669,056, Nov. 11, 2004 Amendment at 10, 15, 16. (Exh. 27). |

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | Declaration One of Dr. Marc E. Levitt dated Nov. 2, 2014 ("Levitt Decl. 3"). | File Wrapper for 90/009,901, Sept. 21, 2011 Office Action at 2-3. (Exh. 28).<br><br>File Wrapper for 90/009,901, Nov. 16, 2011 Interview Summary. (Exh. 29).<br><br>File Wrapper for 90/013,208, June 19, 2014 Decision Granting Reexam at 20-21, 24. (Exh. 30).<br><br>File Wrapper for 90/013,208, Sep. 12, 2014 Office Action at 6-7. (Exh. 31).<br><br>File Wrapper for 90/013,208, Oct. 7, 2014 Interview Agenda at 1. (Exh. 32).<br><br>File Wrapper for 90/013,208, Oct. 14, 2014 Support Chart at 12. (Exh. 34).<br><br>File Wrapper for 90/013,208, Oct. 31, 2014 Interview Summary at 1-3, 12. (Exh. 35).<br><br>File Wrapper for 90/013,208, Nov. 2, 2014 Levitt Decl. at 7-8. (Exh. 14).<br><br>File Wrapper for 90/013,208, Nov. 12, 2014 Response to Office Action at 6-8; Appendix A at 7-8. (Exh. 33). |

| Term/Phrase | Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | | File Wrapper for 90/013,208, Nov. 12, 2014 PO Statement of Interview at 1, 2. (Exh. 36).<br><br>File Wrapper for 90/013,208, Feb. 11, 2015 Final Office Action at 21, 23-24. (Exh. 37).<br><br>File Wrapper for 90/013,208, July 19, 2016 Decision on Appeal at 8. (Exh. 38). |

RHODUNDA WILLIAMS & KONDRASCHOW

*/s/ Chandra J. Williams*
William J. Rhodunda, Jr. (No. 2744)
Chandra J. Williams (No. 4907)
Brandywine Plaza West
1521 Concord Pike, Suite 205
Wilmington, DE 19803
(302) 576-2000
bill@rawlaw.com
chandra@rawlaw.com
*Attorneys for Plaintiff Infinity Computer Products, Inc.*

SHAW KELLER LLP

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
arussell@shawkeller.com
*Attorneys for Oki Data Americas, Inc*

Dated: December 10, 2018