IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., § § *Plaintiff*, § § v. § § OKI DATA AMERICAS, INC., § § *Defendant.* § § | CIVIL ACTION NO. 18-463-LPS-CJB |

### NOTICE OF PLAINTIFF'S CLAIM CONSTRUCTION HEARING TUTORIAL

PLEASE TAKE NOTICE that attached hereto as Exhibit A is the Plaintiff's Claim Construction Hearing Tutorial.

Dated: December 21, 2018

/s/   *Chandra J. Williams*
William J. Rhodunda, Jr. (No. 2744)
Chandra J. Williams (No. 4907)
Rhodunda Williams & Kondraschow
Brandywine Plaza West
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Telephone: (302) 576-2000
Facsimile:  (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

Andrew G. DiNovo (admitted *pro hac vice*)
Nicole E. Glauser (admitted *pro hac vice*)
Gabriel R. Gervey (admitted *pro hac vice*)
Daniel L. Schmid (admitted *pro hac vice*)
DiNovo Price LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627
adinovo@dinovoprice.com
nglauser@dinovoprice.com
ggervey@dinovoprice.com
dschmid@dinovoprice.com
***Counsel for Plaintiff***
***Infinity Computer Products Inc.***