# Exhibit A

# Plaintiff's Claim Construction Hearing Tutorial

*Infinity Computer Products, Inc. v. Oki Data Americas, Inc.*

Submitted December 21, 2018

# Outline

- Problems with the Prior Art
- Multifunction Devices
- The Field on the Invention
- The Patents-in-Suit
- Communication Protocols, etc.

2

# "Multifunction Devices"

- A multifunction device is a hardware device that provides the features of scanning, printing, and faxing documents. Copying may also be provided
- A "fax" is the core of a multifunction device, or "all-in-one", as a fax "had it all," i.e. printing + scanning + communications, e.g. phone/RJ11 + possibly other interfaces (RS-232 etc.)

3

# Prior To Infinity – Single Function or Custom

- Prior to Infinity's inventions, users often had multiple single function devices, leading to much greater expense and space requirements

- Multifunction device solutions prior to Infinity's inventions were custom or one-off and required a translation box, specific configurations, or specific manufacturer communication software.

- Frustration for users and lack of ability to grow market for manufacturers – it doesn't "just work"…

4



# Field of the Invention

- Generally relates to what is now well known as multi-function printing, scanning and fax devices, commonly named Multi-Function Printers (MFP) or multifunction devices today

- MFPs leverage the scan and print mechanisms needed for sending and receiving a fax to provide printing and scanning capabilities to a personal computer (PC), and thus reduce the need for separate devices for each function

- To realize the full potential of reusing scanning and printing subsystems in MFPs, the subsystems must be integrated such that communication with them is effective and low-cost.

- The Patents-in-Suit address the low-cost challenge via an efficient method of communication with fax machines that utilizes generic send/receive driver communications, thus allowing any PC to utilize any fax-machine to create an MFP without complexity, custom software, and the undue costs of additional custom interface boxes or plug-in-cards for processing

6

# Infinity Patents

- The Patents-in-Suit
    - U.S. Patent No. 6,894,811 (the "'811 Patent")
    - U.S. Patent No. 7,489,423 (the "'423 Patent")
    - U.S. Patent No. 8,040,574 (the "'574 Patent")
    - U.S. Patent No. 8,294,915 (the "'915 Patent")
- The Patents-in-Suit have a priority date in 1994 and are all children of U.S. Patent No. 5,530,558 (the "'558 Patent)
- The '558 Patent is generally directed to enabling a conventional facsimile machine to communicate with a personal computer, and vice versa, over a communications link using generic send/receive driver communications software

7

# Infinity Solved "Plug-n-Play" for All-In-One

- Infinity created a plug-n-play all-in-one (from a fax base, had all the precursor technologies)
- Large group (majority) of "fax" equipment works with a large group (majority) of PCs without significant costs or complexity to the end user.
- Accomplished via a collection of technologies
    1. Fax/All-In-One with a standard interface (RJ-11->RS232->USB)
    2. PC with same interface – creates the passive link
    3. Layered software architecture – generic send/receive driver communications software
- Only together as taught by the Infinity Patents does one accomplish Plug-n-Play for All-In-One

8

# Infinity Plug-n-Play



# What About Manufacturer Specific Drivers?

- Don't I install drivers from [HP, Epson, Lexmark…] when I plug in my "All-In-One"?
  - Yes, many times one does especially to gain access to advanced or manufacturer specific features, e.g. delayed fax transmission or automated error analysis
  - Some basic functionality is available without specific drivers depending on version of operating system, e.g. WinXP or later - generic printer, TWAIN scanner etc.
- This is the power of the Infinity teachings – the layered software architecture allows such customization (manufacturer specific drivers) without breaking plug-n-play overall
  - Sits on top of the generic send/receive driver communications software
  - Adds functionality but does not break base/current capabilities and communications

10

# Communication Protocols

- There are a wide variety of protocols (a set of rules) and interfaces used to facilitate communication between computing devices and computing devices and peripherals

- Some examples of these protocols include

    - Recommended Standard 232 ("RS-232")
    - Universal Serial Bus ("USB")
    - IEEE 802.11 ("Wi-Fi")
    - Ethernet 802.3
    - T.30 standard ("Group 3")

11

# Communication Protocol – RS-232

- The RS-232 protocol includes a well-known bidirectional serial interface for exchanging digital data dating back to 1962. RS-232 is a complete standard specifying electrical, functional, and mechanical characteristics to ensure compatibility between the host and peripheral systems.

- In RS-232 signaling low level on the interface (–3V to –15V) is defined as a logic 1 and a high level on the interface (+3V to +15V) is defined as a logic 0, see Id. It is understood that logic 0 and logic 1 refer to digital signals and data.

Application Note 83 Fundamentals of RS–232 Serial Communications by Dallas Semiconductor

ITU-T Recommendation V.24 (03/93)

12

# Image Formats

- At the time of the invention, it was well known that TIFF files could be used as a medium of interchange, digital data files, between PC applications and fax equipment and TIFF was used extensively in the imaging, document, and fax markets.

- Standards other than TIFF were also used for the purposes of image transfers between the PC applications, peripheral drivers, and the communications device drivers, including:

  - TWAIN - defines both standard protocols, standard formats, and a standard multi-layer software architecture (layered driver approach) for scanning devices
  - PCL
  - Postscript
  - Windows Image Acquisition / Still Image Architecture ("WIA/STI")

13

# OSI Layer Model

- The concept of driver layering–where a driver for a given device or service will build upon on another driver providing an interface to a device or service –was know at the time of the invention.

- Within communications this often maps onto the ISO OSI 7-layer model of 1980

- For an "Internet stack" TCP/IP (layers 3-4) are drivers and Ethernet, either 802.3 or 802.11, (layers 1-2) are typically another driver or set of drivers



https://www.dummies.com/programming/networking/network-basics-tcpip-protocol-suite/

14