# Exhibit A



THE INDEPENDENT GUIDE TO IBM PERSONAL COMPUTERS

PC

Volume 3 Number 3
$2.95

February 21, 1984

Quiet and Colorful: Ink Jet Printers

# IBM vs. Apple

Markets and Mistakes
Hardware and Software
Similarities and Differences
Past and Future

**Chameleon:**
PC of a Different Color

**Expert-Ease:**
Software Smarter Than You Are?

**New Word Processors Reviewed:**
Microsoft Word, Scriptor, PC-Write, PIE:Writer

**Trace86:**
Tiptoe through Your Chips



## WAREHOUSE SOFTWARE

**TECHNICAL INFO — (602) 842-1133**

Call for programs not listed. We will try to meet or beat any legitimate price for CP/M or IBM PC Software.

— MOST DISK FORMATS AVAILABLE —

### DATA BASE MANAGEMENT SYSTEMS

**BUY OF THE YEAR!**
DBASEII+Everymans data base primer +Extra diskette with DBase Accounting, Mail List and Inventory Programs. IBM PC and CP/M — Call for our special price.

| | |
|---|---|
| Fox and Geller Quickcode | $175 |
| DB+SORT | $99 |
| Condor III | $375 |
| NWA Statpack | $349 |
| TIM III | $285 |
| Infostar | 259 |
| PFS File | $95 |

### WORD-PROCESSING PACKAGES

| | |
|---|---|
| Wordstar, Mail Merge, Spellstar, Index | $375 |
| Wordstar | $245 |
| Mail Merge | $135 |
| Spell Star | $135 |
| Microsoft Word W/Mouse | $299 |
| Lexisoft Spellbinder | $270 |
| IBM PC Volkswriter | $115 |
| Aspen Spellchecker | $36 |
| Metasoft Benchmark | $285 |
| Multimate | $295 |
| Peachtext 5000 | $265 |

### SPREADSHEETS

| | |
|---|---|
| Calcstar CP/M | $95 |
| Super Special Calcstar IBM PC | $65 |
| Supercalc II | $159 |
| Supercalc 3 | $235 |
| Microsoft Multiplan | $159 |
| !TK Solver | $215 |

### ACCOUNTING

TCS•Equivalent of Peachtree•Specially Augmented By Warehouse Software Customized For Your IBM•Terminal and Printer- GL, AR, PA, AP, CP/M, XT, DOS 1.1, 2.0
Each Module **$75** ... For All Four **$275**

| | |
|---|---|
| CYMA | Call |
| Peachtree GL, AR, AP | $265 |
| Home Accountant Howardsoft | $95 |

### TRANSFER PROGRAMS

| | |
|---|---|
| Move-It for IBM PC | $95 |
| Hayes Smartcom Program | $80 |
| Microstuff Crosstalk | $109 |

**Best Price in U.S. for IBM PC or Clones**
Seven Function Board—Includes Async Adapter, Parallel Adapter, Clock with Battery Back-Up and Software, Game Port, 64K Memory Expandable to 512K.
1 year warranty ................. **$2??**

| | |
|---|---|
| Hayes 1200 Modem | $485 |
| Hayes 1200B Modem | $430 |
| Anchor Signalman 1200B Modem | $285 |
| Disk Controller For IBM PC | $175 |
| Plantronics Color + Board | $365 |
| CDC 320K D/S D/D Drives | $250 |
| Toshiba 1/2 height Drives | Call |
| 256 K Ram Board | $299 |
| AST Six Pack Board | $265 |
| TAXAN RGB Color Monitor | $450 |
| Corona Computer - Por. or Desk Top | Call |

The Mercedes Benz of Portable Computers. IBM compatible - Hyperion — 2 Disc Drives — Software — List $3690 .......... **Sale $2995**

### PCDOS

| | |
|---|---|
| Versaform | $275 |
| Lifeboat C Compiler | $295 |
| Microsoft C Compiler | $345 |
| Microsoft Pascal Compiler | $245 |
| Prokey | $55 |
| Norton Utilities | $55 |
| Copy II PC Program | $34 |
| Microsoft BASIC Compiler | $285 |
| Howard Tax Preparer 83 | $185 |
| Microsoft Flight Simulator | $38 |
| CP/M 86 for IBM PC | $49 |
| CBasic 86 | $165 |
| CIS Cobol 86 | $595 |
| Pascal MT+86 | $415 |

TERMS: Prices include 3% cash discount. Add 3% for charge orders. Shipping on most items $5.00. AZ orders +6% sales tax. Prices subject to change.

