# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-463-LPS |
| | ) | |
| OKI DATA AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING EMERGENCY MOTION**
**<u>FOR EXTENSION OF TIME</u>**

WHEREAS, defendant Oki Data Americas, Inc. ("Oki Data") has demonstrated good

cause for a 14-day extension of its time to respond to plaintiff Infinity Computer Products, Inc.'s

("Infinity") motion for reconsideration (D.I. 177):

NOW, THEREFORE, it is HEREBY ORDERED that Oki Data shall respond to

Infinity's motion for reconsideration by July 22, 2019.


SO ORDERED this _____ day of _____, 2019.

United States District Judge