**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> OKI DATA AMERICAS, INC., <br> Defendant. | Civil Action No.: 18-463-LPS-CJB |

## JOINT STATUS REPORT AND STIPULATION TO JUDGMENT OF INVALIDITY AND NONINFRINGEMENT

Pursuant to the Stipulation to Stay Case approved by the Court on July 18, 2019 (D.I. 183), Plaintiff Infinity Computer Products, Inc. ("Infinity") and Defendant Oki Data Americas, Inc. ("Oki Data") (collectively, the parties) hereby submit this Joint Status Report and hereby stipulate and agree, subject to the approval of the Court, as follows:

The Parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1.     In this action, Infinity has alleged that Oki Data infringes one or more claims (the "asserted claims") of U.S. Patent Nos. 6,894,811 (the "'811 patent"); 7,489,423 (the "'423 patent"); 8,040,574 ("'the 574 patent"); 8,294,915 (the "'915 patent) (collectively, the "Infinity Patents") (D.I. 1).

2.     Each of the asserted claims of the Infinity Patents recites, or depends on a claim that recites, "passive link" and "computer."

3.     On June 10, 2019, the Court issued a Claim Construction Memorandum (D.I. 172) and Order (D.I. 173) (the "Claim Construction Order"), holding that the terms "passive link" and "computer" are indefinite in the claims of the Infinity Patents.

4.      On October 16, 2019, the Court denied Infinity's Motion for Reconsideration of the Court's Claim Construction Order (the "Order Denying Reconsideration") (D.I. 188).

5.      Infinity reserves its right to challenge the Court's Claim Construction Order and Order Denying Reconsideration on appeal and is entering into this stipulation for the express purpose of obtaining appellate review of the Court's claim construction and indefiniteness ruling.

6.      Oki Data reserves its right to challenge the Court's Claim Construction Order as to those portions adversely decided and to otherwise support the judgment on appeal as to any issue adversely decided against it during the course of this litigation.

7.      The parties respectfully request that the Court enter a final judgment in the form attached, in light of the Claim Construction Order and Order Denying Reconsideration, that the asserted claims of the Infinity Patents are invalid due to indefiniteness of the terms "passive link" and "computer," and, therefore, that Oki Data does not infringe any valid claim, without prejudice to the parties' right to appeal the Court's Claim Construction Order and Order Denying Reconsideration.

8.      Any request for (or assessment of) costs and/or any motion for attorney's fees under any basis, including 35 U.S.C. § 285, Fed. R. Civ. P. 54(d), Fed. R. Civ. P. 22, or any local rule, shall be deferred until thirty days after the Federal Circuit's issuance of the mandate regarding Infinity's appeal of this Court's final judgment, or thirty days after the time to file an appeal has expired.

9.      The parties do not waive their rights to appeal any post-judgment orders issued by the Court.

10.     Upon approval by this Court, and subject to paragraph 7, all claims between the parties have now been resolved and this is a final and appealable judgment.

2

Dated: October 23, 2019

RHODUNDA WILLIAMS & KONDRASCHOW                SHAW KELLER LLP


*/s/Chandra J. Williams*                        */s/Andrew E. Russell*
William J. Rhodunda, Jr. (No. 2774)             John W. Shaw (No. 3362)
Chandra J. Williams (No. 4907)                  Jeff Castellano (No. 4837)
Brandywine Plaza West                           Andrew E. Russell (No. 5382)
1521 Concord Pike, Suite 205                    I.M. Pei Building
Wilmington, DE 19803                            1105 North Market Street, 12th Floor
(302) 576-2000                                  Wilmington, DE 19801
bill@rawlaw.com                                 (302) 298-0700
chandra@rawlaw.com                              jshaw@shawkeller.com
*Attorneys for Plaintiff Infinity Computer*     jcastellano@shawkeller.com
*Products, Inc.*                                arussell@shawkeller.com
                                                *Attorneys for Defendant Oki Data Americas,*
                                                *Inc.*


**SO ORDERED, this ____ day of _____, 2019.**


                                    _____
                                    United States District Judge


3