IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC.<br><br>                Plaintiff,<br>v.<br><br>OKI DATA AMERICAS, INC.,<br><br>                Defendant. | Civil Action No. 18-463-LPS-CJB |

## **FINAL JUDGMENT**

### **It IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. FINAL JUDGMENT of invalidity, under 35 U.S.C. §112, and therefore non-infringement is entered in favor of defendant and against plaintiff on claims 1, 2, 4, 6, 7, and 18-20 of U.S. Patent No. 6,894,811; claims 1-4 and 6 of U.S. Patent No. 7,489,423; claims 1, 2, 4, 5, 7, and 8 of U.S. Patent No. 8,040,574; and claims 1, 6-9, and 14-15 of U.S. Patent No. 8,294,915.

2. Any motion for an award of costs or attorneys' fees shall be filed within 30 days after the later of the date that the time for appeal of this Judgment has expired, or if there is an appeal from this Judgment, the date of issuance of the Mandate of the Court of Appeals, and no such motion shall be filed less than 20 days after the later of those two dates.

This is a final judgment and may be appealed.

October 25, 2019

_____
United States District Judge