# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OKI DATA AMERICAS, INC.,<br>　　　　　　Defendant. | Civil Action No.: 18-463-LPS-CJB |

## JOINT STATUS REPORT

Pursuant to the Court's Oral Order on May 3, 2021 (D.I. 197), Plaintiff Infinity Computer Products, Inc. ("Infinity") and Defendant Oki Data Americas, Inc. ("Oki Data") (collectively, the parties) hereby submit this Joint Status Report.

Infinity's appeal of this Court's final judgment of invalidity and non-infringement, and related claim construction orders, was argued before the United States Court of Appeals for the Federal Circuit on December 11, 2020.  On February 10, 2021, the Federal Circuit issued its decision affirming judgment of the District Court.  Plaintiff filed a combined Petition for panel rehearing and for rehearing *en banc* on March 12, 2021, which was denied by the Federal Circuit on March 12, 2021.  Plaintiff intends to seek review of the Federal Circuit's decision, and its Petition for Writ of Certiorari to the Supreme Court of the United States is due by July 13, 2021.

This Court's Final Judgment (Dkt. 190) requires any motion for an award of costs or attorneys' fees to be filed within 30 days of the issuance of the Mandate of the Court of Appeals, which issued April 21, 2021.  Thus, the deadline for Oki Data to move for costs and fees is currently May 21, 2021.  The parties request that this deadline be extended until 30 days after the Supreme Court's denial of the cert period or, if granted, a final decision.

1

Respectfully submitted,

| R<small>HODUNDA</small> W<small>ILLIAMS</small> & K<small>ONDRASCHOW</small> | S<small>HAW</small> K<small>ELLER</small> <small>LLP</small> |
|---|---|

*/s/   William J. Rhodunda, Jr.*
William J. Rhodunda, Jr. (No. 2744)
Chandra J. Williams (No. 4907)
Rhodunda Williams & Kondraschow
Brandywine Plaza West
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Telephone: (302) 576-2000
Facsimile:  (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

Andrew G. DiNovo (admitted *pro hac vice*)
Nicole E. Glauser (admitted *pro hac vice*)
Gabriel R. Gervey (admitted *pro hac vice*)
Daniel L. Schmid (admitted *pro hac vice*)
DiNovo Price LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627
adinovo@dinovoprice.com
nglauser@dinovoprice.com
ggervey@dinovoprice.com
dschmid@dinovoprice.com

*Attorneys for Plaintiff*
*Infinity Computer Products, Inc.*

*/s/ John W. Shaw*
John W. Shaw
Andrew E. Russell
Jeff Castellano
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:  (302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
jcastellano@shawkeller.com

Marc R. Labgold
Patrick J. Hoeffner
NAGASHIMA & HASHIMOTO
12007 Sunrise Valley Dr., Suite 110
Reston, VA 20191
Telephone: (703) 901-8860
mlabgold@labgoldlaw.com
phoeffner@labgoldlaw.com

*Attorneys for Defendant*
*Oki Data Americas, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed on this May 10, 2021, using the electronic case filing (CM/ECF) for the U.S. District Court for the District of Delaware, which will send notification of such filing to all counsel of record.

                                              */s/   William J. Rhodunda, Jr.*
                                              William J. Rhodunda, Jr.