**TOLL FREE ORDER 1-800-421-3135**
**WAREHOUSE SOFTWARE**
4935 West Glendale Ave., Suite 12
Glendale, AZ 85301



### PC — The Independent Guide to IBM Personal Computers

| | |
|---|---|
| PUBLISHER | Jeff Weiner |
| EDITOR | Bill Machrone |
| EXECUTIVE EDITORS | Mike Edelhart, Connie Winkler |
| MANAGER, COPY EDIT | Anne Freed |
| MANAGING EDITOR | Barry Owen |
| SPECIAL PROJECTS EDITOR | Paul Somerson |
| ASSISTANT MANAGING EDITOR | Susan Hurley |
| SENIOR COPY EDITOR | Jennifer de Jong |
| STAFF EDITORS | Barbara Krasnoff, Stephanie Stallings |
| TECHNICAL ASSISTANT | Michael O'Cone |
| ASSISTANT EDITORS | Jean Atelsek, Karen Cook, Lisa Kleinman, James Langdell, Janet Lewis, David Obregón, Fred Paul, Paul Ross |
| EDITORIAL ASSISTANTS | Cheryl Goldberg, Nina Kirschner |
| ADMINISTRATIVE ASSISTANT | Iris Knittel |
| CONTRIBUTING EDITORS | Frank J. Derfler, Jr., Will Fastie, Stephen Manes, Peter Norton, Martin Porter, Winn L. Rosch, Corey Sandler, Jared Taylor, Lindsy Van Gelder |
| EXECUTIVE ART DIRECTOR | Mitch Shostak |
| ART DIRECTOR | Mary Zisk |
| ASSISTANT ART DIRECTOR | Rosalyn Migdal |
| MECHANICAL ARTIST | Annette Fournet |
| PRODUCTION ARTIST | Mary Tienken |
| SUBSCRIPTION DIRECTOR | Chet Klimuszko |
| TELEMARKETING MANAGER | Linda Rossiter |
| NEW BUSINESS MANAGER | Eric A. Bernhard |
| RENEWAL AND BILLING MANAGER | Shane Boel |
| DIRECT RETAIL SALES | Lynn Kujawa |
| ADVERTISING COORDINATOR | Karen Jacobs |
| DISTRICT MANAGERS | |
| NORTHERN CALIFORNIA and NORTHWEST | David Riegler (415) 331-7133 |
| SOUTHERN CALIFORNIA | Barbara Farkas (213) 387-2100 |
| NEW ENGLAND and NEW YORK | Ellen Atkinson (212) 725-7947 |
| MIDWEST | John Hemsath (312) 346-2600 |
| MIDATLANTIC and SOUTHEAST | Bob Ostrow (212) 725-7947 |
| ACCOUNT SALES MANAGER | Pauline Scherer |
| ACCOUNT REPRESENTATIVES | Jane Anderson, Robert Ettenson, Jyll Holzman, Lisa Kampfman, Kathy Krochta, Tom Liehbacher, Jan Schultz, Patty Schwartz, Pam Sigal, Arlene Steadman |
| ADVERTISING OFFICE | Ziff-Davis Publishing Company, One Park Avenue, New York, NY 10016 (212) 725-7947 |
| FOUNDER | Anthony Gold |

### CONSUMER COMPUTERS & ELECTRONICS MAGAZINE DIVISION

| | |
|---|---|
| PRESIDENT | Larry Sporn |
| VICE PRESIDENT MARKETING | J. Scott Briggs |
| VICE PRESIDENT CIRCULATION | Carole Mandel |
| VICE PRESIDENT GENERAL MANAGER | Eileen G. Markowitz |
| CREATIVE DIRECTOR | Peter J. Blank |
| DESIGN DIRECTOR | Brian Day |
| EDITORIAL DIRECTOR | Jonathan D. Lazarus |
| PROMOTION MANAGER | Ronni Sonnenberg |

### ZIFF-DAVIS PUBLISHING

**President** Richard P. Friese; **President, Consumer Magazine Division** Albert S. Traina; **Executive Vice President, Marketing and Circulation** Paul H. Chook; **Senior Vice President** Phillip T. Heffernan; **Senior Vice President** Sidney Holtz; **Senior Vice President** Edward D. Muhlfeld; **Senior Vice President** Philip Sine; **Vice President** Baird Davis; **Vice President** George Morrissey; **Vice President** Rory Parisi; **Treasurer** Selwyn Taubman; **Secretary** Bertram A. Abrams.

*PC: The Independent Guide to IBM Personal Computers* ISSN (#0745-2500) is published bi-weekly for $34.97 for one year (26 issues), $61.97 for two years, and $81.97 for three years. Additional postage $44.00 for Canada and all other foreign countries. PC Communications Corp., a subsidiary of Ziff-Davis Publishing Co., One Park Ave., New York, NY 10016. Second-Class postage paid at New York, NY 10016 and at additional mailing offices. POSTMASTER: Address changes to PC, P.O. Box 2445, Boulder, CO 80321.

**Editorial and Business Office:** One Park Ave., New York, NY 10016. Editorial (212) 725-4694, Advertising (212) 725-7947. For subscription inquiries and service, write to PC Magazine, P.O. Box 2445, Boulder, CO 80322.

PC is an independent journal, not affiliated in any way with International Business Machines Corporation. IBM is a registered trademark of International Business Machines Corp. Entire contents Copyright © 1984 PC Communications Corp. All rights reserved; reproduction in whole or in part without permission is prohibited. The following are trademarks of PC Communications Corp.; PC, PC: The Independent Guide to IBM Personal Computers, PC Guide, PCM, PC Mart, Personal Computer Guide, Home Computer Guide, Computer Guide, The Computer Zone, Database Zero, PC-Lab, PC-Communiques, PC Playpen, Project PC, PC Tutor, Wish List, PC: BlueBook, User-to-User.

**Permissions:** Material in this publication may not be reproduced in any form without permission. Requests for permission should be directed to Bette Amado, Ziff-Davis Publishing Company, New York, NY 10016.

**Editorial Communications** may be addressed to SOURCE BBB343 or CompuServe 71226.713.



# TWICE AS MUCH SPEED.
# 100% MORE CORRESPONDENCE.

## To get as much from an IBM printer, you'd have to buy two.

**Compare. Compare.** Compare performance characteristics between Okidata's outstanding ML 92 and 93 printers and the IBM 5152 Model 2 printer, and you'll quickly find there is no comparison. For a few dollars more, the Okidata ML 92 and 93 offer three high speed modes: 160 cps bidirectional data processing (complete with short line seeking logic); 80 cps emphasized and enhanced printing for drafts; 40 cps for high resolution correspondence quality printing and other business communications. And complete graphics capabilities that are over 50% faster than IBM.

The IBM 5152, on the other hand, offers 80 cps data processing and <u>no</u> correspondence quality whatsoever. Your choice? An 80-column ML 92 or its 136-column partner, the ML 93, for all your DP, graphics and correspondence needs. Fast. Or, an IBM 5152 and something else (a daisywheel, perhaps?). Without the speed you need.

**Plug 'n Play Makes It Easy.** Because we've created the Okidata Plug 'n Play interface kit, your Okidata printer is perfectly compatible with your IBM computer and software without modifications. Here's how simple it is:
- Two replacement PROMs adapt the ML 92 and 93 to all IBM commands.
- An optional cable links computer and printer to provide instantly-responsive 160 cps bidirectional speed for DP, 80 cps for drafts, or 40 cps for correspondence quality.

That's that. In addition, you get Okidata's built-in printer reliability in the form of our long-life, 9-pin print head warranted for one full year, and a 4000 hour MTBF and 15 minute MTTR rating. Plus a 90-day warranty on parts and labor. And a warranty claim rate that's a leader in the industry: less than ½%.

**Liberate Your Computer.** Don't limit the power of your IBM PC with a printer that can't keep up. Ask for a demonstration of the ML 92/93 and Plug 'n Play winning combination.* Phone 1-800-OKIDATA (in NJ, 609-235-2600) for the Okidata dealer nearest you.



**OKIDATA**
Mt. Laurel, NJ 08054
A subsidiary of Oki Electric Industry Company Ltd.

*12 cpi and downline loading character sets are not available with Plug 'n Play.

Graphics shown courtesy of Compaq Computer Corp. ©1983




**CIRCLE 285 ON READER SERVICE CARD**

